UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br>       Plaintiffs,<br>v.<br>WALTER WENDLER, *et al.*,<br>       Defendants. | Case No.: 2:23-cv-00048-Z<br><br>Hon. Matthew J. Kacsmaryk |

### PLAINTIFFS' NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Spectrum WT, Barrett Bright, and Lauren Stovall appeal to the United States Court of Appeals for the Fifth Circuit from the September 21, 2023 order of this Court [Dkt. 59] denying Plaintiffs' Amended Motion for a Preliminary Injunction [Dkt. 30-32]. Plaintiffs bring this appeal under 28 U.S.C. § 1292(a)(1).[1]

Dated: September 26, 2023

Respectfully submitted,

/s/ JT Morris
JT MORRIS
TX Bar No. 24094444
FOUNDATION FOR INDIVIDUAL RIGHTS
   AND EXPRESSION
700 Pennsylvania Ave., SE
Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Fax: (267) 573-3073
jt.morris@thefire.org

CONOR T. FITZPATRICK*
MI Bar No. P78981

---

[1] Plaintiffs have filed an unopposed motion for a partial final judgment under Fed. R. Civ. P. 54(b) [Dkt. 60] as to the Court's September 21, 2023 order [Dkt. 59] dismissing Plaintiffs' damages claim against Defendant Walter Wendler in his individual capacity [Dkt. 28, Fourth Cause of Action]. Plaintiffs will amend this notice, as appropriate, if the Court enters that partial final judgment.

1

ADAM B. STEINBAUGH*
PA Bar No. 326475
JEFFREY D. ZEMAN*
Pa. Bar No. 328570
FOUNDATION FOR INDIVIDUAL RIGHTS
   AND EXPRESSION
510 Walnut St.; Ste. 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (267) 573-3073
conor.fitzpatrick@thefire.org
adam@thefire.org
jeff.zeman@thefire.org

* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs Spectrum WT, Barrett Bright, and Lauren Stovall*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2023, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

<u>/s/ JT Morris</u>
JT Morris
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION