# NO. 23-10994

## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

SPECTRUM WT; BARRETT BRIGHT; LAUREN STOVALL,

*Plaintiffs-Appellants*,

v.

WALTER WENDLER, *et al.*,

*Defendants-Appellees*.

---

### APPELLANTS' MOTION TO EXPEDITE

---

On Appeal from the United States District Court for the
Northern District of Texas, Amarillo Division,
Civil Action No. 2:23-CV-48
Hon. Matthew J. Kacsmaryk Presiding

---

JT Morris
  *Counsel of Record*
Conor T. Fitzpatrick
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
700 Pennsylvania Ave. S.E.,
Suite 340
Washington, D.C. 20003
Tel:  (215) 717-3473
jt.morris@thefire.org
conor.fitzpatrick@thefire.org

*Attorneys for Plaintiffs-Appellants*

# CERTIFICATE OF INTERESTED PARTIES

The cause number and style of the case is No. 23-10994, *Spectrum WT v. Wendler* (USDC Civil No.2:23-CV-48, Northern District of Texas).

The undersigned counsel of record certifies that the following listed persons or entities described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

**Plaintiffs-Appellants**
Spectrum WT
Barrett Bright
Lauren Stovall

**Attorneys for Plaintiffs-Appellants**
JT Morris
Conor T. Fitzpatrick
Foundation for Individual Rights and Expression
700 Pennsylvania Ave. SE, Suite 340
Washington, DC 20003

Adam Steinbaugh
Jeffrey Daniel Zeman
Foundation for Individual Rights and Expression
510 Walnut St., Suite 1250
Philadelphia, PA 19106

**Defendants-Appellees**
Dr. Walter Wendler
Dr. Christopher Thomas
John Sharp
Robert L. Albritton
James R. Brooks
Jay Graham
Michael A. Hernandez, III
Tim Leach
Bill Mahomes
Elaine Mendoza
Michael J. Plank
Cliff Thomas
Demetrius L. Harrell, Jr.

**Attorneys for Defendants-Appellees**
Charles Kenneth Eldred
Heather Lee Dyer
Amy S. Hilton
Christopher D. Hilton
Drew Anne Beglau
Office of the Attorney General of Texas
P.O. Box 12548
Capitol Station
Austin, TX 78711

**Other Interested Parties**
West Texas A&M University
Texas A&M University System

        Respectfully,

        /s/ JT Morris
        JT Morris
        *Counsel of record for Plaintiffs-Appellants*

TO THE HONORABLE COURT OF APPEALS:

Plaintiffs-Appellants Spectrum WT, Barrett Bright, and Lauren Stovall move under Fed. R. App. P. 27 and 5th Cir. R. 27 and 27.5 for an order expediting this appeal. Good cause exists to expedite this appeal from the denial of a preliminary injunction. Plaintiffs are continuing to face irreparable harm to their First Amendment rights, and absent preliminary injunctive relief before **March 15, 2024**, Appellants will once again be blocked from engaging in protected expression on a public university campus because the university president disagrees with Plaintiffs' viewpoint.

Thus, to protect their First Amendment rights, Appellants propose a schedule of:

>Appellants' Opening Brief: October 31, 2023
>
>Appellees' Opening Briefs: November 21, 2023
>
>Appellants' Reply Briefs: December 8, 2023
>
>Oral Argument: as early as the Court's schedule allows.

In support, Appellants state as follows:

1. This appeal is about whether Defendants infringed and are continuing to infringe the First Amendment rights of a West Texas A&M

3

University student group, Spectrum WT, and its members after Defendants imposed a ban on the university students from holding a PG-13 charity drag show in a campus-event venue open to all student groups for expressive activities.

2. Spectrum WT, a West Texas A&M student group dedicated to supporting LGBTQ+ causes, planned to hold a PG-13 charity drag show on March 31, 2023, and had secured the required preliminary approvals for the event from the University.

3. But just eleven days before the scheduled event, WTAMU President Walter Wendler announced a ban on drag shows at West Texas A&M, based on his personal objection to the message he believes drag shows express.

