# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 11, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10994   Spectrum WT v. Wendler
                  USDC No. 2:23-CV-48

Enclosed is an order entered in this case.

                     Sincerely,

                     LYLE W. CAYCE, Clerk

                     By: _____
                     Lisa E. Ferrara, Deputy Clerk
                     504-310-7675

Ms. Heather Lee Dyer
Mr. Charles Kenneth Eldred
Mr. Conor T. Fitzpatrick
Mr. JT Morris