# NO. 23-10994

## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

SPECTRUM WT; BARRETT BRIGHT; LAUREN STOVALL,

*Plaintiffs-Appellants*,

v.

WALTER WENDLER, *et al.*,

*Defendants-Appellees*.

---

### APPELLANTS' UNOPPOSED MOTION TO SUPPLEMENT THE RECORD ON APPEAL

---

On Appeal from the United States District Court for the
Northern District of Texas, Amarillo Division,
Civil Action No. 2:23-CV-48
Hon. Matthew J. Kacsmaryk, Presiding

---

JT Morris
  *Counsel of Record*
Conor T. Fitzpatrick
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
700 Pennsylvania Ave. S.E.,
Suite 340
Washington, D.C. 20003
Tel:  (215) 717-3473
jt.morris@thefire.org
conor.fitzpatrick@thefire.org

Adam Steinbaugh
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut St., Suite 1250
Philadelphia, PA. 19106
Tel:  (215) 717-3473
adam@thefire.org

*Attorneys for Plaintiffs-Appellants*

# CERTIFICATE OF INTERESTED PARTIES

The cause number and style of the case is No. 23-10994, *Spectrum WT v. Wendler* (USDC Civil No.2:23-CV-48, Northern District of Texas).

The undersigned counsel of record certifies that the following listed persons or entities described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

**Plaintiffs-Appellants**
Spectrum WT
Barrett Bright
Lauren Stovall

**Attorneys for Plaintiffs-Appellants**
JT Morris
Conor T. Fitzpatrick
Foundation for Individual Rights and Expression
700 Pennsylvania Ave. SE, Suite 340
Washington, DC 20003

Adam Steinbaugh
Jeffrey Daniel Zeman
Foundation for Individual Rights and Expression
510 Walnut St., Suite 1250
Philadelphia, PA 19106

**Defendants-Appellees**
Dr. Walter Wendler
Dr. Christopher Thomas
John Sharp
Robert L. Albritton
James R. Brooks
Jay Graham
Michael A. Hernandez, III
Tim Leach
Bill Mahomes
Elaine Mendoza
Michael J. Plank
Cliff Thomas
Demetrius L. Harrell, Jr.

**Attorneys for Defendants-Appellees**
Allison Marie Collins
Heather Lee Dyer
Joseph N. Mazzara
Charles Kenneth Eldred
Amy S. Hilton
Christopher D. Hilton
Drew Anne Beglau
Office of the Attorney General of Texas
P.O. Box 12548
Capitol Station
Austin, TX 78711

**Other Interested Parties**
West Texas A&M University
Texas A&M University System

        Respectfully,

        /s/ JT Morris
        JT Morris
        *Counsel of Record for Plaintiffs-Appellants*

TO THE HONORABLE COURT OF APPEALS:

Plaintiffs-Appellants Spectrum WT, Barrett Bright, and Lauren Stovall move under Fed. R. App. P. 10 for an order requesting the Clerk of the United States District Court for the Northern District of Texas certify and forward to the United States Court of Appeals for the Fifth Circuit a supplemental record containing the documents identified below for inclusion in the Record on Appeal in Case No. 23-10994.

Additionally, Appellants request that the Clerk of the United States District Court for the Northern District of Texas include an updated Docket Sheet showing these filings.

In support, Appellants state as follows:

1.　On October 4, 2023, the Clerk of the United States District Court for the Northern District of Texas certified the electronic record on appeal.

2.　The day before, the district court denied Appellants' unopposed motion for partial final judgment under Fed. R. Civ. P. 54(b) (ROA.875–880).

3.　Because the certified record was prepared before the district court ruled on Appellants' unopposed motion for partial final judgment

3

(and submitted after the district court issued that order), the certified record omits by accident the district court's order, the Appellants' motion for reconsideration of the order, and the district court's denial of the same, specifically:

| Dkt. | Date | Description |
| --- | --- | --- |
| 63 | 10/4/23 | "ORDER" denying Plaintiffs' Unopposed Motion for Judgment (Partial Judgment Under Rule 54(b)) |
| 65 | 10/10/23 | Plaintiffs' Motion to Reconsider Denial of Plaintiffs' Unopposed Motion for Rule 54(b) Certification for Final Judgment |
| 65-1 | 10/10/23 | Proposed Order on Plaintiff's Motion to Reconsider |
| 66 | 10/10/23 | Plaintiffs' Brief in Support of Motion to Reconsider |
| 68 | 10/13/23 | Order Denying Motion to Reconsider |

4. The documents are material to this appeal because the district court's denial of the unopposed motion and denial of the motion to reconsider are at odds with the district court's conclusions that drag shows lack First Amendment protection. *Compare* Order Denying Unopposed Motion for Judgment (Dkt. 63) at 2 *with* Memorandum Opinion and Order (Dkt. 59) at 10–14 (ROA.858–62).

4

5. Appellants' counsel has conferred with counsel for Appellees, who have indicated that Appellees do not oppose the relief requested in this motion.

Dated: October 31, 2023　　　　　　　Respectfully,

/s/ JT Morris
JT Morris
Conor T. Fitzpatrick
FOUNDATION FOR INDIVIDUAL RIGHTS
　AND EXPRESSION
700 Pennsylvania Ave., S.E., Ste. 230
Washington, D.C. 20003
Tel: (215) 717-3473
jt.morris@thefire.org
conor.fitzpatrick@thefire.org

Adam Steinbaugh
FOUNDATION FOR INDIVIDUAL RIGHTS
　AND EXPRESSION
510 Walnut St., Suite 1250
Philadelphia, PA. 19106
Tel:　(215) 717-3473
adam@thefire.org

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

This certifies that on October 31, 2023, in compliance with Rules 25(b) and (c) of the Federal Rules of Appellate Procedure, the undersigned served the foregoing via the Court's ECF filing system on all registered counsel of record.

/s/ JT Morris
JT Morris

## CERTIFICATE OF COMPLIANCE

1.    This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) and the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E) because it contains 354 words.

2.    This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) because it has been prepared in proportionally spaced typeface using 14-point Century Schoolbook font with 12-point Century Schoolbook font for footnotes.

Dated: October 31, 2023        /s/ JT Morris
                                                      JT Morris