# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 31, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

     No. 23-10994    Spectrum WT v. Wendler
                USDC No. 2:23-CV-48

The court has granted the motion to supplement or correct the record in this case.  The originating court is requested to provide us with a supplemental electronic record consisting of the documents outlined in the attached motion.  Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

               Sincerely,

               LYLE W. CAYCE, Clerk

               *Lisa E. Ferrara*

               By: _____
               Lisa E. Ferrara, Deputy Clerk
               504-310-7675

Mrs. Allison Marie Collins
Mr. Conor T. Fitzpatrick
Mr. Joseph N. Mazzara
Ms. Karen S. Mitchell
Mr. JT Morris
Mr. Adam Steinbaugh
Mr. Jeffrey Daniel Zeman