No. 23-10994

**In the United States Court
of Appeals for the Fifth Circuit**

SPECTRUM WT; BARRETT BRIGHT; LAUREN STOVALL,

*Plaintiffs-Appellants*

v.

WALTER WENDLER; DR. CHRISTOPHER THOMAS; JOHN SHARP;
ROBERT L. ALBRITTON; JAMES R. BROOKS; JAY GRAHAM;
TIM LEACH; BILL MAHOMES; ELAINE MENDOZA;
MICHAEL J. PLANK; CLIFF THOMAS; DEMETRIUS L. HARRELL, JR.;
MICHAEL A. HERNANDEZ, III,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of Texas in No. 2:23-CV-48,
Honorable Matthew Joseph Kacsmaryk, U.S. District Judge

**OPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*
SOUTHERN METHODIST UNIVERSITY DEDMAN SCHOOL OF LAW
FIRST AMENDMENT CLINIC IN SUPPORT OF APPELLANTS AND
REVERSAL**

Peter Steffensen
SMU DEDMAN SCHOOL OF LAW
FIRST AMENDMENT CLINIC
P.O. Box 750116
Dallas, TX  75275-0116
(214) 768-4077
psteffensen@smu.edu

Thomas S. Leatherbury
Thomas S. Leatherbury Law, PLLC
Cumberland Hill School Building
1901 North Akard Street
Dallas, TX 75201-2305
(214) 213-5004
tom@tsleatherburylaw.com

*Attorneys for Amicus Curiae Southern Methodist University
Dedman School of Law First Amendment Clinic*

# SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS

1. No. 23-10994, *Spectrum WT, et al. v. Walter Wendler, et al.*

2. The undersigned counsel of record certifies that—in addition to the persons and entities listed in Appellants' Certificate of Interested Persons and in the Certificates of Interested Persons of the other Amici Curiae—the following listed persons or entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made so that the judges of this Court may evaluate possible disqualification or recusal.

### *Amicus Curiae*
Southern Methodist University Dedman School of Law First Amendment Clinic[1]

### *Attorneys for Amicus Curiae*
Peter Steffensen
SMU Dedman School of Law First Amendment Clinic
P.O. Box 750116
Dallas, TX  75275-0116

Thomas S. Leatherbury
Thomas S. Leatherbury Law, PLLC
Cumberland Hill School Building
1901 North Akard Street
Dallas, TX 75201-2305

*(continued on next page)*

---

[1] The views expressed do not speak for Southern Methodist University or the SMU Dedman School of Law.

No publicly traded company has an ownership interest of 10% in the entities listed above.

                                                Respectfully submitted,

                                                */s/ Peter B. Steffensen*
                                                *Attorney of Record for Amicus Curiae*
                                                *Southern Methodist University*
                                                *Dedman School of Law*
                                                *First Amendment Clinic*

**OPPOSED MOTION FOR LEAVE OF AMICUS CURIAE**

The First Amendment Clinic at Southern Methodist University Dedman School of Law defends and advances the freedoms of speech, press, assembly, and petition through litigation, public advocacy, and education. The Clinic serves as a resource on the liberties guaranteed by the First Amendment, and provides students with real-world practice experience to prepare them to become leaders on First Amendment issues when they become practicing attorneys. The Clinic engages in advocacy and representation across the State, including in this Court, and thus has a special interest in promoting the sound interpretation of the First Amendment.

Pursuant to Rule 29(a) of the Federal Rules of Appellate Procedure, *Amicus Curiae* the Southern Methodist University Dedman School of Law First Amendment Clinic hereby moves the Court for leave to file a brief as *Amicus Curiae* in support of Plaintiffs-Appellants and reversal. The proposed brief of *Amicus* is attached to this Motion as **Exhibit A**.

This brief is desirable and relevant because it will further inform the Court about a critical First Amendment issue that the District Court did not discuss: prior restraint. While Appellants' principal brief touches on this issue, they also discuss numerous other matters and arguments. *Amicus Curiae*, by comparison, has the advantage of devoting its entire proposed brief to the issue of prior restraint, allowing

it to explore the issue more deeply and to raise for the Court's consideration additional points and authorities.

For these reasons, *Amicus Curiae* respectfully requests that the Court grant leave to file the attached *Amicus* brief in support of Plaintiffs-Appellants and reversal.

Dated: November 20, 2023	Respectfully submitted,

*/s/ Peter B. Steffensen*
Peter Steffensen
SMU DEDMAN SCHOOL OF LAW
FIRST AMENDMENT CLINIC
P.O. Box 750116
Dallas, Texas 75275-0116
(214) 768-4077
psteffensen@smu.edu

Thomas S. Leatherbury
Thomas S. Leatherbury Law, PLLC
Cumberland Hill School Building
1901 North Akard Street
Dallas, TX 75201-2305
(214) 213-5004
tom@tsleatherburylaw.com

*Attorneys for Amicus Curiae*
*Southern Methodist University*
*Dedman School of Law*
*First Amendment Clinic*

## CERTIFICATE OF CONFERENCE

Pursuant to 5th Cir. R. 27.4, Counsel for *Amicus Curiae* conferred with Counsel for Appellants and Counsel for Appellees concerning this Motion. Appellants consent to the appearance of *Amicus*, and Counsel for Appellee Walter Wendler does not oppose the Motion. However, Counsel for the remaining Appellees does not consent to the filing of *Amicus*'s proposed brief.

> */s/ Peter B. Steffensen*
> *Attorney of Record for Amicus Curiae*
> *Southern Methodist University*
> *Dedman School of Law*
> *First Amendment Clinic*

## CERTIFICATE OF SERVICE

I certify that on November 20, 2023, I caused a true and accurate copy of the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit through the CM/ECF system. I certify that the participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

>   */s/ Peter B. Steffensen*
>   *Attorney of Record for Amicus Curiae*
>   *Southern Methodist University*
>   *Dedman School of Law*
>   *First Amendment Clinic*

## CERTIFICATIONS UNDER ECF FILING STANDARDS

Pursuant to paragraph A(6) of this Court's ECF Filing Standards, I hereby certify that (1) any required privacy redactions have been made, 5th Cir. R. 25.2.13; and (2) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.

*/s/ Peter B. Steffensen*
*Attorney of Record for Amicus Curiae*
*Southern Methodist University*
*Dedman School of Law*
*First Amendment Clinic*

## CERTIFICATE OF COMPLIANCE

I hereby certify that:

1. This motion complies with the type-volume limitations of Federal Rules of Appellate Procedure 27(d)(2)(A) because it contains 263 words, as determined by the word-count function of Microsoft Word, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

2. This motion complies with the type-face requirements and type-style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) and Fifth Circuit Rules 32.1 and 32.2 because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

*/s/ Peter B. Steffensen*
*Attorney of Record for Amicus Curiae*
*Southern Methodist University*
*Dedman School of Law*
*First Amendment Clinic*