No. 23-10994

In The United States Court of Appeals
for the Fifth Circuit

Spectrum WT; Barrett Bright; Lauren Stovall,

*Plaintiffs-Appellants,*

v.

Walter Wendler; Dr. Christopher Thomas; John Sharp; Robert L. Albritton; James R. Brooks; Jay Graham; Tim Leach; Bill Mahomes; Elaine Mendoza; Michael J. Plank; Cliff Thomas; Demetrius L. Harrell, Jr.; Michael A. Hernandez, III,

*Defendants-Appellees.*

Appeal from the United States District Court for the Northern District of Texas
Case No. 2:23-CV-48

**OPPOSED MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* OF THE SECULAR STUDENT ALLIANCE IN SUPPORT OF PLAINTIFFS-APPELLANTS**

Samuel T. Grover
*Counsel of Record*

Freedom From Religion
Foundation, Inc.
P. O. Box 750
Madison, Wisconsin 53701
(608) 256-8900
sgrover@ffrf.org

*Counsel for Amicus Curiae*
*Secular Student Alliance*

## SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed person and entity as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

### **Amicus Curiae**

Secular Student Alliance

### **Attorney for *Amicus Curiae***

Samuel T. Grover
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53703
(608) 256-8900
sgrover@ffrf.org

*Counsel for Amicus Curiae*
*Secular Student Alliance*

## CORPORATE DISCLOSURE STATEMENT

The Secular Student Alliance is a 501(c)(3) nonprofit corporation. There is no parent corporation or publicly held corporation that owns 10% or more of Secular Student Alliance's stock.

Pursuant to Rule 29 of the Federal Rules of Appellate Procedure, the Secular Student Alliance hereby moves the Court for an order allowing it to file the attached amicus curiae brief in support of Plaintiffs-Appellants ("Spectrum WT"). In support of this motion, SSA states:

1. The Secular Student Alliance ("SSA") is a 501(c)(3) educational nonprofit and network of over 200 student chapters on high school and college campuses. Dedicated to advancing nonreligious viewpoints in public discourse, the mission of the Secular Student Alliance is to organize, unite, educate, and serve secular students and student communities that promote the ideals of scientific and critical inquiry, democracy, secularism, and human-based ethics.

2. SSA has an interest in the outcome of this case because SSA represents students on college campuses who participate in student groups. Part of SSA's mission is to empower secular students to proudly express their identity, build welcoming communities, promote secular values, and set a course for lifelong activism. SSA and its chapters and affiliates value the efforts of high schools, colleges, and universities to ensure an inclusive and welcoming educational environment.

3. SSA has serious concerns about its ability to operate if public university officials are permitted to censor the speech of SSA members and other students based on the personal religious beliefs of university employees. In support of the

fundamental First Amendment rights of speech and assembly, SSA seeks to protect students from government animus and censorship aimed at LGBTQIA+ and nonreligious students.

    4. SSA's amicus brief will help the court in understanding how the unconstitutional viewpoint discrimination in this case is tied to the religious preferences of West Texas A&M President Walter Wendler. The brief specifically explains how these content and viewpoint-based restrictions on speech are a danger to any student organization that wishes to express an opinion that may contradict the beliefs of those in power at a public university. SSA's amicus also seeks to place the censorship in this case in the proper context by highlighting that drag shows are currently, and historically have been, expressive activities.

    5. SSA has sought the consent of all parties to file this brief. Plaintiffs-Appellants consented. Defendant-Appellee Walter Wendler consented. Counsel for the other Defendants-Appellees stated that the other Defendants-Appellees do not consent. Proposed Amicus seeks leave of the Court to file this brief under Fed. R. App. P. 29(a)(2).

    WHEREFORE, the Secular Student Alliance hereby requests the Court grant it leave to file the attached amicus curiae brief in support of Spectrum WT.

Date: November 20, 2023               Respectfully submitted,


/s/ Samuel T. Grover
Samuel T. Grover
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53703
(608) 256-8900
sam@ffrf.org


*Counsel for Amicus Curiae*
*Secular Student Alliance*

**CERTIFICATE OF COMPLIANCE**

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman font.

/s/ Samuel T. Grover
Samuel T. Grover

*Counsel for Amicus Curiae*
*Secular Student Alliance*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2023, I electronically filed the foregoing with the Clerk of Court for the United State Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. A copy and an original were also mailed to the Clerk of Court according to 5th Cir. R. 27.4.

/s/ Samuel T. Grover
Samuel T. Grover

*Counsel for Amicus Curiae*
*Secular Student Alliance*

Dated: November 20, 2023

## CERTIFICATE OF CONFERENCE

I hereby certify under 5th Cir. R. 27.4 and Fed. R. App. P. 29(a)(2) that on November 2nd, 2023 I caused the Appellees and Appellants to be contacted by electronic mail. Plaintiff-Appellants and Defendant-Appellee Walter Wendler consented to the filing the brief of *Amicus Curiae* while the remaining Defendant-Appellees did not.

*/s/ Samuel T. Grover*
Samuel T. Grover

*Counsel for Amicus Curiae*
*Secular Student Alliance*