# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-10994

---

Spectrum WT; Barrett Bright; Lauren Stovall,

*Plaintiffs—Appellants*,

*versus*

Walter Wendler; Dr. Christopher Thomas; John Sharp; Robert L. Albritton; James R. Brooks; Jay Graham; Tim Leach; Bill Mahomes; Elaine Mendoza; Michael J. Plank; Cliff Thomas; Demetrius L. Harrell, Jr.; Michael A. Hernandez, III,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CV-48

---

ORDER:

IT IS ORDERED that Southern Methodist University Dedman School of Law First Amendment Clinic's opposed motion to file an amicus curiae brief is DENIED.

IT IS FURTHER ORDERED that Secular Student Alliance's opposed motion to file an amicus curiae brief is DENIED.

No. 23-10994

IT IS FURTHER ORDERED that American Civil Liberties Union of Texas and Equality Texas's opposed motion to file an amicus curiae brief is DENIED.

_____
EDITH BROWN CLEMENT
*United States Circuit Judge*