No. 23-10994

# In the United States Court of Appeals for the Fifth Circuit

Spectrum WT; Barrett Bright; Lauren Stovall,

*Plaintiffs-Appellants*,

v.

Walter Wendler; Dr. Christopher Thomas; John Sharp; Robert L. Albritton; James R. Brooks; Jay Graham; Tim Leach; Bill Mahomes; Elaine Mendoza; Michael J. Plank; Cliff Thomas; Demetrius L. Harrell, Jr.; Michael A. Hernandez, III,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of Texas, Amarillo Division
USDC No. 2:23-CV-48

**OPPOSED MOTION FOR EXTENSION OF TIME
TO FILE DEFENDANT-APPELLEE'S OPENING BRIEF**

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Defendant-Appellee President Walter Wendler files this Motion for an Extension of Time to File his Opening Brief by 30 days, to and including Friday, January 12, 2024. This is President Wendler's first request for an extension of time for this brief, and it is opposed.[1]

---

[1] JT Morris, counsel for Plaintiff-Appellants, indicated that his clients oppose this motion for the reasons stated in their motion to expedite.

**1.** President Wendler's opening brief is currently due on Wednesday, December 13, 2023. The Attorney General seeks to extend the time to file his brief by 30 days, up to and including Friday, January 12, 2024.

**2.** The requested 30-day extension of time is necessary due to engagements that have required or will require significant attention since the briefing order was issued in this case on October 4, 2023, including:

- Presenting oral argument on December 6, 2023, to this Court in *Tong v. Lumpkin*, No. 19-70008.

- Preparing a response brief due December 13, 2023, to the Supreme Court of the United States in *Devillier v. Texas*, No. 22-913.

- Preparing an emergency motion for stay pending appeal in *9000 Airport v. Hegar*, No. 23-20568 (5th Cir.).

**3.** The extension is sought in the interest of justice and is not for delay, and no party will be prejudiced if this extension is granted.

**4.** For the foregoing reasons, President Wendler respectfully requests that the Court grant his unopposed motion for a 30-day extension of time to file his opening brief, making that brief due on Friday, January 12, 2024.

Date: November 28, 2023　　　　　　Respectfully submitted.

KEN PAXTON　　　　　　　　　　　/s/ Joseph N. Mazzara
Attorney General of Texas　　　　　JOSEPH N. MAZZARA
　　　　　　　　　　　　　　　　　Assistant Solicitor General
BRENT WEBSTER　　　　　　　　　Joe.Mazzara@oag.texas.gov
First Assistant Attorney General

　　　　　　　　　　　　　　　　　J. ANDREW MACKENZIE
　　　　　　　　　　　　　　　　　Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700　　　　　　　Counsel for Defendant-Appellee
Fax: (512) 474-2697　　　　　　　　Walter Wendler

## Certificate of Conference

On November 21, 2023, I conferred with JT Morris, counsel for Plaintiffs-Appellants, and Allison Collins, counsel for Defendants-Appellees. Mr. Morris stated that Appellants oppose this extension, and Ms. Collins indicated that Appellees do not oppose this extension.

/s/ Joseph N. Mazzara
Joseph N. Mazzara

## Certificate of Service

On November 28, 2023, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Joseph N. Mazzara
Joseph N. Mazzara

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 266 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Joseph N. Mazzara
Joseph N. Mazzara