# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court. **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).***

Fifth Cir. Case NO. **23-10994**

**Spectrum WT, et al.** vs. **Walter Wendler, et al.**
(Short Title)

The Clerk will enter my appearance as Counsel for **SMU Dedman School of Law First Amendment Clinic**

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**   ☐ Petitioner(s)   ☐ Respondent(s)   ☑ Amicus Curiae
☐ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

(Signature)

e-mail: psteffensen@mail.smu.edu

**Peter Steffensen**
(Type or print name)

**TX 24106464**
(State/Bar No.)

**Law Fellow**
(Title, if any)

**Southern Methodist University**
(Firm or Organization)

Address: **3315 Daniel Avenue, P.O. Box 750116**

City & State: **Dallas, Texas**    Zip: **75275**

Primary Tel.: **(214) 768-4077**    Cell Phone: **(914) 673-4224**

NOTE: When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel: Peter Steffensen**

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
**n/a**

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related issue(s)?
☑ Yes   ☐ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☐ Yes   ☑ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes   ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case **Yes, prelim. injunction**

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
**Woodlands Pride v. Paxton, No. 23-20480**

Name of Court or Agency: **U.S. Court of Appeals for the Fifth Circuit**

Status of Appeal (if any): **Appeal docketed 10/03/2023; Appellant's brief due 12/15/2023**

Other Status (if not appealed): **n/a**

**NOTE: Attach sheet to give further details.**

DKT-5A REVISED January 2022

**NOTICE OF FORM FOR APPEARANCE** (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court. **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).***

Fifth Cir. Case NO. __23-10994__

Spectrum WT, et al. (Short Title) vs. Walter Wendler, et al.

The Clerk will enter my appearance as Counsel for __SMU Dedman School of Law First Amendment Clinic__

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**   ☐ Petitioner(s)   ☐ Respondent(s)   ☒ Amicus Curiae
☐ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☒ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

(Signature) [signed]

Thomas S. Leatherbury
(Type or print name)

tom@tsleatherburylaw.com
(e-mail address)

TX 12095275
(State/Bar No.)

(Title, if any)

Thomas S. Leatherbury Law, PLLC
(Firm or Organization)

Address __1901 North Akard Street__

City & State __Dallas, Texas__   Zip __75201__

Primary Tel. __(214) 213-5004__   Cell Phone: __(214) 213-5004__

NOTE: When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Peter Steffensen

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
n/a

B. Inquiry of Counsel. To your knowledge:
(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☒ Yes   ☐ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☐ Yes   ☒ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes   ☒ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case __Yes, prelim. injunction__

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
__Woodlands Pride v. Paxton, No. 23-20480__

Name of Court or Agency __U.S. Court of Appeals for the Fifth Circuit__

Status of Appeal (if any) __Appeal docketed 10/03/2023; Appellant's brief due 12/15/2023__

Other Status (if not appealed) __n/a__

**NOTE: Attach sheet to give further details.**   DKT-5A REVISED January 2022

# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).**

**Fifth Cir. Case NO.** 23-10994

Spectrum WT vs. Wendler
(Short Title)

The Clerk will enter my appearance as Counsel for Secular Student Alliance

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)  ☐ Respondent(s)  ☑ Amicus Curiae  ☐ Appellant(s)  ☐ Appellee(s)  ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Samuel Grover (Signature)  
sam@ffrf.org (e-mail address)

Samuel Grover (Type or print name)  
WI / #1096047 (State/Bar No.)

Associate Counsel (Title, if any)

Freedom From Religion Foundation (Firm or Organization)

Address: PO Box 750

City & State: Madison, WI  Zip: 53701-0750

Primary Tel. (608) 230-8422  Cell Phone: _____ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** _____

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

_____

B. Inquiry of Counsel. To your knowledge:
  (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?  ☐ Yes  ☑ No
  (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?  ☐ Yes  ☑ No
  (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?  ☐ Yes  ☑ No
  (4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case _____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

_____

Name of Court or Agency _____

Status of Appeal (if any) _____

Other Status (if not appealed) _____

**NOTE: Attach sheet to give further details.**

DKT-5A REVISED June 2023

**NOTICE OF FORM FOR APPEARANCE** (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).**

Fifth Cir. Case NO. __23-10994__

Spectrum WT, et al., _____ vs. Wendler, et al. _____
(Short Title)

The Clerk will enter my appearance as Counsel for __American Civil Liberties Union of Texas, Equality Texas__

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**   ☐ Petitioner(s)   ☐ Respondent(s)   ☑ Amicus Curiae
☐ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

__/s Brian Klosterboer__    __bklosterboer@aclutx.org__
(Signature)    (e-mail address)

__Brian Klosterboer__    __TX Bar No. 24107833__
(Type or print name)    (State/Bar No.)

_____
(Title, if any)

__American Civil Liberties Union of Texas,__
(Firm or Organization)

Address __P.O. Box 8306__

City & State __Houston, TX__    Zip __77288__

Primary Tel. __7139428146__   Cell Phone: _____ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** __BrianKlosterboer__

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
_____

B. Inquiry of Counsel. To your knowledge:
(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☐ Yes   ☑ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☐ Yes   ☑ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes   ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case_____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
_____

Name of Court or Agency_____

Status of Appeal (if any)_____

Other Status (if not appealed)_____

**NOTE: Attach sheet to give further details.**    DKT-5A REVISED June 2023