# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 28, 2023

Mr. Samuel Troxell Grover
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701

Mr. Brian Klosterboer
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

Mr. Thomas S. Leatherbury
Thomas S. Leatherbury Law, P.L.L.C.
1901 N. Akard Street
Dallas, TX 75201

Mr. Peter Steffensen
Southern Methodist University
Dedman School of Law
3315 Daniel Avenue
P.O. Box 750116
Dallas, TX 75275

    No. 23-10994    Spectrum WT v. Wendler
                           USDC No. 2:23-CV-48

Dear Mr. Grover, Mr. Klosterboer, Mr. Leatherbury, Mr. Steffensen,

We are taking no action on your appearance forms because the motions to file amici briefs were denied.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Lisa E. Ferrara
Lisa E. Ferrara, Deputy Clerk
504-310-7675

cc:
    Mrs. Allison Marie Collins
    Mr. Conor T. Fitzpatrick
    Mr. James Andrew Mackenzie
    Mr. Joseph N. Mazzara
    Mr. JT Morris
    Mr. Adam Steinbaugh
    Mr. Jeffrey Daniel Zeman