# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 28, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

     No. 23-10994    Spectrum WT v. Wendler
               USDC No. 2:23-CV-48

The court has granted an extension of time to and including December 28, 2023 for filing appellee's/respondent's brief of Walter Wendler in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Lisa E. Ferrara, Deputy Clerk
                    504-310-7675

Mrs. Allison Marie Collins
Mr. Conor T. Fitzpatrick
Mr. James Andrew Mackenzie
Mr. Joseph N. Mazzara
Mr. JT Morris
Mr. Adam Steinbaugh
Mr. Jeffrey Daniel Zeman