# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 12, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10994   Spectrum WT v. Wendler
                    USDC No. 2:23-CV-48

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    /s/ Lisa E. Ferrara
                By: _____
                Lisa E. Ferrara, Deputy Clerk
                504-310-7675

Mrs. Allison Marie Collins
Mr. Conor T. Fitzpatrick
Mr. Samuel Troxell Grover
Mr. Brian Klosterboer
Mr. James Andrew Mackenzie
Mr. Joseph N. Mazzara
Mr. JT Morris
Mr. Peter Steffensen
Mr. Adam Steinbaugh
Mr. Jeffrey Daniel Zeman