# United States Court of Appeals for the Fifth Circuit

---

No. 23-10994

---

Spectrum WT; Barrett Bright; Lauren Stovall,

*Plaintiffs—Appellants*,

*versus*

Walter Wendler; Dr. Christopher Thomas; John Sharp; Robert L. Albritton; James R. Brooks; Jay Graham; Tim Leach; Bill Mahomes; Elaine Mendoza; Michael J. Plank; Cliff Thomas; Demetrius L. Harrell, Jr.; Michael A. Hernandez, III,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CV-48

---

## UNPUBLISHED ORDER

Before Stewart, Clement, and Engelhardt, *Circuit Judges*.

Per Curiam:

    A member of this panel previously DENIED the opposed motions of Southern Methodist University Dedman School of Law First Amendment Clinic, Secular Student Alliance, American Civil Liberties Union of Texas, and Equality Texas to file amicus curiae briefs. The panel has considered

No. 23-10994

Southern Methodist University Dedman School of Law First Amendment Clinic, Secular Student Alliance, American Civil Liberties Union of Texas, and Equality Texas's opposed motion for reconsideration.

    IT IS ORDERED that the motion is GRANTED.