# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 26, 2023

Mrs. Allison Marie Collins
Office of the Attorney General for the State of Texas
General Litigation Division
P.O. Box 12548
Capitol Station
Austin, TX 78701

    No. 23-10994    Spectrum WT v. Wendler
                    USDC No. 2:23-CV-48

Dear Mrs. Collins,

The deadline to file the appellee's brief on behalf of Robert L. Albritton, James R. Brooks, Jay Graham, Demetrius L. Harrell Jr., Michael A. Hernandez III, Tim Leach, Bill Mahomes, Elaine Mendoza, Michael J. Plank, and Cliff Thomas expired on December 13, 2023, see Fed. R. App. P. 31(a)(1).  If you wish to file a brief, we should receive it along with a motion to file the brief out of time within 10 days from this date.  If we receive no response to this letter, we will submit the case to the court on the record and briefs already on file.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Lisa E. Ferrara, Deputy Clerk
                                    504-310-7675

cc:
    Mr. Conor T. Fitzpatrick
    Mr. Samuel Troxell Grover
    Mr. Brian Klosterboer
    Mr. Thomas S. Leatherbury
    Mr. James Andrew Mackenzie
    Mr. Joseph N. Mazzara
    Mr. JT Morris
    Mr. Peter Steffensen
    Mr. Adam Steinbaugh
    Mr. Jeffrey Daniel Zeman