No. 23-10994

# In the United States Court of Appeals for the Fifth Circuit

_____

Spectrum WT; Barrett Bright; Lauren Stovall,

*Plaintiffs-Appellant,*

v.

Walter Wendler; Dr. Christopher Thomas; John Sharp; Robert L. Albritton; James R. Brooks; Jay Graham; Tim Leach; Bill Mahomes; Elaine Mendoza; Michael J. Plank; Cliff Thomas; Demetrius L. Harrell, Jr.; Michael A. Hernandez, III,

*Defendants-Appellees*

_____

On Appeal from the United States District Court for the Northern District of Texas Case No. 2:23-cv-00048

_____

**APPELLEES BOARD OF REGENTS OF THE TEXAS A&M UNIVERSITY SYSTEM'S NOTICE REGARDING BRIEF**

_____

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

ALLISON M. COLLINS
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120| FAX: (512) 320-0667
Allison.Collins@oag.texas.gov
*Counsel for A&M Defendants- Appellees*

TO THE HONORABLE FIFTH COURT OF APPEALS:

Defendants-Appellees Robert L. Albritton, James R. Brooks, Jay Graham, Tim Leach, Bill Mahomes, Elaine Mendoza, Michael J. Plank, Cliff Thomas, Demetrius L. Harrell, Jr., and Michael A. Hernandez III, ("Board of Regents") file this notice to inform the Court that they do not intend to file an Appellees' brief. The district court dismissed all claims against the Board of Regents, and Plaintiffs are not contesting that dismissal on appeal. Appellants' Brief at 67 fn 13. Plaintiffs have presented no arguments against the Board of Regents, so further participation by the Board of Regents in this appeal does not appear to be warranted.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ Allison M. Collins
ALLISON M. COLLINS
Assistant Attorney General
Texas Bar No. 24127467
Allison.Collins@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667

*Counsel for A&M Defendants- Appellees*

**CERTIFICATE OF SERVICE**

On January 3, 2024, this notice was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ *Allison M. Collins*
ALLISON M. COLLINS
Assistant Attorney General