# *United States Court of Appeals*
## FIFTH CIRCUIT
## OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 18, 2024

Mr. Conor T. Fitzpatrick
Foundation for Individual Rights and Expression
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003

Mr. JT Morris
Foundation for Individual Rights & Expression (FIRE)
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003

Mr. Adam Steinbaugh
Foundation for Individual Rights & Expression
510 Walnut Street
Suite 900
Philadelphia, PA 19106

Mr. Jeffrey Daniel Zeman
Foundation for Individual Rights & Expression
510 Walnut Street
Suite 1250
Philadelphia, PA 19106

     No. 23-10994   Spectrum WT v. Wendler
              USDC No. 2:23-CV-48

Dear Mr. Fitzpatrick, Mr. Morris, Mr. Steinbaugh, Mr. Zeman,

We are taking no action on your reply brief filed January 16, 2023
in light of a reply brief was previously filed. Appellants may
file only one reply brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

cc:
      Mrs. Allison Marie Collins
      Mr. Samuel Troxell Grover
      Mr. Brian Klosterboer
      Mr. Thomas S. Leatherbury
      Mr. James Andrew Mackenzie
      Mr. Joseph N. Mazzara
      Mr. Peter Steffensen