NO. 23-10994

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

SPECTRUM WT; BARRETT BRIGHT; and LAUREN STOVALL,

*Plaintiffs-Appellants,*

v.

WALTER WENDLER; DR. CHRISTOPHER THOMAS; JOHN SHARP; ROBERT L. ALBRITTON; JAMES R. BROOKS; JAY GRAHAM; TIM LEACH; BILL MAHOMES; ELAINE MENDOZA; MICHAEL J. PLANK; CLIFF THOMAS; DEMETRIUS L. HARRELL, JR.; and MICHAEL A. HERNANDEZ, III,

*Defendants-Appellees.*

**APPELLANTS' OPPOSED MOTION FOR LEAVE TO FILE REPLY TO BRIEF FOR DEFENDANT-APPELLEE WALTER WENDLER**

On Appeal from the United States District Court for the
Northern District of Texas, Civil Action No. 2:23-CV-48
Hon. Matthew J. Kacsmaryk Presiding

JT Morris
  *Counsel of Record*
Conor T. Fitzpatrick
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
700 Pennsylvania Ave. S.E., Suite 340
Washington, D.C. 20003
Tel: (215) 717-3473
jt.morris@thefire.org
conor.fitzpatrick@thefire.org

Adam Steinbaugh
Jeffrey D. Zeman
FOUNDATION FOR
  INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut St., Suite 900
Philadelphia, PA. 19106
Tel: (215) 717-3473
adam@thefire.org
jeff.zeman@thefire.org

*Attorneys for Plaintiffs-Appellants*

# CERTIFICATE OF INTERESTED PARTIES

The cause number and style of the case is No. 23-10994, *Spectrum WT v. Wendler* (USDC Civil No. 2:23-CV-48, Northern District of Texas).

The undersigned counsel of record certifies that the following listed persons or entities described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

**Plaintiffs-Appellants**
Spectrum WT
Barrett Bright
Lauren Stovall

**Attorneys for Plaintiffs-Appellants**
JT Morris
Conor T. Fitzpatrick
Foundation for Individual Rights and Expression
700 Pennsylvania Ave. SE, Suite 340
Washington, DC 20003

Adam Steinbaugh
Jeffrey Daniel Zeman
Foundation for Individual Rights and Expression
510 Walnut St., Suite 900
Philadelphia, PA 19106

**Defendants-Appellees**
Dr. Walter Wendler
Dr. Christopher Thomas
John Sharp
Robert L. Albritton
James R. Brooks
Jay Graham
Michael A. Hernandez, III
Tim Leach
Bill Mahomes
Elaine Mendoza
Michael J. Plank
Cliff Thomas
Demetrius L. Harrell, Jr.

**Attorneys for Defendants-Appellees**
Allison Marie Collins
Joseph N. Mazzara
Heather Lee Dyer
Charles Kenneth Eldred
Amy S. Hilton
Christopher D. Hilton
Drew Anne Beglau
Office of the Attorney General of Texas
P.O. Box 12548
Capitol Station
Austin, TX 78711

**Other Interested Parties**
West Texas A&M University
Texas A&M University System

      Respectfully,

      <u>/s/ JT Morris</u>
      JT Morris
      *Counsel of Record for Plaintiffs-Appellants*

TO THE HONORABLE COURT OF APPEALS:

Plaintiffs-Appellants Spectrum WT, Barrett Bright, and Lauren Stovall move under Fed. R. App. P. 27 and 28(c) and 5th Cir. R. 27 and 27.1.13 for leave to file the attached reply to the brief of Defendant-Appellee Walter Wendler.

Appellants timely filed a reply to the brief of Defendants-Appellees John Sharp and Christopher Thomas. Wendler's brief, filed 15 days after Sharp and Thomas's brief, presents arguments on the First Amendment merits of Appellants' claims (including arguments Wendler raises for the first time in this case), distinct from the standing and sovereign immunity arguments that Sharp and Thomas solely focus on. Granting Appellants leave to file the attached reply will assist the Court and ensure it has a complete and fair picture of the parties' respective arguments.

In support, Appellants state as follows:

1. Appellants filed their principal brief on November 13, 2023 (ECF 48).

2. Appellees Sharp and Thomas filed their principal brief on December 13, 2023 (ECF 89). In their brief, Sharp and Thomas focus

3

solely on standing and sovereign immunity, not addressing the First Amendment issues Appellants argue in their principal brief. *See id.* Appellants timely filed their reply to Sharp and Thomas on January 3, 2024, focusing on those same standing and sovereign immunity issues (ECF 95).

3. After the Court granted Appellee Wendler an extension to file his principal brief, (ECF 71), he filed that brief on December 28, 2023 (ECF 94), 15 days after Sharp and Thomas filed their brief.

4. Unlike Sharp and Thomas's brief, Wendler's later-filed brief focuses on the merits of Appellants' First Amendment arguments, and includes arguments Wendler raises for the first time in this case. *Id.* His brief does not argue about standing, and less than three typewritten pages of the forty-two page brief address sovereign immunity. *Id.* at 10, 40–42.

5. In short, the issues covered in Wendler's later-filed brief are wholly distinct from those in Sharp and Thomas's earlier-filed brief.

6. Appellants' deadline to reply to Wendler's brief is January 18, 2024. Appellants submitted a reply to Wendler's brief on January 16, but the Clerk took no action on it on January 18 (ECF 103).

4

7. Because of the (a) different dates on which Appellees filed their respective briefs and (b) the distinct material issues those respective briefs cover, Appellants ask that the Court grant leave to file the attached reply to Wendler's brief.

8. Granting leave will assist the Court. This case presents important questions about First Amendment protection for art, entertainment, and similar expression at public universities. A complete and full record of the parties' respective positions will help ensure the Court can assess the issues and arguments.

9. Appellants' attached reply to Wendler's brief does not duplicate arguments from their reply to Sharp and Thomas. Instead, it addresses the unique arguments in Wendler's brief. Thus, granting leave will not hinder judicial efficiency.

10. Granting leave is also just. It would prejudice Appellants if they cannot meaningfully reply to the wholly distinct issues and arguments Wendler raises in his brief filed 15 days after Sharp and Thomas filed their brief. At the same time, granting leave will not prejudice Appellees, whose briefing is complete.

11. Appellants' counsel has conferred with counsel for Appellees, who have indicated that Appellees oppose this motion.

Dated: January 18, 2024

Respectfully,

/s/ JT Morris
JT Morris
Conor T. Fitzpatrick
FOUNDATION FOR INDIVIDUAL RIGHTS
 AND EXPRESSION
700 Pennsylvania Ave., S.E., Ste. 230
Washington, D.C. 20003
Tel: (215) 717-3473
jt.morris@thefire.org
conor.fitzpatrick@thefire.org

Adam Steinbaugh
FOUNDATION FOR INDIVIDUAL RIGHTS
 AND EXPRESSION
510 Walnut St., Suite 900
Philadelphia, PA. 19106
Tel:  (215) 717-3473
adam@thefire.org

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

This certifies that on January 18, 2024, in compliance with Rules 25(b) and (c) of the Federal Rules of Appellate Procedure, the undersigned served the foregoing via the Court's ECF filing system on all registered counsel of record.

/s/ JT Morris
JT Morris

# CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) and the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E) because it contains 551 words.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) because it has been prepared in proportionally spaced typeface using 14-point Century Schoolbook font with 12-point Century Schoolbook font for footnotes.

Dated: January 18, 2024        /s/ JT Morris
                                                      JT Morris