

## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

J. Andrew Mackenzie  (512) 936-2995
Assistant Attorney General  Drew.Mackenzie@oag.texas.gov

January 29, 2024

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit

**Re:** No. 23-10994, *Spectrum WT v. Wendler*

Dear Mr. Cayce:

Undersigned counsel requests that the Court permit J. Andrew Mackenzie to withdraw from the representation of Defendant-Appellee Walter Wendler. Joseph N. Mazzara previously filed a notice of appearance and will continue to serve as lead counsel.

Thank you for your assistance in this matter.

    Respectfully submitted.

    /s/ J. Andrew Mackenzie

    J. Andrew Mackenzie
    Assistant Attorney General

cc: All counsel of record (via CM/ECF)