# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 06, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10994    Spectrum WT v. Wendler
                  USDC No. 2:23-CV-48

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Lisa E. Ferrara, Deputy Clerk
                    504-310-7675

Mrs. Allison Marie Collins
Mr. Conor T. Fitzpatrick
Mr. Samuel Troxell Grover
Mr. Brian Klosterboer
Mr. Thomas S. Leatherbury
Mr. Joseph N. Mazzara
Mr. JT Morris
Mr. Peter Steffensen
Mr. Adam Steinbaugh
Mr. Jeffrey Daniel Zeman