# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-10994

---

Spectrum WT; Barrett Bright; Lauren Stovall,

*Plaintiffs—Appellants*,

*versus*

Walter Wendler; Dr. Christopher Thomas; John Sharp; Robert L. Albritton; James R. Brooks; Jay Graham; Tim Leach; Bill Mahomes; Elaine Mendoza; Michael J. Plank; Cliff Thomas; Demetrius L. Harrell, Jr.; Michael A. Hernandez, III,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CV-48

---

ORDER:

IT IS ORDERED that Appellants' opposed motion to file a supplemental reply brief is GRANTED.

/s/ James L. Dennis
James L. Dennis
*United States Circuit Judge*