*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit A

## to Appellants' Motion for Injunction Pending Appeal

# DECLARATION OF BARRETT BRIGHT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, BARRETT BRIGHT, and LAUREN STOVALL,<br><br>                Plaintiffs,<br><br>       v.<br><br>WALTER WENDLER, in his individual capacity and his official capacity as the President of West Texas A&M University, *et al.*,<br><br>                Defendants. | Case No.: 2:23-cv-00048<br><br><br>**DECLARATION OF BARRETT BRIGHT IN SUPPORT OF PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL** |

Under 28 U.S.C. § 1746, I, Barrett Bright, declare as follows:

1.      I am over the age of 18 and have personal knowledge of the facts in this declaration.

2.      I am a Plaintiff in the present case and a citizen of the United States of America.

3.      I am an undergraduate student enrolled at West Texas A&M University ("West Texas A&M"). I am a civil engineering major taking a 10-credit course load to finish my degree. My academic work occupies a significant amount of my time and focus.

4.      I am also the President of Spectrum WT, a plaintiff in the present case.

5.      Spectrum WT is a recognized student organization in good standing at West Texas A&M. It has around 20 members who are undergraduate or graduate students enrolled at West Texas A&M. It has existed since around 2009.

6.      Spectrum WT's mission is to provide a safe space for LGBTQ+ students and allies to come together, to raise awareness for the LGBTQ+ community, and to promote diversity, support, and acceptance on campus and in the surrounding community.

7.      Spectrum WT sought to hold its first annual drag show in Legacy Hall at West Texas A&M on March 31, 2023. We planned our show to avoid risqué types of performances, even going so far as to require performers to avoid using music with profanity. Our show was to be held in Legacy Hall, an event space the university holds out as suitable—and frequently used—for stage performances. Because it is an enclosed venue, only people who bought tickets to see the performance would be in attendance.

8.      To organize the March 2023 event, our organization followed the policies, procedures, and practices identified by West Texas A&M, including the Facility Use Request Procedure and the Campus Organizations Handbook.

9.      Our March 2023 event proceeded to the "Tentative Confirmation" stage, had passed the university's risk assessment protocol, and university staff had helped us design the event flyers.

10.     On March 14, 2023, a university administrator informed us our event was "scheduled and approved as 'Tentative'" while waiting for the list of performers and their songs—the final step necessary to move to "Confirmed" status.

11.     On March 20, 2023, President Wendler canceled the performance. I first learned that he was doing so when Vice President Christopher Thomas told me that

President Wendler was canceling it because Wendler believed that drag shows discriminate against women.

12.     That day, President Wendler distributed an email to all students, faculty, and staff pledging that there would be no drag show on the university's campus, as it was "not possible" to have a "harmless" drag show and drag shows were discriminatory.

13.     West Texas A&M provides a "Campus Organizations Handbook" identifying the stages for approval of campus events. As president of a registered student organization, I am familiar with the Handbook. A true and correct copy of West Texas A&M's Campus Organizations Handbook is attached as **Exhibit 1**. This document is available on the West Texas A&M University website at https://www.wtamu.edu/_files/docs/Campus%20Org%20Handbook.pdf.

14.     The stages for reservation of university facilities are:

   a.     **Virtual EMS Request (HOLD):** A request to reserve a space, allowing staff to "ensure there are no other conflicting events in that space."

   b.     **Tentative Approval:** After JBK Event Services staff confirm details concerning the date, time, and audio-visual needs for the event. At this point, organizers are permitted to begin advertising the event. Tentative approval is supposed to occur within three days of a request.

   c.     **Confirmed Status:** All details have been confirmed. This is supposed to happen at least five weeks before the event.

15.     Organizers are also required to submit a risk assessment and a risk assessment matrix at least two weeks before the event.

16.     Organizers who do not wish to use the university's food vendor are required to submit a catering exemption form.

17.     On April 11, 2023, I submitted a request to use the Alumni Banquet Facility for a "Buff-a-Woah Drag Show," to be held on March 22, 2024. A true and correct copy of the Virtual EMS Request is attached as **Exhibit 2**.

18.     Spectrum has since renamed the event to the "Don't be a Drag, Drag Show" and changed the requested location from the ABH Dr. Hazel Kelley Wilson Banquet Hall to Legacy Hall.

19.     Like the March 2023 performance that President Wendler cancelled, Spectrum WT intends that the March, 22 2024 drag show be PG-13; free of alcohol and music with profanities and closed to minors unless accompanied by a parent or guardian, chiefly to allow younger brothers or sisters to support student performers. To ensure compliance, Spectrum will check identification at the entrance to the event.

20.     We are also required to submit a risk assessment and a risk assessment matrix at least two weeks before the event. I submitted the risk assessment form on January 5, 2024 and intend to submit an amended risk assessment form on January 31, 2024.

21.     The risk assessment matrix is substantially similar to the one submitted for the March 2023 event, and approved by West Texas A&M's risk assessment administrators in 2023.

22.     On January 5, 2024, Spectrum received an emailed response from Richard C. Smith, Assistant Vice President, Risk and Compliance, of West Texas

A&M University. A true and correct copy of Vice President Smith's email is attached as **Exhibit 3**.

23.    Vice President Smith's email stated that the March 2024 event was at the "TENTATIVE" stage. His email indicated that West Texas A&M University "will review your request and get back to you within the next two weeks."

24.    That two-week period lapsed on January 19, 2024. Risk Assessment wrote Spectrum and thanked Spectrum "for being so responsive."

25.    I monitor the Student Events calendar and, although many other events have been added to the Student Events Calendar for the days and weeks after March 22, 2024, our event has not been added as of today.

26.    Each participant in the March 2024 performance will be required to sign a Release Form.

27.    Before the event, Spectrum intends to submit the required paperwork regarding catering.

28.    Spectrum is working on designing promotional material for the event and will work with University staff to that end.

29.    I am a principal student organizer of the March 22, 2024, performance. I intend to participate in it. I also know of specific other members of Spectrum WT and other students who also intend to perform. And I know of specific other members of Spectrum WT—and other students who are not members—who intend to attend the performance.

30.    I believe that President Wendler will cancel the event again because:

a.  In his March 20, 2023, cancellation of our drag show, Wendler said that "West Texas A&M University will not host a drag show on campus" and that a "harmless drag show" was "[n]ot possible."

b.  I am aware that in a television news interview about a month after we filed this lawsuit, President Wendler said he "wouldn't have done anything differently."

c.  I am aware that President Wendler has said in his December 28, 2023, brief in the United States Court of Appeals for the Fifth Circuit that he referenced the "rejection of future drag shows," claimed that drag performances are not protected by the First Amendment, and insisted that "officials" need to screen the content of events.

31.    Spectrum intends to hold the drag show because it believes that it is an effective way to express ourselves and reach others on campus. Each performance is unique, collectively celebrating the diversity of the LGBTQ+ community.

32.    As a recognized student organization, cancellation of our event will harm our ability to express ourselves and to reach our intended audience. Our organization's mission seeks to promote LGTBQ+ diversity, support, and acceptance on campus. If our events cannot be held on campus, it hinders our ability for our organization and its members to reach fellow students.

33.    Cancelation also deprives us of facilities that we pay for with our student fees. Each semester, each of our members pays a fee that funds the Jack B. Kelley Student Center.

34.    And if President Wendler cancels our performance again, we will have lost the resources we have expended on preparing for this performance. These include the time that I and other members have spent planning the event, coordinating with other students and organizations, and preparing publicity.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Dated: January 30, 2024

Barrett Bright

*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 1

**to Declaration of Barrett Bright in Support of Plaintiffs' Motion for Injunction Pending Appeal**

# Campus Organizations
# HANDBOOK

Provided by the Student Engagement and Leadership Office
Jack B. Kelley Student Center, Suite 103
806.651.2313
www.wtamu.campuslabs.com

## Why Does Your Group Need to Register?

Becoming a registered campus organization is a required process at West Texas A&M University. It provides a terrific opportunity to serve the campus community, develop skills within a large group and have a good time in the process. A WTAMU registration involves privileges and responsibilities as listed below.

## Privileges

- Access to campus facilities
- Access to Campus Organization Funds (COFC)
- Support from the Office of Student Engagement and Leadership (OSEL)
- Listing in the Buff Link Directory
- Use of West Texas A&M University name to signify campus affiliation
- Involvement opportunities such as; NSO Org Fairs, Buff Branding events, Join the Herd 2.0, etc.
- Check-out equipment such as; yard games, popcorn machine, karaoke machine, etc.

## Responsibilities

- Abide by procedures and regulations pertaining to campus organizations found in the current *Student Handbook* and *Campus Organizations Handbook* and to state and federal laws
- Attend Org Rally each semester
- Re-register **EVERY** fall and spring semester in Buff Link by the announced deadlines
- Complete the Risk Management process **EVERY** spring semester

## How To Re-Register an Existing Organization

- Existing organizations **MUST** re-register every semester.
- Access your organization in Buff Link (Buff Connect > Buff Link > Sign In > click on your org icon circle on the left hand side of the page > Manage Home > click the blue Re-Registration button
  - If the above steps don't work it is possible that you don't have access to your organization because you are not listed on the current roster. You can come to the OSEL for help.
  - You will have an opportunity to update the org profile, roster (must include all members), and org profile.

