# EXHIBIT A

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| SPECTRUM WT, *et al.*, | § § § | |
| Plaintiffs, | § § | NO. 23-10994 |
| v. | § § § | |
| WALTER WENDLER, *et al.* | § § | |
| Defendants. | § | |

| | |
|---|---|
| STATE OF TEXAS | § |
| RANDALL COUNTY | § |

**DECLARATION OF DR. CHRISTOPHER ("CHRIS") J. THOMAS**

Pursuant to 28 U.S.C. § 1746, I, Chris Thomas, declare the following:

1. My name is Chris Thomas. I am over eighteen (18) years of age and competent to make the following statement. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I am the Vice President for Student Affairs for West Texas A&M University ("WT"). In my role as Vice President for Student Affairs for WT, I report directly to the president of West Texas A&M University, and I am responsible for managing the Division of Student Affairs. The Division of Student Affairs is responsible for oversight and management of all matters related to student issues and affairs, activities, housing, and student rights and responsibilities on campus. I have served in this role since December 2022.

1

3. Facility reservations for student organization events generally fall within the purview of the Division of Student Affairs.

4. Pursuant to WT SAP 24.01.01.W0.01, the Risk Management Office is responsible for conducting risk assessments related to facility use requests. Risk assessments are a requirement for all on-campus events in which the planner has self-disclosed a risk of physical injury to students or attendees.

5. I have reviewed the status of Spectrum WT's application and reservation request to host a drag show event on March 22, 2024 ("2024 Drag Show"). The application status for the 2024 Drag Show is currently listed as in "Tentative" status following completion of a standard risk assessment. "Tentative" status indicates that there are still certain outstanding items for the event that need to be met before the reservation is "Confirmed," which, in this case, includes proof of insurance and submission of proposed marketing materials provided the student organization intends to advertise the event as indicated in their application.

6. Spectrum WT is currently working with the Student Affairs Marketing Department to create marketing for this event. In addition, Spectrum WT submitted an amended Risk Assessment for the 2024 Drag Show on January 31, 2024, disclosing for the first time Spectrum WT's intention to permit minors to attend the event. A true and correct copy of the amended Risk Assessment is attached as Exhibit 1.

7. As part of the risk management process, WT has required that Spectrum WT purchase event liability insurance for this event.

8. As with any on-campus event, WT further reserves the right to cancel an event and immediately remove access to campus if an event violates the policies and regulations of the Texas A&M University System, the rules and procedures of WT, or if an event is deemed to be unsafe for minors or anyone else.

9. No final determination has been made yet on the reservation request for the 2024 Drag Show. The event application remains pending.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 19th, 2024.

*Christopher J. Thomas*
CHRISTOPHER J. THOMAS

# EXHIBIT A-1

| From: | Barrett Bright |
|---|---|
| To: | Fouts, Shawn M. |
| Subject: | RE: Don"t Be A Drag, Drag Show Reservation #137159 |
| Date: | Wednesday, January 31, 2024 8:59:13 AM |
| Attachments: | 27A6298A5C844170964B6D366F3A40E2.png |

Sent from Mail for Windows

**From:** Fouts, Shawn M.
**Sent:** Wednesday, January 31, 2024 7:53 AM
**To:** Barrett Bright
**Subject:** Re: Don't Be A Drag, Drag Show Reservation #137159

Good morning, I've copied your original Risk Assessment into the body of this email. If you will make your changes in the appropriate places in a different color. Leave the original responses, but add your changes in a different color. Send it back to me when you are done and I will make sure the Risk Assessment Team receives it for comment.

