# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-10994

---

SPECTRUM WT; BARRETT BRIGHT; LAUREN STOVALL,

*Plaintiffs—Appellants*,

*versus*

WALTER WENDLER; DR. CHRISTOPHER THOMAS; JOHN SHARP; ROBERT L. ALBRITTON; JAMES R. BROOKS; JAY GRAHAM; TIM LEACH; BILL MAHOMES; ELAINE MENDOZA; MICHAEL J. PLANK; CLIFF THOMAS; DEMETRIUS L. HARRELL, JR.; MICHAEL A. HERNANDEZ, III,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CV-48

---

UNPUBLISHED ORDER

Before JONES, SMITH, and DENNIS, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that Appellants' opposed motion for injunction pending appeal is CARRIED WITH THE CASE.