# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 27, 2024

Mrs. Allison Marie Collins
Office of the Attorney General for the State of Texas
General Litigation Division
P.O. Box 12548
Capitol Station
Austin, TX 78701

Mr. Samuel Troxell Grover
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701

Mr. Brian Klosterboer
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

Mr. Joseph N. Mazzara
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. JT Morris
Foundation for Individual Rights & Expression (FIRE)
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003

Mr. Peter Steffensen
Southern Methodist University
Dedman School of Law
3315 Daniel Avenue
P.O. Box 750116
Dallas, TX 75275

      No. 23-10994   Spectrum WT v. Wendler
                           USDC No. 2:23-CV-48

Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Charles B. Whitney, Deputy Clerk
504-310-7679

cc:
    Mr. Conor T. Fitzpatrick
    Mr. Thomas S. Leatherbury
    Mr. Adam Steinbaugh
    Mr. Jeffrey Daniel Zeman