# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 22, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10994   Spectrum WT v. Wendler
                    USDC No. 2:23-CV-48

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Monroe David Bryant Jr.
Mrs. Allison Marie Collins
Mr. Conor T. Fitzpatrick
Mr. Samuel Troxell Grover
Mr. Brian Klosterboer
Mr. Thomas S. Leatherbury
Mr. Joseph N. Mazzara
Mr. JT Morris
Mr. Peter Steffensen
Mr. Adam Steinbaugh
Mr. Jeffrey Daniel Zeman