# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-10994

---

Spectrum WT; Barrett Bright; Lauren Stovall,

*Plaintiffs—Appellants*,

*versus*

Walter Wendler; Dr. Christopher Thomas; John Sharp; Robert L. Albritton; James R. Brooks; Jay Graham; Tim Leach; Bill Mahomes; Elaine Mendoza; Michael J. Plank; Cliff Thomas; Demetrius L. Harrell, Jr.; Michael A. Hernandez, III,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CV-48

---

UNPUBLISHED ORDER

Before Jones, Smith, and Dennis, *Circuit Judges*.

Per Curiam:

  A member of this panel previously GRANTED Appellants' motion to file supplemental reply brief. The panel has considered Appellee Walter Wendler's opposed motion for reconsideration.

  IT IS ORDERED that the motion for reconsideration is DENIED.