

March 29, 2024

**Via ECF**
Mr. Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit

Re:   Spectrum WT, et al. v. Wendler, et al., No. 23-10994

Dear Mr. Cayce:

On behalf of Plaintiffs-Appellants Barrett Bright, Lauren Stovall, and Spectrum WT, I write under Rule 28(j) and Fifth Circuit Rule 28.4 to bring "new developments . . . to the court's attention." 5th Cir. R. 28.4

This appeal centers on the district court's denial of a preliminary injunction to prohibit Defendants from imposing a viewpoint- and content-based prior restraint on drag shows at West Texas A&M University, after Defendant Wendler cancelled Plaintiffs' annual charity show in March 2023. Appellants' Br. 3–12.

Spectrum WT applied to hold its annual charity drag show for March 22, 2024, in Legacy Hall, a designated campus forum at West Texas A&M University. Doc. 48 at 68; ROA 236–37 ¶¶ 127, 130; Appellants' Br. 47–49. On March 18, 2024, Defendant Wendler sent a university-wide email (attached) stating, "the Spectrum WT application to conduct an on-campus drag show is denied for the reasons given previously and for the reasons further explained in court filings and those provided by the courts themselves."

For the reasons Plaintiffs have explained in their briefing, President Wendler's email confirms the drag performance ban at West Texas A&M continues to impose a viewpoint- and content-based prior restraint on Plaintiffs' protected expression. Appellants' Br. 61–66; Appellants' Reply to Wendler Br. 14–23.

Respectfully,

JT Morris
*Counsel of Record*
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION

Counsel for Plaintiffs-Appellants Barrett Bright, Lauren Stovall, and Spectrum WT.

cc: All Counsel of Record via ECF
Attachment: Walter Wendler, University-Wide Email, March 18, 2024

## CERTIFICATE OF SERVICE

I hereby certify that I electronically served the foregoing by CM/ECF on all counsel of record.

Dated: March 29, 2024

/s/ JT Morris                .
JT Morris

*visio | veritas | valor*

To: Faculty, Staff, and Students

From: Walter V. Wendler, President

Date: March 18, 2024

RE: Spectrum WT Application for On-Campus Drag Show

Spectrum WT asked three courts to prevent the denial of their pending application to conduct an on-campus drag show. I did not rule on the application out of respect for the judicial process. On March 15th, a unanimous United States Supreme Court rejected the attempt to prevent another denial.

And so, the Spectrum WT application to conduct an on-campus drag show is denied for the reasons given previously and for the reasons further explained in court filings and those provided by the courts themselves.

Moreover, it is denied because S.B. 12 went into effect as a Texas law in September 2023, as well as a number of other compelling considerations.

When the court makes a final decision, it will be implemented.

**Walter V. Wendler**
**President**
806.651.2100
president@wtamu.edu

If you need email content or attachments in alternate formats for accessibility, please send your contact information and the details of your request to accessibility@wtamu.edu.

Unsubscribe from the CURR_STU_SUBSCRIBE List.