

April 10, 2024

**Via ECF**

Mr. Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit

    Re:   Spectrum WT, et al. v. Wendler, et al., No. 23-10994

Dear Mr. Cayce:

    On behalf of Plaintiffs-Appellants Barrett Bright, Lauren Stovall, and Spectrum WT, I write under Rule 28(j) and Local Rule 28.4 to bring "new developments . . . to the court's attention." L.R. 28.4

    Since Plaintiffs first filed this lawsuit, and through the briefing and motions practice in this appeal, Plaintiff Stovall has been enrolled at West Texas A&M University. *See* ROA.217 ¶ 15. However, Stovall recently withdrew from the university.

    Plaintiff Spectrum WT remains a registered student organization and Plaintiff Bright is enrolled in courses at West Texas A&M University. *See* ROA 215–16 ¶¶ 10, 14.

                                       Respectfully,

                                       JT Morris
                                       *Counsel of Record*
                                       FOUNDATION FOR INDIVIDUAL
                                           RIGHTS AND EXPRESSION

                                       Counsel for Plaintiffs-Appellants Barrett
                                       Bright, Lauren Stovall, and Spectrum WT.

cc:              All Counsel of Record via ECF

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically served the foregoing by CM/ECF on all counsel of record.

Dated:   April 10, 2024

/s/ JT Morris                              .
JT Morris