

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

October 3, 2024                                                                                           Via CM/ECF

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, Louisiana 70130

Re: No. 23-10994, *Spectrum WT v. Wendler*

Dear Mr. Cayce:

    I write to advise the Court of my withdrawal as counsel for Appellee Walter Wendler in the above-referenced case, as I have accepted a position within the Office of the Attorney General of Texas in a division that is not handling this litigation. Appellee Wendler will continue to be represented by Joseph Mazzara and Monroe David Bryant. This withdrawal will not cause any delay in proceedings.

    Thank you for your assistance in this matter.

                                                     Respectfully submitted,

                                                     */s/Johnathan Stone*
                                                     Johnathan Stone
                                                     Chief, Consumer Protection Division

cc: All counsel of record (via CM/ECF)