

JOSEPH N. MAZZARA
Assistant Solicitor General

(512) 936-2923
Joe.Mazzara@oag.texas.gov

January 17, 2025

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit

    Re:    No. 23-10994; *Spectrum WT v. Wendler*

Dear Mr. Cayce:

  I am writing to advise the Court of my withdrawal as counsel for Defendant – Appellee, Walter Wendler in the above-referenced case, as I am leaving my employment with the Office of the Attorney General.

          Respectfully submitted.

          /s/ Joseph N. Mazzara

          Joseph N. Mazzara
          Assistant Solicitor General

cc: All counsel of record (via CM/ECF)