# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 18, 2025
Lyle W. Cayce
Clerk

No. 23-10994

---

Spectrum WT; Barrett Bright; Lauren Stovall,

*Plaintiffs—Appellants,*

*versus*

Walter Wendler; Dr. Christopher Thomas; John Sharp; Robert L. Albritton; James R. Brooks; Jay Graham; Tim Leach; Bill Mahomes; Elaine Mendoza; Michael J. Plank; Cliff Thomas; Demetrius L. Harrell, Jr.; Michael A. Hernandez, III,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CV-48

---

Before Dennis, Southwick, and Ho, *Circuit Judges*.

Per Curiam:

　　IT IS ORDERED Appellants' motion for injunction pending appeal is DENIED.