No. 23-10994

# In the United States Court of Appeals for the Fifth Circuit

SPECTRUM WT; BARRETT BRIGHT; LAUREN STOVALL,

*Plaintiffs-Appellants*,

v.

WALTER WENDLER; DR. CHRISTOPHER THOMAS; JOHN SHARP; ROBERT L. ALBRITTON; JAMES R. BROOKS; JAY GRAHAM; TIM LEACH; BILL MAHOMES; ELAINE MENDOZA; MICHAEL J. PLANK; CLIFF THOMAS; DEMETRIUS L. HARRELL, JR.; MICHAEL A. HERNANDEZ, III,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of Texas, Amarillo Division
USDC No. 2:23-CV-48

## DEFENDANTS-APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING EN BANC

In accordance with Federal Rules of Appellate Procedure 27 and 40(d)(1), Defendants-Appellees Walter Wendler; Dr. Christopher Thomas; John Sharp; Robert L. Albritton; James R. Brooks; Jay Graham; Tim Leach; Bill Mahomes; Elaine Mendoza; Michael J. Plank; Cliff Thomas; Demetrius L. Harrell, Jr.; and Michael A. Hernandez, III file this unopposed motion for an extension of time to file a petition for rehearing en banc of this Court's August 18, 2025, decision. In support thereof, Appellees respectfully show the Court as follows:

**1.** On August 18, the panel issued a 39-page published opinion in this case affirming in part and reversing in part the district court's order denying Plaintiffs-Appellants' request for a preliminary injunction. Any petition for rehearing en banc of that decision is currently due by Tuesday, September 2. Appellees respectfully request that the Court extend that deadline by 15 days, to Wednesday, September 17.

**2.** This request is not made for purposes of delay but to allow counsel for Appellees adequate time to familiarize themselves with the record and analyze the panel's detailed opinion. The 30-day extension of time is requested for good cause. Former Assistant Solicitor General Joseph N. Mazzara, who briefed and argued this case before the panel, is no longer employed at the Texas Attorney General's office. A brief extension is justified to allow Assistant Solicitor General Jacob C. Beach, Solicitor General William R. Peterson, and other attorneys in the office additional time to become familiar with the record and previous briefing, and to analyze the panel's decision.

**3.** An extension is also necessary due to multiple engagements by Appellees' counsel that have required or will require significant attention since the decision issued, including:

- an emergency motion for stay pending appeal in *Myers v. Stephen F. Austin Univ.*, No. 25-40487 (5th Cir.), filed in this Court on August 18;
- an expedited brief on the merits in *In re State*, No. 25-0687 (Tex.), filed in the Supreme Court of Texas on August 20;
- an opposition to an emergency motion for injunction pending appeal in *Wang v. Paxton*, No. 25-20354 (5th Cir.), due to be filed in this Court on August 22;
- an opening brief in *Cox v. State of Texas*, No. 15-25-00117-CV, due to be filed in the Court of Appeals for the Fifteenth Judicial District of Texas on August 27;

- a reply brief in *The Board of Regents of the Texas A&M University System v. BE&K Building Group, LLC*, No. 15-25-00158-CV, due to filed in the Court of Appeals for the Fifteenth Judicial District of Texas on September 1;

- a brief in *Texas A&M Queer Empower v. Mahomes*, No. 4:25-cv-00992, to be filed in the United States District Court for the Southern District of Texas on September 2;

- an expedited reply brief on the merits in *In re State*, No. 25-0687 (Tex.), due to be filed in the Supreme Court of Texas on September 4;

- oral argument in *In re H.S., B.S., and M.S.*, No. 24-0307, before the Texas Supreme Court on September 9;

- a response to petition for review in *Mabee, et al v. Railroad Commission of Texas*, No. 25-0077, due to be filed in the Texas Supreme Court on September 17;

- review and possible petition for rehearing en banc in *State of Texas v. Bondi*, No. 24-10386, to be filed in this court by September 29.

4. This extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this unopposed request for an extension of time is granted, including because all trial proceedings are currently stayed in this matter. This is Appellees' first request for an extension of this deadline, and Appellees do not oppose.

## Conclusion

For these reasons, Appellees request that the Court grant a 15-day extension of the time to file any petition for rehearing en banc, moving the deadline for any en banc petition to September 17, 2025.

Date: August 22, 2025

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Respectfully submitted.

William R. Peterson
Solicitor General

/s/ Jacob C. Beach
Jacob C. Beach
Assistant Solicitor General
Jacob.Beach@oag.texas.gov

Counsel for Defendants-Appellees

## Certificate of Conference

On August 22, 2025, I conferred with JT Morris, counsel for Plaintiffs-Appellants, who indicated that Appellants do not oppose this extension.

/s/ Jacob C. Beach
Jacob C. Beach

## Certificate of Service

On August 22, 2025, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court.

/s/ Jacob C. Beach
Jacob C. Beach

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 639 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Jacob C. Beach
Jacob C. Beach