# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 26, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10994   Spectrum WT v. Wendler
                USDC No. 2:23-CV-48

The court has granted an extension of time to and including 9/17/2025 for filing a petition for rehearing in this case.

We must receive any petition for rehearing in this office by the due date.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Rebecca L. Jeanfreau, Deputy Clerk
                      504-310-7645

Mr. Jacob C. Beach
Mr. Zachary Berg
Mr. Monroe David Bryant Jr.
Mrs. Allison Marie Collins
Mr. Conor T. Fitzpatrick
Mr. Samuel Troxell Grover
Mr. Brian Klosterboer
Mr. Thomas S. Leatherbury
Ms. Karen S. Mitchell
Mr. JT Morris
Mr. Peter Steffensen
Mr. Adam Steinbaugh
Mr. Jeffrey Daniel Zeman