# United States Court of Appeals
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

October 27, 2025

```
Mr. Jacob C. Beach
Office of the Attorney General of Texas
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

Mr. Zachary Berg
Texas Attorney General's Office
Special Litigation Division
P.O. Box 12548
 (MC-009)
Austin, TX 78711-2548

Mr. Monroe David Bryant Jr.
Texas Attorney General's Office
Special Litigation Division
P.O. Box 12548
 (MC-009)
Austin, TX 78711-2548

Mrs. Allison Marie Collins
Foster, Swift, Collins & Smith, P.C.
313 S. Washington Square
Lansing, MI 48933-0000

Mr. Conor T. Fitzpatrick
Foundation for Individual Rights and Expression
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003

Mr. JT Morris
Foundation for Individual Rights & Expression (FIRE)
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003
```

Mr. Adam Steinbaugh
Foundation for Individual Rights & Expression
510 Walnut Street
Suite 900
Philadelphia, PA 19106-3621

Mr. Jeffrey Daniel Zeman
Foundation for Individual Rights & Expression
510 Walnut Street
Suite 1250
Philadelphia, PA 19106-3621

No. 23-10994   Spectrum WT v. Wendler
               USDC No. 2:23-CV-48

Dear Counsel,

Enclosed is the court's order filed this date directing this case be reheard en banc with oral argument.

Under Fifth Circuit Local Rule 41.3 this order vacates the previous opinion and judgment of this court and stays the mandate.

The case will be calendared at a later date. Counsel for the parties will receive adequate notice as to the exact date and time for the presentation of the oral argument.

Appellants will have until 11/24/2025, to file an en banc brief and the Appellees' en banc brief is due on 12/22/2025. You will be requested to furnish 22 paper copies of your en banc brief after the electronic filing is reviewed and processed. The color of the cover on your en banc brief will be the same as the color of the cover on your merits brief (blue for the appellant and red for the appellee).

Unless directed otherwise, principal brief rules apply to en banc grants and supplemental briefs requested by the court.

Additionally, reply briefs are not allowed when cases are granted en banc unless you have leave of court.

We request that the parties forward 22 copies of their previously filed merits briefs, reply briefs, and record excerpts, for the use of the en banc court. As you did previously, we request that all copies be spirally bound. These additional copies are due in the Clerk's Office by 11/10/2025. Copies of Amicus briefs are not required.

Please contact me if you have any questions.

>           Sincerely,
>
>           LYLE W. CAYCE, Clerk
>
>           By: _____
>           Peter A. Conners, Deputy Clerk
>           504-310-7685

cc:
    Mr. Samuel Troxell Grover
    Mr. Brian Klosterboer
    Mr. Thomas S. Leatherbury
    Mr. Peter Steffensen