# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 12, 2025

Mr. Zachary Berg
Texas Attorney General's Office
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

          No. 23-10994   Spectrum WT v. Wendler
                         USDC No. 2:23-CV-48

Dear Mr. Berg,

We received your appearance form. In light of the appearance form
being filed in the wrong case, we are taking no action on this
filing.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         *Renee McDonough*

                         By: _____
                         Renee S. McDonough, Deputy Clerk
                         504-310-7673

cc:
     Mr. Jacob C. Beach
     Mr. Monroe David Bryant Jr.
     Mrs. Allison Marie Collins
     Mr. Conor T. Fitzpatrick
     Mr. Samuel Troxell Grover
     Mr. Brian Klosterboer
     Mr. Thomas S. Leatherbury
     Mr. JT Morris
     Mr. Peter Steffensen
     Mr. Adam Steinbaugh
     Mr. Jeffrey Daniel Zeman