**NO. 23-10994**

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

SPECTRUM WT; BARRETT BRIGHT; LAUREN STOVALL,

*Plaintiffs-Appellants*,

v.

WALTER WENDLER, *et al.,*

*Defendants-Appellees*.

---

# APPELLANTS' UNOPPOSED MOTION FOR PARTIAL DISMISSAL AS TO CERTAIN PARTIES

---

On Appeal from the United States District Court for the
Northern District of Texas, Amarillo Division,
Civil Action No. 2:23-CV-48
Hon. Matthew J. Kacsmaryk, Presiding

---

JT Morris
*Counsel of Record*
Conor T. Fitzpatrick
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Suite 340
Washington, D.C. 20003
Tel: (215) 717-3473
jt.morris@thefire.org
conor.fitzpatrick@thefire.org

Adam Steinbaugh
Jeffery D. Zeman
Sara Berinhout
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut St., Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473
adam@thefire.org
jeff.zeman@thefire.org
sara.berinhout@thefire.org

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF INTERESTED PARTIES

The cause number and style of the case is No. 23-10994, *Spectrum WT v. Wendler* (USDC Civil No. 2:23-CV-48, Northern District of Texas).

Counsel of record certifies that the following listed persons or entities described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made so that the judges of this Court may evaluate possible disqualification or recusal.

**Plaintiffs-Appellants**
Spectrum WT
Barrett Bright
Lauren Stovall

**Attorneys for Plaintiffs-Appellants**
JT Morris
Conor T. Fitzpatrick
Foundation for Individual Rights and Expression
700 Pennsylvania Ave. SE, Suite 340
Washington, D.C. 20003

Adam Steinbaugh
Sara Berinhout
Jeffrey Daniel Zeman
Foundation for Individual Rights and Expression
510 Walnut St., Suite 900
Philadelphia, PA 19106

**Defendants-Appellees**
Dr. Walter Wendler
Dr. Christopher Thomas
John Sharp
Glenn Hegar
Robert L. Albritton
James R. Brooks
Jay Graham
Michael A. Hernandez, III
Tim Leach
Bill Mahomes
Elaine Mendoza
Michael J. Plank
Cliff Thomas
Demetrius L. Harrell, Jr.

**Attorneys for Defendants-Appellees**

William R. Peterson
William F. Cole
Monroe David Bryant, Jr.
Zachary Berg
Munera Al-Fuhaid
Jacob C. Beach
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711

Allison Marie Collins
Foster Swift Collins & Smith PC
313 South Washington Square
Lansing, MI 48933

**Other Interested Parties**
West Texas A&M University
Texas A&M University System

Respectfully,

/s/ JT Morris
JT Morris
*Counsel of Record for Plaintiffs-Appellants Spectrum WT, Barrett Bright, and Lauren Stovall*

TO THE HONORABLE COURT OF APPEALS:

Plaintiffs-Appellants Spectrum WT, Barrett Bright, and Lauren Stovall move under Fed. R. App. P. 42(b) to dismiss Bright and Stovall as Appellants from this interlocutory appeal. They also move to dismiss Defendant-Appellees Robert L. Albritton, James R. Brooks, Jay Graham, Michael A. Hernandez, III, Tim Leach, Bill Mahomes, Elaine Mendoza, Michael J. Plank, Cliff Thomas, Demetrius L. Harrell, Jr., and Glenn Hegar (who replaced John Sharp as Chancellor of the Texas A&M University System in July 2025) in their official capacities as Appellees from this interlocutory appeal.

Plaintiff-Appellant Spectrum WT and Defendants-Appellees Walter Wendler and Dr. Christopher Thomas remain as parties to this appeal, including pending *en banc* proceedings.

Defendants are unopposed to this motion.

In support, Plaintiffs-Appellants state as follows:

## I. Voluntary Partial Dismissal of Plaintiffs-Appellants Bright and Stovall

1. In September 2025, the district court dismissed Plaintiffs Bright and Stovall's prospective claims for injunctive and declaratory relief, as they are no longer enrolled at West Texas A&M University. ECF

116, *Spectrum WT v. Wendler*, Civ. No. 2:23-CV-48 (N.D. Tex. Nov. 14, 2025).

2. At the same time, the district court held Plaintiff Spectrum WT has maintained standing to sue for prospective relief. *Id.*

3. Spectrum informed the Court of this development in its November 24, 2025, supplemental *en banc* brief. ECF 237–1 at *i*, n.1.

4. On November 26, 2025, the Clerk of Court alerted counsel for Plaintiffs-Appellants that a motion for partial dismissal is required to formally remove Bright and Stovall from this appeal.

5. For those reasons, Appellants-Plaintiffs move the Court to dismiss Bright and Stovall from this interlocutory appeal.

6. Spectrum WT remains as the Plaintiff-Appellant.

7. Bright and Stovall reserve their right to appeal the district court's dismissal of their damages claims upon final judgment. *See* ROA.849–74.

## II. Voluntary Dismissal of Certain Defendants-Appellees

8. Dismissal of several Defendants-Appellees is also appropriate. In September 2023, the district court dismissed all

Defendants except for Defendants Wendler, Thomas, and Sharp for lack of standing, which Plaintiffs have not contested on appeal.

9. And this November, the parties filed a stipulated dismissal of Chancellor Glenn Hegar, former Chancellor Sharp's successor, which the district court entered on November 14. ECF 128, *Spectrum WT v. Wendler*, Civ. No. 2:23-CV-48 (N.D. Tex. Nov. 14, 2025).

10. Thus, for those reasons, and to promote judicial efficiency, Plaintiffs-Appellants move the Court to dismiss without prejudice Defendants-Appellees Albritton, Brooks, Graham, Hernandez, Leach, Mahomes, Mendoza, Plank, Thomas, Harrell, Jr., and Glenn Hegar in their official capacities.

11. Defendants-Appellees Wendler and Thomas will remain as parties to this appeal.

12. Appellants request the dismissed parties bear their own costs.

13. Appellants' counsel has conferred by e-mail with counsel for Appellees, who has stated that Appellees do not oppose this motion.

Dated: December 1, 2025

Respectfully,

/s/ JT Morris
JT Morris
Conor T. Fitzpatrick
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Ave., S.E., Ste. 230
Washington, D.C. 20003
Tel: (215) 717-3473
jt.morris@thefire.org
conor.fitzpatrick@thefire.org

Adam Steinbaugh
Jeffrey D. Zeman
Sara Berinhout
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut St., Suite 1250
Philadelphia, PA. 19106
Tel: (215) 717-3473
adam@thefire.org
jeff.zeman@thefire.org
sara.berinhout@thefire.org

*Attorneys for Plaintiffs-Appellants*

**CERTIFICATE OF SERVICE**

This certifies that on December 1, 2025, in compliance with Rules 25(b) and (c) of the Federal Rules of Appellate Procedure, the undersigned served the foregoing via the Court's ECF filing system on all registered counsel of record.

/s/ JT Morris
JT Morris

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) and the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E) because it contains 445 words.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) because it has been prepared in proportionally spaced typeface using 14-point Century Schoolbook font with 12-point Century Schoolbook font for footnotes.

Dated: December 1, 2025

/s/ JT Morris
JT Morris