# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 1, 2025
Lyle W. Cayce
Clerk

No. 23-10994

Spectrum WT; Barrett Bright; Lauren Stovall,

*Plaintiffs—Appellants*,

*versus*

Walter Wendler; Dr. Christopher Thomas; John Sharp; Robert L. Albritton; James R. Brooks; Jay Graham; Tim Leach; Bill Mahomes; Elaine Mendoza; Michael J. Plank; Cliff Thomas; Demetrius L. Harrell, Jr.; Michael A. Hernandez, III,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CV-48

_____

ORDER:

    IT IS ORDERED that Appellants' opposed motion to stay further proceedings pending resolution of trial proceedings in District Court is DENIED.

                          /s/ Jennifer W. Elrod
                          Jennifer Walker Elrod
                          *Chief Judge*