# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 01, 2025

Mr. Martin Jonathan Siegel
Law Offices of Martin J. Siegel, P.C.
2222 Dunstan Road
Houston, TX 77002

      No. 23-10994    Spectrum WT v. Wendler
                          USDC No. 2:23-CV-48

Dear Mr. Siegel,

We are taking no action on your brief of amici curiae professors specializing in LGBT+ studies, LGBT+ legal issues, and the history of drag because a motion to file is required. The proposed brief must be attached to the motion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Lisa E. Ferrara, Deputy Clerk
                              504-310-7675

cc:
    Mr. Jacob C. Beach
    Mr. Zachary Berg
    Ms. Sara Berinhout
    Mr. Monroe David Bryant Jr.
    Mr. William Francis Cole
    Mrs. Allison Marie Collins
    Mr. Conor T. Fitzpatrick
    Mr. Samuel Troxell Grover
    Mr. Brian Klosterboer
    Mr. Thomas S. Leatherbury
    Mr. JT Morris
    Mr. William R. Peterson
    Mr. Peter Steffensen
    Mr. Adam Steinbaugh
    Mr. Jeffrey Daniel Zeman