# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court. **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).***

Fifth Cir. Case NO. **23-10994**

**Spectrum WT, et al.** vs. **Walter Wendler, et al.**
(Short Title)

The Clerk will enter my appearance as Counsel for **\*\*\*See Attachment\*\*\***

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)  ☐ Respondent(s)  ☑ Amicus Curiae  ☐ Appellant(s)  ☐ Appellee(s)  ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

**/s/ Peter Steffensen** (Signature)  
**psteffensen@mail.smu.edu** (e-mail address)

**Peter Steffensen** (Type or print name)  
**TX 24106464** (State/Bar No.)

(Title, if any)

**Southern Methodist University** (Firm or Organization)

Address **3315 Daniel Avenue, P.O. Box 750116**

City & State **Dallas, Texas**  Zip **75275**

Primary Tel. **(214) 768-4077**  Cell Phone: **(914) 673-4224**

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Peter Steffensen

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
**n/a**

B. Inquiry of Counsel. To your knowledge:
(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☑ Yes  ☐ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☐ Yes  ☑ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes  ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case **Yes, prelim. injunction**

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
**Woodlands Pride v. Paxton, No. 23-20480;**
**Texas A&M Queer Empowerment Council v. Mahomes, No. 25-20108**

Name of Court or Agency **U.S. Court of Appeals for the Fifth Circuit**

Status of Appeal (if any) **Woodlands Pride: opinion issued 11/06/2025; QEC: appeal stayed 5/27/2025**

Other Status (if not appealed) **n/a**

**NOTE:** Attach sheet to give further details.   DKT-5A REVISED January 2022

# ATTACHMENT

- National Coalition Against Censorship
- Dramatists Guild of America
- Comic Book Legal Defense Fund
- Fashion Law Institute
- Authors Guild
- Woodhull Freedom Foundation
- Freedom to Read Foundation
- American Booksellers Association
- Americans United for Separation of Church and State