# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court. **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).***

Fifth Cir. Case NO. __23-10994__

Spectrum WT, et al. _____ vs. Walter Wendler, et al. _____
(Short Title)

The Clerk will enter my appearance as Counsel for __***See Attachment***__

(Please list names of all parties represented, attach additional pages if necessary.)
**The party(s) I represent IN THIS COURT**　　☐ Petitioner(s)　　☐ Respondent(s)　　☑ Amicus Curiae
　　☐ Appellant(s)　　☐ Appellee(s)　　☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

__/s/ Thomas S. Leatherbury__　　　　__tom@tsleatherburylaw.com__
(Signature)　　　　　　　　　　　　　　(e-mail address)

__Thomas S. Leatherbury__　　　　　　__TX 12095275__
(Type or print name)　　　　　　　　　(State/Bar No.)

_____
(Title, if any)

__Thomas S. Leatherbury Law, PLLC__
(Firm or Organization)
Address __1901 North Akard Street__
City & State __Dallas, Texas__　　　　　Zip __75201__
Primary Tel. __(214) 213-5004__　　Cell Phone: __(214) 213-5004__

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** __Peter Steffensen__

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
__n/a__

B. Inquiry of Counsel. To your knowledge:
　(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related issue(s)?
　　☑ Yes　　☐ No
　(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
　　☐ Yes　　☑ No
　(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
　　☐ Yes　　☑ No
　(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case __Yes, prelim. injunction__

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
__Woodlands Pride v. Paxton, No. 23-20480;__
__Texas A&M Queer Empowerment Council v. Mahomes, No. 25-20108__

Name of Court or Agency __U.S. Court of Appeals for the Fifth Circuit__
Status of Appeal (if any) __Woodlands Pride: opinion issued 11/06/2025; QEC: appeal stayed 5/27/2025__
Other Status (if not appealed) __n/a__

**NOTE:** Attach sheet to give further details.　　　　　　　　　　　DKT-5A REVISED January 2022

# ATTACHMENT

- National Coalition Against Censorship
- Dramatists Guild of America
- Comic Book Legal Defense Fund
- Fashion Law Institute
- Authors Guild
- Woodhull Freedom Foundation
- Freedom to Read Foundation
- American Booksellers Association
- Americans United for Separation of Church and State