No. 23-10994

**In the United States Court
of Appeals for the Fifth Circuit**

SPECTRUM WT; BARRETT BRIGHT; LAUREN STOVALL,
*Plaintiffs-Appellants*

v.

WALTER WENDLER, *et al.*,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of Texas in No. 2:23-CV-48,
Honorable Matthew Joseph Kacsmaryk, U.S. District Judge

**UNOPPOSED MOTION FOR LEAVE TO FILE EN BANC BRIEF OF
*AMICI CURIAE* NATIONAL COALITION AGAINST CENSORSHIP,
DRAMATISTS GUILD OF AMERICA, COMIC BOOK LEGAL DEFENSE
FUND, FASHION LAW INSTITUTE, AUTHORS GUILD, WOODHULL
FREEDOM FOUNDATION, FREEDOM TO READ FOUNDATION,
AMERICAN BOOKSELLERS ASSOCIATION, AND AMERICANS
UNITED FOR SEPARATION OF CHURCH AND STATE
IN SUPPORT OF APPELLANTS AND REVERSAL**

| | |
|---|---|
| Peter B. Steffensen | Thomas S. Leatherbury |
| SMU DEDMAN SCHOOL OF LAW | Thomas S. Leatherbury Law, PLLC |
| FIRST AMENDMENT CLINIC | Cumberland Hill School Building |
| P.O. Box 750116 | 1901 North Akard Street |
| Dallas, TX 75275-0116 | Dallas, TX 75201-2305 |
| (214) 768-4077 | (214) 213-5004 |
| psteffensen@smu.edu | tom@tsleatherburylaw.com |

*Attorneys for Amici Curiae*

# SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS

1. No. 23-10994, *Spectrum WT, et al. v. Walter Wendler, et al.*

2. The undersigned counsel of record certifies that—in addition to the persons and entities listed in Appellants' Certificate of Interested Persons and in the Certificates of Interested Persons of the other *Amici Curiae*—the following listed persons or entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made so that the judges of this Court may evaluate possible disqualification or recusal.

### *Amici Curiae*
National Coalition Against Censorship
Dramatists Guild of America
Comic Book Legal Defense Fund
Fashion Law Institute
Authors Guild
Woodhull Freedom Foundation
Freedom to Read Foundation
American Booksellers Association
Americans United for Separation of Church and State

### *Attorneys for Amici Curiae*
Peter B. Steffensen
SMU Dedman School of Law
First Amendment Clinic
P.O. Box 750116
Dallas, TX  75275-0116

Thomas S. Leatherbury
Thomas S. Leatherbury Law, PLLC
Cumberland Hill School Building
1901 North Akard Street
Dallas, TX 75201-2305

No publicly traded company has an ownership interest of 10% in the entities listed above.

Respectfully submitted,

*/s/ Peter B. Steffensen*
*Attorney of Record for Amici Curiae*

# UNOPPOSED MOTION FOR LEAVE OF AMICI CURIAE

Under Federal Rule of Appellate Procedure 29 and Fifth Circuit Rule 29.1, *Amici Curiae* National Coalition Against Censorship, Dramatists Guild of America, Comic Book Legal Defense Fund, Fashion Law Institute, Authors Guild, Woodhull Freedom Foundation, Freedom to Read Foundation, American Booksellers Association, and Americans United for Separation of Church and State request leave from this Court to file a brief supporting Appellants Spectrum WT, Barrett Bright, and Lauren Stovall, and reversal of the district court's order denying Appellants a preliminary injunction. The proposed brief of *Amici* is attached to this Motion as **Exhibit A**.

## I.   Interest of Amici Curiae

*Amici Curiae* are national organizations comprised of literary, artistic, religious, educational, professional labor, and civil liberties groups. Each has a specialized interest in defending all forms of artistic and political expression, such as the drag show at the heart of this case. The Court's resolution of this matter could have a substantial impact on *Amici* and their members. *Amici* are therefore interested in informing this Court about the legal safeguards that should apply to protect drag performers and performances from censorship and reprisal, especially on public university campuses.

## II. Desirability and Relevance of Proposed Brief

The submission of this brief is "desirable" and the matters it addresses are "relevant to the disposition of the case." *See* Fed. R. App. P. 29(a)(3)(B). This brief will further inform the Court about a critical First Amendment issue that neither the District Court nor the panel here addressed: prior restraint. While Appellants' supplemental en banc brief touches on this issue, they also discuss numerous other matters and arguments. *Amici Curiae*, by comparison, have the advantage of devoting its entire proposed brief to the issue of prior restraint, allowing it to explore the issue more deeply and to raise for the Court's consideration additional points and authorities.

For these reasons, *Amici Curiae* respectfully request that the Court grant leave to file the attached brief in support of Plaintiffs-Appellants and reversal.

Dated: December 1, 2025								Respectfully submitted,

								/s/ *Peter B. Steffensen*
Thomas S. Leatherbury						Peter Steffensen
Thomas S. Leatherbury Law, PLLC			SMU DEDMAN SCHOOL OF LAW
Cumberland Hill School Building				FIRST AMENDMENT CLINIC
1901 North Akard Street						P.O. Box 750116
Dallas, TX 75201-2305						Dallas, Texas 75275-0116
(214) 213-5004								(214) 768-4077
tom@tsleatherburylaw.com					psteffensen@smu.edu

								*Attorneys for Amici Curiae*

## CERTIFICATE OF CONFERENCE

Pursuant to 5th Cir. R. 27.4, on November 25, 2025, Counsel for *Amici Curiae* conferred with Counsel for Appellants and Counsel for Appellees concerning the filing of their proposed brief. In response, Counsel for Appellants and Counsel for Appellees confirmed that neither opposes the filing of the proposed brief of *Amici Curiae*.

*/s/ Peter B. Steffensen*
*Attorney of Record for Amici Curiae*

**CERTIFICATE OF SERVICE**

I certify that on December 1, 2025, I caused a true and accurate copy of the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit through the CM/ECF system. I certify that the participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Peter B. Steffensen*
*Attorney of Record for Amici Curiae*

## CERTIFICATIONS UNDER ECF FILING STANDARDS

Pursuant to paragraph A(6) of this Court's ECF Filing Standards, I hereby certify that (1) any required privacy redactions have been made, 5th Cir. R. 25.2.13; and (2) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.

*/s/ Peter B. Steffensen*
*Attorney of Record for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

I hereby certify that:

1. This motion complies with the type-volume limitations of Federal Rules of Appellate Procedure 27(d)(2)(A) because it contains 331 words, as determined by the word-count function of Microsoft Word, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

2. This motion complies with the type-face requirements and type-style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) and Fifth Circuit Rules 32.1 and 32.2 because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

*/s/ Peter B. Steffensen*
*Attorney of Record for Amici Curiae*