4. On March 24, Spectrum WT and two of its officers, Barrett Bright and Lauren Stovall, filed a Verified Complaint, followed the next day by a Motion for a Temporary Restraining Order and a Preliminary Injunction seeking to enjoin WTAMU from enforcing the ban. *Spectrum WT v. Wendler*, Case 2:23-cv-00048 (N.D. Tex.), Dkt. 1, 8.

5. Because the district court had not ruled on Appellants' motion for a TRO with just two days left before the event, Spectrum WT, at its

own expense, moved the event to an off-campus private venue. *Id.* Dkt. 16.

6.    Spectrum WT intends to hold a similar PG-13 charity drag show on WTAMU's campus on March 22, 2024, using an event space available to recognized student groups like Spectrum WT. Exhibit A, Plaintiffs' First Amended Verified Complaint at ¶ 130. Thus, Appellants filed an Amended Motion for Preliminary Injunction. *Id.* Dkt. 30. The district court denied that motion on September 21, 2023. Exhibit B, September 21, 2023, Memorandum Opinion and Order.

7.    But unless the drag ban is enjoined, Spectrum WT will not be able to engage in constitutionally protected expression on campus. Even if Appellants could find another off-campus venue, public officials cannot infringe a First Amendment right "on the plea that it may be exercised in some other place." *Se. Promotions v. Conrad*, 420 U.S. 546, 556 (1975) (quoting *Schneider v. New Jersey*, 308 U.S. 147, 163 (1939)).

8.    5th Cir. R. 27.5 provides that the court "may expedite an appeal" for "good cause."

9.    Here, to protect Appellants' First Amendment rights, a ruling on the merits at least by March 15, 2024, would be required, although

the University informs student organizations it prefers to confirm events five weeks before the scheduled date.[1] A week's time before the March 22 scheduled show is needed to allow Appellants to confirm vendors, tickets, and resolve other logistics related to holding an in-person event.

10. This Court has "repeatedly held . . . that the loss of First Amendment freedoms for even minimal periods of time constitutes irreparable injury". *Texans for Free Enter. v. Tex. Ethics Comm'n*, 732 F.3d 535, 539 (5th Cir. 2013) (cleaned up).

11. Good cause exists to expedite this appeal, because without a prompt merits decision from this Court by March 15, 2024, Spectrum WT will not be able to hold their planned March 22, 2024, event on campus, furthering the irreparable harm to Appellants' First Amendment rights.

12. To ensure the Court has adequate time to rule before Spectrum WT's event, Appellants respectfully request an expedited briefing and argument schedule, suitable to the Court's docket pressures. Appellants propose a schedule of:

---

[1] W. Tex. A&M Univ., *Campus Orgs. Handbook* at 4, https://www.wtamu.edu/_files/docs/student-life/Campus%20Org%20Handbook.pdf [https://perma.cc/FX4R-P5VQ].

6

- Appellants' Opening Brief: October 31, 2023

- Appellees' Opening Briefs: November 21, 2023

- Appellants' Reply Briefs: December 8, 2023

- Oral Argument: as early as the Court's schedule allows.

13. The undersigned has conferred with counsel for Appellees, who has indicated that Appellees oppose this motion.

14. For these reasons, good cause exists to expedite this appeal, and Appellants ask the Court to grant this motion.

Dated: October 5, 2023      Respectfully,

*/s/* JT Morris
JT Morris
Conor T. Fitzpatrick
FOUNDATION FOR INDIVIDUAL RIGHTS
   AND EXPRESSION
700 Pennsylvania Ave., S.E., Ste. 230
Washington, D.C. 20003
Tel: (215) 717-3473
jt.morris@thefire.org

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

This certifies that on October 5, 2023, in compliance with Rules 25(b) and (c) of the Federal Rules of Appellate Procedure, the undersigned served the foregoing via the Court's ECF filing system on all registered counsel of record.

*/s/ JT Morris*
JT Morris

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) and the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E) because it contains 786 words.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) because it has been prepared in proportionally spaced typeface using 14-point Century Schoolbook font with 12-point Century Schoolbook font for footnotes.

Dated: October 5, 2023         */s/ JT Morris*
                               JT Morris