- o Make sure to check your email.  You will receive an approval if all things were done correctly or you will receive a denial if you need to make any corrections.
- **Constitution and By-Laws.**  Every campus organization must have an up-to-date constitution or by-laws (cannot be older than 3 years) uploaded in BuffLink.
- Once the registration process is complete, the campus organization is eligible for all the privileges afforded to registered campus organizations at WTAMU.

## How To Register a New Organization
If there is not already an organization on campus that meets your needs, the Office of Student Engagement and Leadership can help you through the process required to create a new one.

- These are the items you will need to collect and prepare prior to registering:
  - o Constitution and By-Laws.  Every campus organization must have an up-to-date constitution and/or by-laws.  This will help in the development of a new organization and in the stability of an existing one.  Important things to remember about the constitution are (1) it must be voted on and approved by the general membership, and (2) it must be uploaded into Buff Link at the time of registration and anytime it is changed.  You can find a sample constitution here.
  - o Secure an advisor for the organization.  University regulations require each campus organization to have at least one advisor.  The advisor must be a full-time faculty or staff member at WTAMU. (You will need their WT email address.)
  - o Secure eight (8) WT students to be added to the organization roster.  (You will need each members' WT email address.). Always, include all members on the roster.
  - o Of the above members you will need to elect 4 officers: president, vice president, secretary and treasurer.
- When the above items are available you can register your new organization in Buff Link. (Buff Connect > Buff Link icon > Sign In > Organization icon (symbol of two people) > Register an Organization > Scroll down to the bottom of this page and you will see the blue Register a New Organization button)
  - o Make sure to check your email.  You will receive an approval if all things were done correctly or you will receive a denial if you are missing any of the pieces.
- Become familiar with WTAMU policies concerning campus organizations.
- As soon as the organization is registered, it can begin operating and meeting.  A representative of the organization, preferably the president, **MUST** attend Org Rally each semester.
- The president or advisor (depending on the semester) **MUST** also complete the two step Risk Management process.
  - o Online training – the link is on the home page of BuffLink
  - o Risk Management statement – a hard copy can be pick up in the OSEL, JBK 103.

## Advisor Selection and Responsibilities
Current University regulations require each campus organization to have a primary advisor who is a full-time WTAMU faculty or staff member.  It is in the organization's best interest to have a secondary advisor

if your primary advisor is frequently unavailable.  We hope the following will help you select an advisor, as well as understand his/her function in your organization.

## The Role of the Advisor

An advisor adds to the continuity of your organization by making sure that successive officers of the organization understand the responsibility they share with the officers, as well as explaining to the officers the policies established for campus organizations.

## Duties of an Advisor

- To be aware of and have an understanding of those rules pertaining to organizations at WTAMU as well as rules and procedures governing WTAMU students.
- To be aware of liability issues (i.e. hazing, alcohol, etc.) and advise the organization to make reasonable and prudent decisions regarding these issues in planning activities.
- To attend meetings of the organization whenever possible.
- To be available to the officers and members of the organization on a regular basis for advice and consultation.
- Take all necessary trainings that are required by the state of Texas.

## Hints for Recruiting an Advisor

- Before making a selection, keep in mind the following:
  - o   Find someone who will have the time to devote to your organization.
  - o   Find someone who will take the role willingly and seriously.
- When approaching your potential advisor for the first time, make certain that he/she has a clear understanding of your organization's purpose as well as what will be required of him/her in their role, duties and time commitment.
- Allow the person a reasonable length of time to consider his/her decision.
- If possible, choose someone who shares some of the same interests of your organization, and someone with which members are in contact.
- When starting a departmental club or organization, find someone in that department to be an advisor.

## How to Work With Your Advisor

- It is best to meet with your advisor at least one day before your meetings to go over the agenda and topics to be discussed.
- Be open to suggestions and criticisms from your advisor.  His/her knowledge and experience will help in solutions and organizational procedures.
- If an advisor cannot attend all your meetings, be sure to meet with him/her after the meeting to brief him/her on what happened.

# Grade Point Release Form

(Required only for groups that have grades checked.)

The release of student grades to other students is prohibited unless written permission is obtained from each student, as indicated on the Grade Point Release Form.  Grade reports are compiled by the Office of Student Engagement and Leadership at the end of each semester.  Groups submitting the Grade Point Release Form must do so by the established deadlines **(Fall:  December 1; Spring:  May 1)**.

Grades will not be disclosed in any fashion unless the release section of the form is signed.  Grades will only be released to the organization president, advisor and national office, as needed, to complete national reports, provide academic assistance, and recognize academic excellence.  Grade reports released to organization president, advisor and national office may not be released to any other students.

# Org Rally

## Mission

The mission of the Org Rally is to enhance the quality of campus life and provide support to campus organizations.  A representative, preferably the org president, and advisor of all registered campus

organizations are encouraged to attend Org Rally.  A workshop for all organizations that will be held at the beginning of each semester.

## Goals and Objectives
- To provide a network for organizations to support and promote themselves and other organizations.
- To market major campus events and promote joint programming efforts among organizations.
- To provide leadership training.
- To promote community awareness.
- To increase communication flow to organizations.
- To guide and direct through the *Campus Organizations Handbook*

# Reserving University Facilities
**reservations.wtamu.edu**
Directions to make a reservation can be found on the home page once you are logged in and your name is in the top right corner.

### Event Process Timeline

| | |
|---|---|
| Virtual EMS Request (HOLD) | When you submit your reservation (starting April 1 of each academic year), it is only a request. It will remain in Virtual EMS (HOLD) status until we ensure there are no other conflicting events in that space. |
| Tentative | Once we receive your request, a JBK Event Services Assistants will reach out to confirm details regarding the date, time, and your A/V needs. After these have been confirmed, we will send a tentative confirmation. At this point your group is allowed to advertise the event. We prefer to move all events from hold to tentative within 3 business days of submission into the system. |
| Confirmed | Once all details have been confirmed for the event, the reservation will be moved into Confirmed status. We prefer this to happen five weeks prior to the event, so please be diligent in submitting your reservations a minimum of two months prior. Keep an eye on your email for updates and/or questions regarding the event. |

### Student Org/Department/Individual Details



Please be sure to put your organization, not your name. If you cannot select your organization, please contact us at jbk@wtamu.edu or 806-651-2337 to have that organization added to your account.

**Contact**
Please list two contacts, this should be you, the event organizer, and/or the Advisor, President or VP of the organization.

**REMINDER:** No glitter, confetti, helium tanks, or tape (on walls or fixtures) are allowed in WTAMU facilities.

  

## Posting Marketing Guidelines
### Any University Facility
- Materials may not be racist or sexist in content; contain obscene words; promote alcohol or other drug usage or any unlawful activity; or violate University rules, Texas A&M University System policies, or local/state/federal laws.
- Your marketing, if applicable, should comply with university graphic standards and should contain the name of the sponsoring organization/department and the name, date and place of the event and contact information.
- Post your marketing, one per event, on the open bulletin board with a thumbtack (no staples, glue guns, tape, etc.).  Do not post on doors, windows, ceilings, walls, etc., in any building.
- Please remove your marketing the day after the publicized event.
- Be aware of the posting guidelines in each building.  Not all buildings allow you to post your marketing.
- Use this link, https://www.wtamu.edu/SEESMarketing, or click here for more resources and places to post your marketing.

## University Graphics Standards
The University's image – a sum of beliefs, ideas and impressions – is extremely important to the continued growth and development of West Texas A&M University.  We want to be seen as a quality institution that emphasizes teaching, research and community service.  In order to convey that image to our external constituents, we must present a unified and consistent message.  To accomplish this goal, we must rely heavily on coordinated visual materials that comply with published graphics standards.

The Office of Communication and Marketing has the primary responsibility for all campus design work that uses the University seal, logo or word mark, and any printed piece that bears these University "signatures" must be cleared for publication through the Office of Communication and Marketing.

Camera-ready artwork of the University seal and logo is available at https://www.wtamu.edu/graphicstandards or click here.

If you would like more information or if you have questions about how you can promote and market your event, contact: Evelyn Montoya, Marketing Coordinator for Student Success and Engagement and

Jack B. Kelley Student Center, Suite 102
WTAMU Box 60775
Canyon, Texas 79016-0001
Phone: 806-651-2051
Fax: 806-651-2926
emontoya@wtamu.edu

## Food Services/Catering

By contract, ARAMARK Food Services shall provide, or provide and serve, all food items on the WTAMU campus.  Student groups are not allowed to sell or distribute any food item on the campus unless written permission has been granted by the Director of Food Services (whose office is located in the Dining Hall). The On Campus Catering Exemption Form can be found at https://www.wtamu.edu/webres/File/Purchasing/On%20Campus%20Catering%20Exemption%20Form.pdf or click here.