Thanks,
Shawn


**Response Summary:**

Please provide event information below:* designates required field
  Date of Request:  1/5/2024
  Person Requesting Approval*  Barrett Bright
  Title*  President of Spectrum
  Sponsoring Organization / Department: *(if applicable)*  Spectrum
  Phone (xxx-xxx-xxxx)*  [redacted]
  Email*  [redacted]
  Organization's Advisor*(if applicable)*  Kristina Drumheller

Does your Advisor know about the event and the risk(s) involved?
  Yes

Please provide the event information below: * designates required field
  Date of Event*  March 22nd
  Event Start Time*  12:30pm
  Event Name* *No acronyms or abbreviations please*  Don't be a Drag, Drag Show
  Estimated Attendance*  100
  Description of Event* *Describe in detail the planned activities that will take place during the event (e.g. sports, running games, dancing, live music, jump houses, fire pits, etc.)*  Spectrum is hosting a charity drag show in order to raise donations for The Trevor Project. Student and local performers will perform lip-sync dance performances on stage in costumes. Non-alcoholic mocktail drinks will be served to the audience as an additional fundraiser. All

participants and attendees are required to be over the age of eighteen, and this policy will be enforced by checking IDs at the door.
   Event End Time*   11:30pm
   Age Range of Participates*   18+
   Event Location(s)*   Legacy Hall
   Reservation # (if applicable)   137159

Will food be served at your event/activity?
   Yes

What type of food will be served?
   mocktails

Will alcohol be served at your event/activity?
   No

Will money be present at your event/activity?
   Yes

How will the money be secured?
   In a lockbox, secured through card purchases as well.

Does this event/activity require a contract to be signed by the organization?
   No

Does this event/activity, as currently planned, present a risk of damage to property?
   No

Does the event/activity, as currently planned, present more than an everyday risk of physical inj...
   Yes

Please explain what risk exists to participants AND what steps are being taken to mitigate those...
   the activity of dancing comes with the risk of injury, to negate this, performers will be practicing before hand.

Are minors (individuals less than 18 years of age) specifically invited to attend the event/activ...
   No  *Yes but only with a legal guardian present, IDs checked at the door.*

Does the event include any inherently dangerous activity?  Examples might be:  Fire, pyrotechnics...
   No

Does this event/activity pose a risk of embarrassment, humiliation, coercion, physical assault, o...
   Yes

Please explain the risk to participants AND what steps are being taken to mitigate those risks.
   as with any kind of performance, there is a risk of embarrassment on stage. The steps to mitigate this risk will be the practicing as mentioned before.

This event will be insured by which of the following:
   None

Please attach the completed Hazard Matrix.  This needs to be provided with each risk assessment s...
   https://wtamuuw.az1.qualtrics.com/WRQualtricsControlPanel/File.php?F=F_2VF1avHNofJfNpU

Are any of the activities the event contemplates specifically excluded from coverage by the terms...
   No

Is this event/activity co-sponsored?

Does this event/activity require waivers to be signed by participants?
   No

It is the responsibility of the group/organization to ensure that the use of University facilitie...
   https://wtamuuw.az1.qualtrics.com/WRQualtricsControlPanel/File.php?F=F_xAijmlg2NBjYEwN



**Strengths: Relator / Learner / Input / Belief / Competition**


**From:** Barrett Bright <███████████████████████████>
**Date:** Tuesday, January 30, 2024 at 7:52 PM
**To:** Fouts, Shawn M. <sfouts@wtamu.edu>
**Subject:** RE: Don't Be A Drag, Drag Show Reservation #137159

We need to change a section of the risk assessment. How do we do that?
 Thank you for your time!
Barrett Bright



Sent via the Samsung Galaxy S23+ 5G, an AT&T 5G smartphone


-------- Original message --------
From: "Fouts, Shawn M." <sfouts@wtamu.edu>
Date: 1/29/24 8:40 AM (GMT-06:00)
To: Barrett Bright <███████████████████████>, Marcus Stovall <███████████████████████████>
Cc: "Mills, Jacob M." <jmills@wtamu.edu>
Subject: Don't Be A Drag, Drag Show Reservation #137159

Good morning, thank you for submitting a Risk Assessment for this event. As the JBK continues to process this event we need some items to continue with this reservation.

Have you completed a Catering Exemption, or are you using Aramark for your refreshments? Here is

a link to the Catering Exemption:
https://wtamuuw.az1.qualtrics.com/jfe/form/SV_d6XE9R977rf6Znw

Do you have your marketing material ready to submit?

I would recommend reaching out to Richard Smith to inquire about Event Liability Insurance. His WT extension is 2740. His email is rcsmith@wtamu.edu.

Thank you,
Shawn

signature_2056831361

**Strengths: Relator / Learner / Input / Belief / Competition**