Arrangements for food and beverage requirements are to be made with the Catering Manager, Michael Ives, in the Dining Hall, at 651-2707 or mives@wtamu.edu.  The complete catering guide for student organizations, including menus and rates, is available from the Catering Manager.

## Organizational Risk Management

It is important that leaders of all campus organizations do everything they can to minimize the possibility of accidents and injuries while planning and programming events.  Advisors and officers are responsible but there are many practical, common-sense things that your organization can do to minimize the possibilities of problems arising.

There is not a substitute for good planning.  If the time is taken to think through a certain event logistically from start to finish, you will discover that just a little planning will make a big difference in how things go and you could discover pitfalls which can be planned for rather than destroy your event.

All groups, for social interaction, may plan a skating party or a ski trip, go to a member's farm to ride horses or impulsively decide to take a swim.  You certainly cannot anticipate everything, but just thinking about how accidents and injuries may occur will lead to some good risk management practices.

| West Texas A&M University Risk Management and Insurance Matrix |
| --- |

Exposure To Be Reviewed: _____

**Instructions: Step 1** - List all event activities and be as inclusive as possible. **Step 2** - Honestly identify risks associated with each activity. **Step 3** - Use the matrix below to assess your activities. Tally the severity and probability scores for evaluation. **Step 4** - Brainstorm methods to manage risks. See if you can reduce the probability or severity of something going wrong. **Step 5** - Submit the Risk Management and Insurance Matrix Form with your Risk Assessment Form for further review. If you have questions, please contact Richard Smith via email at rcsmith@wtamu.edu.

| List of Activities to Occur | Associated Risks* | Severity | Probability | Method to Manage Risks** |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Possible risks include: medical emergencies, food poisoning/allergens, damage to WTAMU reputation, accidents, injuries, and/or death

**Methods to manage risks include: insuring risk, arranging for security, use of administrative procedures, and/or use of PPE or safety devices

| **Severity** |
| --- |
| **I: May result in death** |
| **II: May cause severe injury, major property damage, significant financial loss, and/or result in negative publicity for WTAMU** |
| **III: May cause a moderate illness, injury, property damage, financial loss, and/or result in negative publicity for WTAMU** |
| **IV: Presents a minimal threat to safety, property, operations, or reputation** |

| Risk Matrix | | | | |
| --- | --- | --- | --- | --- |
| | **Probability** | | | |
| Severity | A | B | C | D |
| I | High Risk | High Risk | High Risk | Medium Risk |
| II | High Risk | High Risk | Medium Risk | Medium Risk |
| III | Medium Risk | Medium Risk | Medium Risk | Low Risk |
| IV | Medium Risk | Medium Risk | Low Risk | Low Risk |

High risk areas may be sent to System Risk Management for additional review. Although insurance procurement may not be the answer, discussions should occur regarding self-retention so all parties are aware of the risks associated with the activity.

| **Probability** |
| --- |
| **A:** Likely to occur immediately or in a short period of time (6<months); expected to occur frequently |
| **B:** Likely to occur in the near future (6 months – 1 year); expected to occur periodically over a relatively short timeframe; expected to occur over the life of an event or project |
| **C:** May occur if given enough time; probability of occurrence is equal to it not occurring |
| **D:** Unlikely to occur at any point |

*Form Updated 07/22/22*

| List of Activities to Occur | Associated Risks* | Seriousness | Probability | Method to Manage Risks** |
|---|---|---|---|---|
| BBQ for Private Event | Undercooked food | IV | D | Make sure all food is thoroughly cooked and kept at temperature |
| | Equipment catches on fire | III | D | Have fire extinguisher on site |
| BBQ for Open to Public Event | Undercooked food | IV | D | Have temporary food permit |
| | | | | Keep all food at proper temperature |
| | | | | Choose menu items that are individually wrapped |
| Inflatables | Injury to participants | III | C | Waivers will be signed by all participants |
| Dunk Tank | Injury to person in tank | III | C | Waivers will be signed by person in tank |
| | | | | Tank will be positioned on solid ground |
| | Injury to people behind tank | IV | D | Will be positioned to avoid others walking behind |
| Dodge Ball Tournament | Injury to participants | III | C | Waivers signed by all participants |
| Cash money will be present | Cash is stolen | IV | D | Safety cash boxes will be used |
| Minors will be present | Minors with no parents/guardians on site | III | C | All staff members will have background checks on file |
| Minors will be present | Minors and parents/guardians on site | III | D | Parents/guardians must continually be in supervision |
| 5K Race | Risk of injury to participants | III | C | Waivers signed by all participants |
| | | | | UPD coordinated route with client |
| | | | | Event Liability Insurance required |
| Alcohol Service | Alcohol consumption | | | Fill out the Alcohol Request Form |
| Non-University Event with Risk | Any risk event above or not detailed | | | Event Liability Insurance is required |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Form Updated 07/22/22*

## Alcohol and Illegal Substances

Alcohol and/or illegal substances at an event can be a major cause of problems for any organization. You will be well advised to not include alcohol and/or illegal substances at your events, whether it is brought as part of the event, or by individual participants.  In almost every case, alcohol and/or illegal substances can be difficult to supervise and may put student leaders in a situation over which they are responsible but have no control.  The Student Handbook states: THE FOLLOWING ARE PROHIBITED:
1. ALCOHOLIC BEVERAGES a. Use, possession, sale, delivery, manufacture and/or distribution of alcoholic beverages, except in accordance with federal, state, local law. b. Being under the influence of alcohol and/or intoxication as defined by federal, state, local law.
2. ILLEGAL SUBSTANCES a. Use, possession, sale, delivery, manufacture, distribution and/or being under the influence of any narcotic, drug, and/or medicine prescribed to another person, chemical compound or other controlled substance, except in accordance with federal, state, local law. b. Possession of drug-related paraphernalia, except in accordance with federal, state, local law.

## Equipment Safety

Equipment is another area where good risk management must be practiced.  A careful check that equipment is in order is very important, as well as making sure participating students know how to use the equipment.  All equipment, sport or non-sport, should be checked and it should be documented that participants were instructed in how to use each piece.

One way to document is by having everyone that attends a certain workshop or demonstration sign a list and make sure that list is kept in the organization's file for the remainder of the year.  There may be other types of equipment that have no connection with a sport.  Please remember any type of equipment your organization uses needs to be considered.

Another area where groups need to manage their risks is that which relates to products your group may sell.  Baskets, which contain a variety of products, architectural or medical equipment, food or any kind of sports equipment may be a problem if someone is harmed.  Your group could be held liable for selling or

giving away a faulty product.  Make sure your supplier is reliable and use common sense when deciding what products with which you may want to involve your group.

## Hazing/Harassment

Preventing hazing and sexual or racial harassment are not usually considered in the context of risk management, but your organization can suffer great consequences if hazing and harassment occur.  This is something this University simply will not tolerate.  Please read the section carefully.  The Student Handbook states this about hazing: HAZING:

Intentional, knowing, or reckless act directed against a student by one person acting alone or by more than one person occurring on or off university premises that endangers the mental or physical health or safety of a student for the purpose of pledging or associating with, being initiated into, affiliating with, holding office in, seeking and/or maintaining membership in any organization or program whose membership consists of students. Consent and/or acquiescence by a student or students subjected to hazing is not a reasonable defense in a disciplinary proceeding. Hazing includes, but is not limited to:

a. Any type of physical brutality, such as whipping, beating, using a harmful substance on the body or similar activity.

b. Any type of physical activity that subjects the student to an unreasonable risk of harm or that adversely affects the mental or physical health or safety of a student, such as sleep deprivation, exposure to the elements, confinement in a small space, or calisthenics.

c. Any activity involving consumption of a food, liquid, alcoholic beverage, drug or other substance which subjects a student to an unreasonable risk of harm or which adversely affects the mental or physical health or safety of a student.

d. Any activity that intimidates or threatens a student with ostracism, subjects a student to extreme mental stress, shame or humiliation, adversely affects the mental health or dignity of a student, or discourages a student from entering or remaining enrolled at the University, or may reasonably be expected to cause a student to leave the organization or the University rather than submit to acts described above.

e. Any activity in which a person solicits, encourages, directs, aids or attempts to aid another in engaging in hazing; intentionally, knowingly or recklessly permits hazing to occur; has firsthand knowledge of the planning of a specific hazing incident which has occurred and knowingly fails to report the incident to the VPSEES or the University Police Department. f. Any activity in which hazing is either condoned or encouraged or any action by an officer or combination of members, pledges, associates or alumni of the organization of committing or assisting in the commission of hazing. Students who are recipients and/or victims of hazing (and who have not perpetrated hazing behavior on others involved in the fact pattern for which they are reporting) and who report the activities to the VPSEES and/or the University Police Department, will not be charged with a violation of the hazing rule. NOTE: For more information on hazing see Texas Education Code, Sections 37.151-37.155 and Section 51.936 at http://www.statutes.legis.state.tx.us/?link=ED

## Insurance

In many cases, your organization should require students to have some type of medical, accident and injury insurance.  In the majority of instances, students are insured by their parents on a family plan of some sort.  It is a good idea to ask students to furnish a copy of their family insurance card (proof of insurance) or purchase some sort of event insurance.  The University does not carry insurance on students and cannot be responsible for medical bills or other related expenses.

## Student Activity Release Form

It is important that participants are warned of any dangers inherent in an activity and that they sign a document stating that they understand this danger and will assume the responsibility for themselves.  A sample form from the Office of General Counsel of the Texas A&M University System is available in the Office of Student Engagement and Leadership for use as a pattern for filling in the parts that are significant to your specific activity.  This form is a legal document and should be stated as such.  It is a good idea to have everyone sign it at the time they join or pay dues.  It is also a good idea to have your members sign a more specific form before each event that carries some risk.  This may seem like a lot of paperwork, but very important.

Only students of WTAMU should participate in your activities.  If outsiders want to participate, be sure they sign any and all risk forms, too.  If you allow children to participate, it is a good idea for minors to have a release from their parents and require parents be present at the event.

If your organization has questions regarding risk management or liability, please don't hesitate to contact the Office of Student Engagement and Leadership.  We love to help students!

### Houses/Lodges, Fire Safety and Equipment

Houses/Lodges, fire safety, and equipment are other areas where good risk management must be practiced.  A careful check of each is very important to the overall safety of guests and users of a group's facilities and equipment.  Guests and users should be made aware of any potential hazard, taught how to use certain equipment, and informed of proper fire evacuation plans.  These measures are necessary to safeguard groups from potential legal action stemming from the use of their facilities or equipment.  It is good practice to contact the Fire Marshall to have annual inspections of your facilities.

# West Texas A&M University Student Travel Procedures

Effective January 1, 2002
Revised December 7, 2010
Supplements System Policy 13.04 and WTAMU Rule 13.04.99.W1/SA

### 1. GENERAL

The purpose of these procedures is to protect the health and welfare of the West Texas A&M University community by regulating travel that is undertaken by one or more students presently enrolled at the university under certain conditions.

**1.1** It is the intent of West Texas A&M University to promote safety and to encourage safe conduct when traveling to and from university activities or events. Accordingly, in addition to encouraging the use of good judgment, the university has adopted the Student Travel Rule and set out safety procedures designed to encourage safe behavior. These procedures herein apply to all who travel to an activity or event that is organized and sponsored by the university:

**(1)** When the travel will be (a) more than 25 miles from the University or (b) to and from Palo Duro Canyon; and

**(2)** When (a) attendance at the activity or event is required by a student organization properly registered at the university; or (b) the activity or event is funded by the university [including Campus Organizations/Forums Committee (COFC) funds]; or (c) travel is in a state-owned vehicle.

| If Travel Is... | Travel Manifest Required? | Individual Release Required? | Parental Release Required? |
|---|---|---|---|
| Less than 25 mi from campus | Optional | Optional | *** |
| To/From Palo Duro Canyon | YES | YES | *** |
| More than 25 mi from campus | YES | YES | *** |
| **AND** the travel is... | | | |
| In a state-owned vehicle | YES | YES | *** |
| Required by a registered student organization | YES | YES | *** |
| The responsibilityof students to (1) an off-campus site where a class is meeting; (2) internship, field study, clinical or student teaching sites; or (3) service-learning activities | YES | YES | *** |
| ***Participant is under 18 | | | YES |

These procedures do not apply when students are responsible for their own transportation to

(1) an off-campus site where a class is meeting; (2) internship, field study, clinical or student teaching sites; or (3) service-learning activities.

**1.2** Traveling to and from university organized or sponsored events and activities may require the use of various modes of transportation and travel under different conditions. Each form of travel requires the student to follow common and mode-specific safety precautions. In addition to following federal and state laws that encourage safe travel, students should use sound judgment and follow the procedures set forth in this document when traveling.

**1.3** University employees who authorize students to drive state-owned vehicles for university-related business and activity are responsible for ensuring that the student has a valid driver's license and is approved to drive university vehicles as determined by the Office of the Vice President for Business and Finance. To be covered on the Texas A&M University System self-insured auto plan, drivers must be employed by WTAMU when driving a state-owned vehicle.

**1.4** Students traveling in university vehicles, to university organized or sponsored events and activities, must return in university vehicles, unless authorized in writing to do otherwise. Only the vice president, advisor, or department head responsible for organizing the travel may authorize travel in a vehicle other than that provided by the university.

## 2.COMPLIANCE AND ENFORCEMENT

**2.1** Departments that encourage or require one or more students to travel to university organized and sponsored events and activities are responsible for verifying that students are aware of the procedures outlined in this document.

**2.2** Students who fail to comply with the rule and the procedures herein are subject to disciplinary action, up to and including suspension. Student organizations that violate the rule and the procedures herein also are subject to disciplinary action, up to and including suspension. University departments who fail to comply with the rule and the procedures herein are subject to losing the use of university vehicles.

## 3. PROCEDURES

The following procedures are established to implement the student travel rule.
3.1 Required Documentation. All required documentation must be submitted to the Director of Student Activities. The following documents should be completed 2 weeks prior to travel.

**(1)** Travel Manifest. All trips, including field trips, need to have a travel manifest (itinerary and participants) completed if the travel will be subject to these procedures as outlined in section 1.1. The completed travel manifest will be routed via the Office of Student Activities to:

**(a)** University Police Department – all group travel
**(b)** Department head – travel that involves field trips, organized teams or performing groups, i.e. athletic teams, university band, dance groups, vocal ensembles, etc.
**(c)** Business Office – travel that involves absence from work by the faculty/staff sponsor and/or university funds for payment of the travel. The manifest should be submitted with the Notification of Absence.

For those organizations or classes in which travel is a regular practice during the semester, a blanket Travel Manifest and Individual Release Forms may be submitted for the entire semester. Travel organizers may attach a list of persons participating in the travel to the Travel Manifest form.

**(2)** Individual Release Forms. Students must be warned of any dangers inherent in an

activity and sign a document (TAMUS Student Activity Release Form) stating that they understand these dangers and will assume the responsibility for themselves. Students under the age of eighteen (18) must have a release form signed by their parents or legal guardian.

**(3)** Authorization for Student Travel in Personal Vehicles Form. Students driving personal vehicles must have department head approval.

**3.2 Modes of Travel.**
**(1)** Vehicles owned by the University. All employees and students must be approved by the Office of the Vice President for Business and Finance (VPBF) to operate state-owned vehicles. The criteria are available in the VPBF Office. Departments, who request a driver to operate university vehicles regardless of the distance traveled, are responsible for coordinating with the VPBF Office to obtain the driver's motor vehicle record from the Department of Public Safety.

> **(a)** If an individual who has been approved to drive the University's vehicles receives a ticket or has restrictions or endorsements added or removed from his/her driver's license, that individual must report this change to the VPBF Office immediately. Failure to do so will result in immediate and permanent removal from the University's approved driver list. In addition, anyone having knowledge of an approved driver receiving a ticket or other status change must report it to the Office of the Vice President for Business and Finance.

> **(b)** Travel in vans with a capacity to hold 12 passengers is the only approved mode of travel. Passenger capacity is strictly restricted to no more than ten (10) individuals, including the driver. The weight of passengers and their gear should be distributed evenly throughout the van.

**(2)** Privately Owned Vehicles. While traveling to and from university sponsored or organized activities and events, students using privately-owned vehicles, or any vehicle other than those owned by the university, are expected to follow the safety guidelines outlined in this procedure. Student drivers must have a valid driver's license, current motor vehicle insurance, and current state vehicle inspection. If students use their own vehicles, and/or transport other students as passengers, they should be informed, in advance, that their personal insurance will be primarily responsible for any liability that may arise from such use. Departments or advisors that authorize students to travel in privately-owned vehicles are responsible for ensuring compliance with these requirements (i.e. Authorization Form for Student Travel in Personal Vehicles).

Departments or advisors are not responsible for verifying the legitimacy of the documents the student(s) provide. The student's signature on the authorization form attests that the information is current and correct. The department or advisor needs only to collect the documents, ensure they have been filled out completely, and then submit them to the Director of Student Activities.

**(3)** Commercial Travel. Students traveling by commercial transportation must comply with all federal laws regulating travel and the rules of the specific carrier. This includes laws and rules regarding carry-on baggage and baggage weight restrictions.

**(4)** Club Sport Travel. Each member of the Club Sport will complete a TAMUS Student Activity Release Form, with participant information, at the beginning of each semester. The Club Sport coach/advisor will complete a Travel Manifest prior to each out-of-town event/competition and supply a list of participants for the given event/competition as outlined in 3.1(1) above. The coach/advisor will provide each student participant with information concerning (1) emergency notifications in case any travel-related emergency results in serious injury to the student or (2) driving directions and suggestions specific to travel.

**3.3 Safety Requirements**. Drivers and passengers must act responsibly and use sound judgment when traveling. The procedures set out below do not replace individual judgment in regard to individual safety. Drivers and passengers traveling to and from an activity or event that is subject to these procedures as outlined in section 1.1 must:

**(1)** When driving, obey all traffic laws and regulations, including posted speed limits and reduce driving speeds as dictated by adverse road or weather conditions.

**(2)** Wear seat belts at all times. The number of occupants in the vehicle will not exceed the number of seat belts and the load shall not exceed the vehicle manufacturer's recommended load capacity (see owner operating manual for specific instructions).

**(3)** Avoid the use of personal electronic devices (cell-phones, texting, mp3, ear-phones, etc.) while driving.

**(4)** Avoid driving when conditions are hazardous (this includes but is not limited to fog, heavy rain, snow or ice conditions). It may be necessary to stop the trip and check into a motel.

**(5)** Not consume, transport, or possess alcoholic beverages, illegal drugs, firearms or weapons.

**(6)** Avoid horseplay, racing, or other distracting or aggressive behavior.

**(7)** Bring a copy of the participant list, emergency contacts, and Travel Manifest on the trip.

**3.4 Safety Recommendations**. Drivers and passengers are encouraged to follow the safe driving practices as follows:

**(1)** Begin the trip well rested.

**(2)** Plan routes in advance, and carpool and caravan where possible.

**(3)** Divide the trip into segments, stopping for rest as necessary.

**(4)** Immediately contact the organization advisor or designated contact person upon departure and arrival if the advisor is not present on the trip.

**(5)** Whenever possible, carry at least one cellular telephone or other two-way communication device in each vehicle for emergency purposes. The driver should only use any communication device when the vehicle is not in motion.

**(6)** Establish a reasonable departure and arrival time to and from the activity or event.

**(7)** Limit driving time to between 6:00 a.m. and 10:00 p.m. unless otherwise approved by the organization advisor or department head.

**(8)** Whenever possible on extended trips, have at least one other approved University driver in the vehicle. It is recommended that drivers rotate every two hours. A passenger or second driver should ride in the front passenger seat and remain awake at all times to help the driver maintain alertness. A single driver should not exceed driving over 8 hours per day.

**(9)** Follow proper procedures for emergencies and when experiencing mechanical problems as outlined in the Student Organization Handbook.

**(10)** Read and become familiar with suggestions on "Staying Alert and Fit to Drive" found in the Texas Department of Public Safety's Commercial Motor Vehicle Drivers Handbook (also outlined in the Student Organization Handbook).

### 3.5 Driver Qualifications and Training

**(1)** Driver Qualifications. When traveling to or from activities and events, either organized or sponsored by the university, students must possess a valid driver's license and maintain current insurance as required by state law. In order to be covered under the auto-liability protection of the Texas A&M University System, all drivers must be employed by WTAMU, acting in course and scope of employment. Students may only use private or commercially-owned vehicles with a current vehicle inspection.

**(2)** Driver Training. All employees and students who operate vehicles owned by the university must successfully complete mandatory van operator training provided by the Environmental Safety Office. Departments that authorize students to operate vans are responsible for ensuring compliance with this requirement.

CONTACT FOR INTERPRETATION: Director of Student Engagement and Leadership

## Travel Policies and Guidelines
**13.04.99.W1/SS**
> Approved December 7, 2001
> Revised January 19, 2011
> Supplements System Policy 13.04

### 1. OVERVIEW
West Texas A&M University (WTAMU) is supportive of student activities both on and off campus, but also recognizes that the safety of its students is of utmost importance. The requirements outlined in this rule apply to student travel that is more than 25 miles from campus to an activity or event that is organized, registered, funded, or sponsored by WTAMU. Students traveling on behalf of the university must obtain prior approval through the appropriate vice president or department head.

### 2. TRAVEL SAFETY GUIDELINES

During travel situations specified above, students must abide by the following safety guidelines.

**2.1** In accordance with state law, drivers must use seat belts and other available safety restraints and require all passengers to do likewise.

**2.2** Drivers, occupants and their luggage should not exceed the official maximum capacity of the vehicle used.

**2.3** Drivers must possess a valid state driver's license that is appropriate for the classification of vehicle being driven. Drivers must be approved by the Office of the Vice President for Business and Finance to operate state-owned vehicles. All approved drivers must be employed by WTAMU when driving a state vehicle.

**2.4** Operator fatigue should be considered when selecting drivers. On lengthy trips, alternate approved drivers should be used to avoid fatigue.

### 3. TRAVEL SAFETY PROCEDURES

Specific procedures for student travel have been developed to augment the above requirements.

These procedures are available online or you can contact the OSEL at 806-651-2313.

## Online Travel Manifest Instructions
Use the following link to access the online travel manifest system: (Firefox or Chrome is preferred)

> https://apps.wtamu.edu/student-travel/
> (The username and password are what you normally use to sign into your computer.)

You should see the following screen:



STEP 1 - Release Form:

- If you do not already have a release form online, you will need to do one.  Release forms are good for 2 years, so you may or may not need to submit a new one depending on the last time you traveled. '*Submit a release form'* will appear under the RELEASE FORM section if you don't have a current release form on file.
- Each person traveling will need to go online (using the same link from above), and submit a release form online.
- They need to identify themselves with a specific group so they will need to check the box of the group.  (Ex. Rogers LEAD, BSM, etc.)
- You will not be able to complete the manifest until every person has completed a Release Form.
- Any outside travelers (non-WTAMU) will have to complete a paper release form signed and then uploaded to the manifest.

STEP 2 – Lists of Travelers:

- Click on '*Create a new list of travelers.'*
- You should then see the following:

# Student Travel

Log out    Procedures    Home    Search    Approve Releases    Incomplete Manifest Report

## Traveling Hippies: Spread cheer conference (2/28/2019 - 3/3/2019)

* What would you like to do?

[ Add a traveler to this manifest ⬦ ]

┌─ Add a traveler to this manifest ─────────────────────────────
│ * Type of traveler
│ [ Select one... ⬦ ]
│
│ * Buffalo Gold Card number
│ [            ⬦ ]
│
│ * First name
│ [              ]
│
│ * Last name
│ [              ]
└────────────────────────────────────────────

[ Update traveler list ]

- You will be making two lists: 1-advisors (non-Student) and 2-students.  Will submit from this screen twice.
- Make the name of the list specific for each list.
  - Example List 1: TH Advisors 2019
  - Example List 2: TH Students 2019
- You will input the following information for each person traveling.
  - First and Last Name
  - Buff ID
- Please create a list that includes every person that might have the possibility of traveling.
  - You can always remove people from the manifest.  You cannot add to the manifest.
  - If you do not include everyone in the list, you may have to recreate the list.
- Once you have created the lists, the type of list is in black.
  - The type of list is in black.

## Lists of travelers

Create a new list of travelers.

- LEAD WT (students)
- Office of Student Engagement and Leadership (students)
- RA PALO DURO (students)
- Rogers LEAD WT Orientation (advisors)

STEP 3 – Travel Manifest

- From the Student Travel Homepage, click on 'Start a New Travel Manifest'
- You should then see the following at the top of the page:

# Student Travel

Log out    Procedures    Home    Search    Approve Releases    Incomplete Manifest Report

## Manifest

\* Name of travel group

My travel group does not appear in this list

\* Please provide the name of your travel group

Traveling Hippies

\* Purpose of trip

Spread cheer conference

Number of WTAMU student travelers

3

Number of WTAMU staff/faculty advisor travelers

1

Number of non-WTAMU travelers

1

\* Are you requesting COFC funding

Yes

---Transportation---

\* Is at least one traveler traveling by plane?

No

\* Is at least one traveler traveling by university vehicle?

Yes

\* If traveling by university vehicle, please identify the driver(s) BY NAME

Darcy Webber

- Name of travel group: Select what sport you are traveling with.
- Purpose of trip: Be specific.  Example: *Spreading cheer conference*
- Number of students attending: This number will need to be precise.
- Number of staff/faculty advisors: This number will need to be precise as well.
- Are you requesting COFC funding? Answer accordingly.

---Transportation---

Number of travelers traveling by plane

    WTAMU students and WTAMU faculty/staff advisors (exclude non-WTAMU volunteers)

Number of travelers traveling by university vehicle

    WTAMU students and WTAMU faculty/staff advisors (exclude non-WTAMU volunteers)

Number of travelers traveling by personal vehicle

    WTAMU students and WTAMU faculty/staff advisors (exclude non-WTAMU volunteers)

Number of travelers traveling by chartered/nonchartered public carrier (bus, rental car, etc.)

    WTAMU students and WTAMU faculty/staff advisors (exclude non-WTAMU volunteers)

**\* Is at least one traveler traveling by non-WTAMU vehicle?**

[ Yes ⏷ ]

**\* If traveling by non-WTAMU vehicle, please identify the driver(s) BY NAME**

[ Sarah Nease ]

**\* Is at least one traveler traveling by chartered/nonchartered public carrier (bus, rental car, etc.)?**

[ No ⏷ ]

---
**Departure from WTAMU**

**\* Date of departure**

[ 02/28/2019 ] [ Select the date ]    MM/DD/YYYY

**\* Time of departure**

[ 12:00pm ]    examples: 11:30am, 2pm

---
**Return to WTAMU**

**\* Date of arrival back at WTAMU**

[ 03/03/2019 ] [ Select the date ]    MM/DD/YYYY

**\* Estimated time of arrival back at WTAMU**

[ 6:00pm ]    examples: 11:30am, 2pm

---
The email address at which you wish to receive notifications about this manifest

[ dwebber@wtamu.edu ]

[ **Save and continue** ]

- In this section, you will need to provide the <u>total</u> number of travelers in the correct mode of travel.
  - This number must match the numbers you provided earlier.
  - If you choose charter, including rental vehicles, you will need to provide the charter company name.
- Departure and Return from WTAMU: Select the date and provide a time.
  - The time format must match the example, including 'am' or 'pm'
- The email address box will automatically fill with your email address.
- Save and Continue

The page will continue on with your Travel Manifest created, but not complete:

# Student Travel Manifest #2620

Log out    Procedures    Home    Search    Approve Releases    Incomplete Manifest Report    Create a duplicate of this manifest

## Traveling Hippies: Spread cheer conference (02/28/2019 - 03/03/2019)

| This manifest is incomplete |
| --- |

### Incomplete tasks

- You must identify at least one destination
- Student travelers: indicated 3, identified 0
- Advisor travelers: indicated 1, identified 0
- Non-WTAMU travelers: indicated 1, identified 0
- You have indicated travel by non-WTAMU vehicle, but you have not completed a non-WTAMU vehicle authorization

### Update this manifest

- Add a destination
- Edit the traveler list for this manifest
- Add a non-WTAMU vehicle authorization
- Edit this manifest
- **DELETE** this manifest

### Manifest detail

- From the home screen, choose the manifest you are working on (will be listed under Travel Manifests)
- The screen will look similar to (Student Travel Screen):

You will notice at this point the section '*Manifest Status*':
- Listed will be items that are not complete and will prevent the manifest from being submitted.
    - Any item listed in red, will need completed before the manifest can be submitted.
    - Once the item is corrected, it will turn green.
- You want everything to turn GREEN!! Start with the destination, and work through each of the required sections.
- The most common items you will see listed are:
    - Not all the travelers listed will have a current release form online.
    - The number of travelers on the traveler list does not match the number indicated by the person preparing the manifest (as seen above).
    - Select add destination.

STEP 4- Destination

You will need to add the destination(s) of your travel
- If you have multiple destinations along the trip, you may add more than one.

The screen will look like:

# Student Travel

Log out     Procedures     Home     Search     Approve Releases     Incomplete Manifest Report

## Traveling Hippies: Spread cheer conference (2/28/2019 - 3/3/2019)

\* Destination

\* Does any part of your stay at this destination involve travel outside the United States?
Select one...

\* Staying in accommodations?
Select one...

Arrival
- \* Date of arrival at destination
  Select the date    MM/DD/YYYY
- \* Estimated time of arrival at destination
  examples: 11:30am, 2pm

Departure
- \* Date departing this destination
  Select the date    MM/DD/YYYY
- \* Estimated time departing this destination
  examples: 11:30am, 2pm

Save

- Provide the details of your destination:
    - Destination: ex. Tarleton – Stephenville, TX
    - Organization has been to this same location in the past two years?
        - You will need to select yes or no.
    - Staying in Accommodation: will need specific details:
        - Name of Hotel (or private residence)
        - Address of Hotel
        - Phone Number of Hotel

- o Date and Time of arrival of your Destination (time must match the form given in the example)
- o Date and Time of departure of your Destination (time must match the form given in the example)
- Save: will take you back to the Student Travel Screen

STEP 5 – Traveler List

- From the Student Travel screen, choose '*Edit the Traveler List for this Manifest'.*
- The screen will look like:

# Student Travel

Log out    Procedures    Home    Search    Approve Releases    Incomplete Manifest Report

## Traveling Hippies: Spread cheer conference (2/28/2019 - 3/3/2019)

\* **What would you like to do?**

Add a traveler to this manifest

┌─ Add a traveler to this manifest ──────────────────────────────

\* **Type of traveler**

Select one...

\* **Buffalo Gold Card number**

\* **First name**

\* **Last name**

Update traveler list

- From the drop down, *'copy a traveler list into this* manifest': You will do this twice, for both the Advisor list and Student list.
- Update traveler list
- Once they are attached, you will be able to go in and remove anyone from the manifest, but it will not remove from the original travel list.
  - o Remember, you cannot add to the travel list from here. Once they are removed, they are removed from the manifest only.
  - o You are given the option to add a single traveler to the manifest.

Step 6: Non-Authorized WTAMU vehicle (Personal Transportation)

- If you selected your mode of transportation as a non-WTAMU vehicle, you will need to provide the following information:
  - o Vehicle Make
  - o Vehicle Model
  - o Vehicle Color
  - o Vehicle Year
  - o License Plate State and Number

The screen will look like the following:

## Student Travel

### Non-WTAMU Vehicle Authorization

**Spirit Squad: TEST (6/18/2022 - 6/18/2022)**

* Will everyone who will be driving this vehicle have a valid driver's license for the duration of this trip?

* Does the owner's auto insurance policy cover everyone who will be driving the vehicle for the duration of this trip?

* Will this vehicle have valid registration (and inspection, if applicable) for the duration of this trip?

Vehicle

* Make

* Model

* Color

* Year

* License plate state

* License plate number

Save

- Continue adding as many vehicles as needed
- Once you have added all the vehicles that will be used for transportation, you will then need to go and select which travelers will be in which vehicle.
- Scroll to the bottom of your Travel Manifest until you see the heading "Non-WTAMU vehicle authorization." This is where you should see the vehicles you have just added
- Click "edit occupant list" and select by clicking which of your already added travelers will be in that vehicle

**INTERNATIONAL TRAVEL**

If you are traveling out of the country, you will need to complete the Export Control Survey. Please submit travel manifest's at least two weeks prior to traveling, to ensure secure travel.

## Student Travel

Log out    Procedures    Home    Search    Approve Releases    Incomplete Manifest Report

### Export Control Survey for Traveling Hippies: Spread cheer conference (2/28/2019-3/3/2019)

If you have questions about how to respond to this survey, please contact Janet Wood (806-651-2982, jawood@wtamu.edu) of the export control office.

* Will you be traveling to an embargoed destination?
  For current list consult the Treasury Department

* Will you take information or technology not widely available in the public domain or items subject to Export Control regulations?
  *e.g.,* technology; software, and information related to the design, production, testing, maintenance, operation, modification, or use of controlled items or items with military applications. This does not include basic marketing information on function or purpose; information regarding general scientific, mathematical or engineering principles commonly taught in universities; or information that is generally accessible in the public domain.

* Will you be taking biological or hazardous material?
  See Federal Select Agents and Toxins list

* Will you take materials or equipment?
  *e.g.,* GPS, advanced laptops, software, or scientific equipment. This does not include basic/standard laptops, tablets or smartphones, and general commercial software.
  See **Computer equipment** note below.

* Will your activities involve presenting or sharing information not available in the public domain?
  See **Publicly Available/Public Domain Exclusion** note below.

* Do you know or have any reason to believe that the information you will be sharing or the activities you will engage in while traveling will have a military use or will provide a military service?
  *e.g.,* Will the information you carry with you or the discussions you engage in aid in the design, development, production, or use of nuclear explosive devices, chemical/biological weapons, or missiles?

* Will you be furnishing financial assistance or anything of value, including services to a blocked or sanctioned country, individual, or entity?
  This includes agreements performable outside the United States, payments to foreign vendors, engaging in collaborative projects/activities. See the current list of sanctioned individual or entities and the list of embargoed countries.

If you have questions contact Janet Wood, her info is listed above the questions.

**NON-WT Travelers**

- Non-WT travelers will have to complete and sign a hard copy of the release form and upload it to the manifest
-  Click "upload the release form" highlighted in blue and upload the document from your computer.
- The same thing will need to be done for the Export control survey click "upload the survey" highlighted in purple and upload the document from your computer.
- These forms are not fillable forms you must (print, sign, and scan back into your computer) in order to upload the form.
- The ONLY person that can upload the forms for NON-WT TRAVELERS is the manifest preparer.

External Travelers

| Traveler | Release form | Export control survey |
|----------|-------------|----------------------|
| Sandra Bullock | release form for Sandra Bullock submitted 2/28/2019<br><br>you need to **upload the release form for Sandra Bullock** | clear<br><br>you need to **upload the survey for Sandra Bullock** |

**Please make sure everything is green and submitted for approval. If you are having any issues with submitting a manifest, please contact Sabrina Pugh at 651-2313.**

# Money Matters
## COFC
Campus Organizations/Forums Committee (COFC) funds some organization activities.  To be eligible for these funds, the organization must be recognized by the University, be in good standing with the Office of Student Engagement and Leadership, have not received any other form of campus funding, and demonstrate the benefits of the allocation.  The COFC Guidelines and Application may be obtained in the Office of Student Engagement and Leadership.

## Recommended Guidelines for the Management of Funds
Most registered campus organizations at WTAMU are not funded by the University.  These organizations raise money in a variety of ways, including the collection of dues, soliciting donations, and sponsoring fundraisers.  Because campus organizations are registered with the University rather than functional entities of the University, the University will not be involved in the collection, deposit, or maintenance of an organization's funds beyond providing some guidelines related to sound business practice:
- Registered campus organizations should establish and maintain a checking account in the name of the organization.  Organizational funds should not be mixed with the private funds of any officer or member.
  - An EIN is necessary to open a bank account.  See below for instructions.
- When establishing or renewing an account, two signatures should be required on checks.
- Debit cards are not recommended because it is possible to use a debit card and not have a proper paper trail.
- Venmo and/or cash apps are not recommended because this could cause the mixing of personal and organization funds.
- All financial obligations should be paid promptly.
- Deposits should be made promptly, and appropriate security should be maintained over any cash or checks collected.
- Receipts should be issued for any money collected by the organization.
- Balance the checkbook monthly.
- Always have a budget for each semester and stick to it!  Have a budget committee to set guidelines for dues and fines and to develop the semester budget.

- It is recommended that the treasurer be required to submit monthly reports to an appropriate executive officer and/or to the advisor.

## Organizational Employer Identification Number

1. Complete the EIN Application that can be found at https://irs.ein-tax-id-number.com/application/?gclid=Cj0KCQjwhqaVBhCxARIsAHK1tiNl07dOv4-xmCpIdTaygGKX2zW6pTbavcEQm3eY-4JOSMoFx_ay0HAaAnnkEALw_wcB
2. Fill out form completely.  Here are some helpful steps:
   - Non-profit organization
   - Use the complete name of the organization no acronyms.
   - Type of Non-profit – Education
   - Responsible party should be the organization advisor.
   - Closest reason for applying – Banking
   - Primary Activity – Other
   - Specific Products/Services – Education
   - General questions – should all be No unless you are reapplying for an EIN
   - Contact the OSEL for any further questions.

## Raffles

Per the definition below, student organizations are NOT allowed to have raffles, "opportunity to win", etc.  The ONLY way to have a raffle is by collecting participants information to win a prize but no money can be collected.  For example, giving away a pair of earbuds but it doesn't cost money for people to participate.

### Raffles What is a raffle?

CREA defines a raffle as "the award of one or more prizes by chance at a single occasion among a single pool or group of persons who have paid or promised a thing of value for a ticket that represents a chance to win a prize."

## Solicitations of Private Donations

It is important to coordinate all fundraising efforts so that the private support West Texas A&M University receives is not jeopardized.  Many former students, friends, corporate executives, and foundation officials are sensitive about being approached by numerous entities representing WTAMU.  As a guideline, any new fundraising effort anticipated by any group associated with the University should be coordinated through the Assistant Vice President for Philanthropy Operations, Lezlie Davis, at 651-2070.

# Services Provided by the Office of Student Engagement & Leadership

## Copy Services

Each registered organization is eligible to have copies made by the OSEL (JBK 103) to copy minutes, agenda, flyers and other materials.  The OSEL will provide the first 150 copies (black and white on white paper) each long semester at no charge.  If an organization wants colored copies or colored paper, the organization must provide the colored paper and will be charged.  The cost for copies over the 150 limit or for colored copies is .10 per copy.

## Program Planning Assistance

If you need help planning an event or activity, your student consultant can offer you experienced advice.  The staff can help find efficient means of publicity, budgeting, advice, less expensive means to obtain services, food services advice, and any other aspect of successful programming planning.

## Poster Printing Services

Every registered organization is eligible to use the Poster Printer in the Office of Student Engagement and Leadership.  The charge is $7.00 per poster and must be paid when services are rendered.

## Campus Organizations Directory

Each semester every organization is required to re-register on BuffLink.  When the re-registration is complete then your organization is added back to the BuffLink directory.  The purpose of this directory is

to have an updated listing of all campus organizations, their presidents and advisors.  This is available to all potential and current students.  It may be viewed by going to www.wtamu.edu > click on Student Life > Student Orgs

## Check-out Items
Registered organizations are able to check out miscellaneous items from the OSEL free of charge unless the items are not returned or they are returned damaged.  Here is a short list of items that we have but if you don't see what you need contact the OSEL at 806-651-2313 to inquire if we have what you need.

- Table cloths
- Bose speaker
- Yard games
- Popcorn machine
- Miscellaneous decorations

*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 2

**to Declaration of Barrett Bright in Support of Plaintiffs' Motion for Injunction Pending Appeal**

**From:** jbk@wtamu.edu
**Sent:** Tuesday, April 11, 2023 8:07 PM
**To:** Barrett Bright
**Subject:** Reservation #137158 Submitted - "Buff-a-Woah Drag Show" - Your request has been received and will be processed soon.

| Reservation No.: | 137158 |
|---|---|
| Student Org/Department/Individual: | Spectrum WT |

| Type | Date | Start | End | Building | Room | Event | Status |
|---|---|---|---|---|---|---|---|
| New | 4/26/2023 Wed | 12:30 PM | 10:30 PM | ABH | ABH Dr. Hazel Kelley Wilson Banquet Hall | Buff-a-Woah Drag Show | Virtual EMS Request (Hold) |

*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 3

**to Declaration of Barrett Bright in
Support of Plaintiffs' Motion for
Injunction Pending Appeal**

**From:** University Risk Assessment Process
**Sent:** Friday, January 5, 2024 4:56 PM
**To:** Barrett Bright
**Subject:** Risk Assessment at WTAMU - TENTATIVE

Barrett Bright,
Thank you for submitting your request for risk assessment at West Texas A&M University. Currently, your event/activity is **TENTATIVE**. The University will review your request and get back to you within the next two weeks.

NOTE: Your request is not approved until you receive a confirmation email from the Risk Management office with "**APPROVED**" in the subject line.

If you have any further questions about your request and/or need to clarify your responses, simply reply to this email.

Thank you,

Richard C. Smith
Assistant Vice President, Risk and Compliance
(806) 651-2740
rcsmith@wtamu.edu

---

**Recipient Data:**
**Time Finished:** 2024-01-05 16:54:38 CST
**IP:** ████████████
**ResponseID:** R_7dI9lVO06evvOgx
**Link to View Results:** Click Here
**URL to View Results:** https://wtamuuw.sjc1.qualtrics.com/apps/single-response-reports/reports/v5rBs-rpA-3DjCusa-A2eXZDtJ2zU102xlTBg5swjd%2ESUrVX7q7v8jNU6vLlZ9CBjk7qZzdT4MR4p9ACaeJ%2EYdjcV5rav%2ECMTlf5z6Ygy1j6wc3GUsoXtMzcLt7IwI%2EwLMRBWb0AxXZMvbH-dgRmUl2vEKv93nLFS2eIgHsJIMmKwKXwHjjqBoLQfmT7G9JHyRPIV8e-e6m4wOX8SvEll5X6JM4NKnPPdAPWq9xYwHuMQz9XW0Jx3eEXUT4ORtfZW6j-MbSAuJjKAfutVhz3kpdUNWyOd8WOOvQdv4FyJRNmJEKhxyGz0w%2E7oAx63afL9sIpB%2EYDGockMdBBkXr-dA

**Response Summary:**

Please provide event information below:* designates required field
  Date of Request:  1/5/2024
  Person Requesting Approval*   Barrett Bright
  Title*   President of Spectrum
  Sponsoring Organization / Department:  *(if applicable)*   Spectrum
  Phone (xxx-xxx-xxxx)*   ████████████
  Email*   b███████@buffs.wtamu.edu
  Organization's Advisor*(if applicable)*   Kristina Drumheller

Does your Advisor know about the event and the risk(s) involved?
  Yes

Please provide the event information below: * designates required field
  Date of Event*   March 22nd
  Event Start Time*   12:30pm
  Event Name* *No acronyms or abbreviations please*   Don't be a Drag, Drag Show
  Estimated Attendance*   100
  Description of Event* *Describe in detail the planned activities that will take place during the event (e.g. sports, running games, dancing, live music, jump houses, fire pits, etc.)*   Spectrum is hosting a charity drag show in order to raise donations for The Trevor Project. Student and local performers will perform lip-sync dance performances on stage in costumes. Non-alcoholic mocktail drinks will be served to the audience as an additional fundraiser. All participants and attendees are required to be over the age of eighteen, and this policy will be enforced by checking IDs at the door.
  Event End Time*   11:30pm
  Age Range of Participates*   18+
  Event Location(s)*   Legacy Hall
  Reservation # (if applicable)   137159

Will food be served at your event/activity?

Yes

What type of food will be served?
mocktails

Will alcohol be served at your event/activity?
No

Will money be present at your event/activity?
Yes

How will the money be secured?
In a lockbox, secured through card purchases as well.

Does this event/activity require a contract to be signed by the organization?
No

Does this event/activity, as currently planned, present a risk of damage to property?
No

Does the event/activity, as currently planned, present more than an everyday risk of physical inj...
Yes

Please explain what risk exists to participants AND what steps are being taken to mitigate those...
the activity of dancing comes with the risk of injury, to negate this, performers will be practicing before hand.

Are minors (individuals less than 18 years of age) specifically invited to attend the event/activ...
No

Does the event include any inherently dangerous activity?  Examples might be:  Fire, pyrotechnics...
No

Does this event/activity pose a risk of embarrassment, humiliation, coercion, physical assault, o...
Yes

Please explain the risk to participants AND what steps are being taken to mitigate those risks.
as with any kind of performance, there is a risk of embarrassment on stage. The steps to mitigate this risk will be the practicing as mentioned before.

This event will be insured by which of the following:
None

Please attach the completed Hazard Matrix.  This needs to be provided with each risk assessment s...
https://wtamuuw.az1.qualtrics.com/WRQualtricsControlPanel/File.php?F=F_2VF1avHNofJfNpU

Are any of the activities the event contemplates specifically excluded from coverage by the terms...
No

Is this event/activity co-sponsored?

Does this event/activity require waivers to be signed by participants?
No

It is the responsibility of the group/organization to ensure that the use of University facilitie...
https://wtamuuw.az1.qualtrics.com/WRQualtricsControlPanel/File.php?F=F_xAijmlg2NBjYEwN

*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit B

**to Appellants' Motion for
Injunction Pending Appeal**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*, | Case No.: 2:23-cv-00048-Z |
| Plaintiffs, | |
| v. | Hon. Matthew J. Kacsmaryk |
| WALTER WENDLER, *et al.*, | **Expedited Ruling Requested by February 9, 2024** |
| Defendants. | |

## PLAINTIFFS' OPPOSED RULE 62(d) MOTION FOR INJUNCTION PENDING APPEAL

Under Fed. R. Civ. P. 62(d) and Fed. R. App. P. 8(a)(1), Plaintiffs Spectrum WT, Barrett Bright, and Lauren Stovall ("Plaintiffs") respectfully move the Court for the following injunction pending appeal:

   a. Defendants Walter Wendler, Christopher Thomas, John Sharp ("Defendants"), and their employees, agents, servants, officers, and persons in concert with Defendants, are enjoined from denying Plaintiffs use of campus facilities, including Legacy Hall, on the basis of the anticipated content or viewpoint of Plaintiffs' planned March 22, 2024 drag show performance.

   b. Defendants, and their employees, agents, servants, officers, and persons in concert with Defendants, are enjoined from enforcing any of the viewpoint- and content-discriminatory prohibitions on expressive activity contained in President Walter Wendler's March 20, 2023 email titled "A Harmless Drag Show? No Such Thing," when making West Texas A&M University facilities or spaces available to Plaintiffs or other student organizations.

1.    As explained in the accompanying brief in support, Plaintiffs satisfy each factor for an injunction against public officials pending appeal: (1) they are likely to succeed on the merits of their claims under the First Amendment; (2) continued

violation of their First Amendment rights is an irreparable injury; and (3) an injunction will serve the public interest. *See Roman Cath. Diocese of Brooklyn v. Cuomo*, 592 U.S. 14, 16–20 (2020) (analyzing the factors)

2.      While the Court concluded in its September 2023 order denying Plaintiffs' amended motion for a preliminary injunction (now on appeal) that Plaintiffs' March 2024 performance was too far away to show irreparable harm (ECF 59 at 25), that is no longer the case. Plaintiffs' performance is less than two months away, and Defendants have given every sign that they will once again prevent Plaintiffs from exercising their First Amendment rights and taking the stage. Plaintiffs, who are undergraduate college students, require relief well in advance of their performance so they can adequately ticket, advertise, and prepare for the event.

3.      Accordingly, Plaintiffs ask this Court to issue an injunction pending appeal. Plaintiffs further respectfully request the Court to expedite consideration of this motion for resolution by February 9, 2024. The parties extensively briefed Plaintiffs' motion for a preliminary injunction, and that same standard applies to a motion for an injunction pending appeal. *Roman Cath. Diocese*, 592 U.S. at 16–20. Given the ongoing irreparable harm to Plaintiffs' rights, Plaintiffs intend to seek an injunction pending appeal from the Court of Appeals by Friday, February 9, 2024.

4.      A proposed order is attached.

Dated: January 31, 2024                    Respectfully submitted,

                                           /s/ JT Morris                          .
                                           JT Morris
                                           TX Bar No. 24094444
                                           Conor T. Fitzpatrick*

MI Bar No. P78981
Foundation for Individual Rights  and
Expression
700 Pennsylvania Ave., SE; Ste. 340
Washington, DC 20003
Tel: (215) 717-3473 Fax:
(267) 573-3073
jt.morris@thefire.org
conor.fitzpatrick@thefire.org

Adam B. Steinbaugh*
CA Bar No. 304829
Jeffrey D. Zeman*
MI Bar No. P76610
Foundation for Individual Rights
and Expression 510 Walnut St.;
Ste. 900
Philadelphia, PA 19106
Tel: (215) 717-3473 Fax:
(267) 573-3073
adam@thefire.org
jeff.zeman@thefire.org

* Admitted *Pro Hac Vice*

Counsel for Plaintiffs

## CERTIFICATE OF CONFERENCE

Under Local Rule 7.1, I certify that on January 30, 2024, I conferred about this

motion by email with counsel for Defendant Wendler and counsel for Defendants

Sharp and Thomas. They stated Defendants oppose this motion.

/s/ JT Morris
JT Morris
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 31, 2024, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

<u>/s/ JT Morris</u>

JT Morris

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

|  |  |
|---|---|
| SPECTRUM WT, *et al.*,<br><br>          Plaintiffs,<br><br>   v.<br><br>WALTER WENDLER, *et al.*,<br><br>          Defendants. | Case No.: 2:23-cv-00048-Z<br><br>Hon. Matthew J. Kacsmaryk |

## [PROPOSED] ORDER GRANTING MOTION FOR INJUNCTION PENDING APPEAL

Before the Court is a *Motion for Injunction Pending Appeal* filed by Plaintiffs Spectrum WT, Barrett Bright, and Lauren Stovall.

Upon consideration of Plaintiffs' opposed Motion, it is hereby ORDERED that the Motion for an Injunction Pending Appeal is GRANTED. It is futher ORDERED that:

1.  Defendants Walter Wendler, Christopher Thomas, John Sharp ("Defendants"), and their employees, agents, servants, officers, and persons in concert with Defendants, are enjoined from denying Plaintiffs use of campus facilities, including Legacy Hall, on the basis of the anticipated content or viewpoint of Plaintiffs' planned March 22, 2024 drag show performance.

2.  Defendants, and their employees, agents, servants, officers, and persons in concert with Defendants, are enjoined from enforcing any of the viewpoint- and content-discriminatory prohibitions on expressive activity contained in President Walter Wendler's March 20, 2023 email titled "A Harmless Drag Show? No Such Thing," when making West Texas A&M University facilities or spaces available to Plaintiffs or other student organizations.

3.  Plaintiffs are not required to post a bond for this injunction.

**SO ORDERED.**

February _____, 2024

                                            _____

                                            MATTHEW J. KACSMARYK
                                            UNITED STATES DISTRICT JUDGE

*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit C

**to Appellants' Motion for
Injunction Pending Appeal**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT, *et al.*,

      Plaintiffs,

v.                           2:23-CV-048-Z

WALTER WENDLER, *et al.*,

      Defendants.

## NOTICE

On January 31, 2024, Plaintiffs moved for an injunction pending appeal ("Plaintiffs' Motion") (ECF No. 82). And they further requested that the Court "expedite consideration of this motion for resolution by February 9, 2024." *Id.* at 2. Defendants oppose the motion and its request for expedited consideration. ECF No. 84.

Pursuant to the Northern District of Texas's Local Civil Rule 7.1(e), "[a] response and brief to an opposed motion must be filed *within 21 days* from the date the motion is filed." (emphasis added). That is a longstanding norm and the Court declines to alter it here. Accordingly, Defendants shall respond to Plaintiffs' Motion **on or before February 21, 2024**.

The Court issues notice accordingly.

February **5**, 2024

                                           MATTHEW J. KACSMARYK
                                           UNITED STATES DISTRICT JUDGE