No. 23-10994

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**SPECTRUM WT; BARRETT BRIGHT; LAUREN STOVALL,**

*Plaintiffs-Appellants*

v.

**WALTER WENDLER; DR. CHRISTOPHER THOMAS; JOHN SHARP; ROBERT L. ALBRITTON; JAMES R. BROOKS; JAY GRAHAM; TIM LEACH; BILL MAHOMES; ELAINE MENDOZA; MICHAEL J. PLANK; CLIFF THOMAS; DEMETRIUS L. HARRELL, JR.; MICHAEL A. HERNANDEZ, III,**

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of Texas,
No. 2:23-CV-48

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* FIRST AMENDMENT LAWYERS ASSOCIATION
IN SUPPORT OF PLAINTIFFS-APPELLANTS**

Laura Lee Prather
Catherine L. Robb
Michael J. Lambert
**HAYNES BOONE, LLP**
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Telephone: (512) 867-8400
laura.prather@haynesboone.com
catherine.robb@haynesboone.com
michael.lambert@haynesboone.com

***Attorneys for Amicus Curiae First Amendment Lawyers Association***

## SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS

Number and Style of Case: No. 2:23-CV-48, No. 23-10994; *Spectrum WT, Barrett Bright, Lauren Stovall* v. *Walter Wendler, Dr. Christopher Thomas, John Sharp, Robert L. Albritton, James R. Brooks, Jay Graham, Tim Leach, Bill Mahomes, Elaine Mendoza, Michael J. Plank, Cliff Thomas, Demetrius L. Harrell, Jr., Michael A. Hernandez, III.*

Pursuit to Fifth Circuit Rules 28.2.1 and 29.2, the undersigned counsel certifies that, in addition to the persons and entities listed in the parties' briefs, the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

**Amicus Curiae**

First Amendment Lawyers Association

**Counsel for Amicus Curiae**

Laura Lee Prather, Haynes Boone, LLP
Catherine L. Robb, Haynes Boone, LLP
Michael J. Lambert, Haynes Boone, LLP

Dated: December 1, 2025

                                       /s/ Michael J. Lambert
                                       Michael J. Lambert

                                       ***Attorney of record for Amicus Curiae First Amendment Lawyers Association***

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. App. P. 26.1(a), the undersigned counsel certifies that The First Amendment Lawyers Association is a non-profit association. It has no parent corporation or publicly held corporation that owns 10 percent or more of its stock.

Dated: December 1, 2025

                                       */s/ Michael J. Lambert*
                                       Michael J. Lambert

                                       ***Attorney of record for Amicus Curiae First Amendment Lawyers Association***

## INTRODUCTION

*Amicus curiae* The First Amendment Lawyers Association moves this Court for leave to file an Amicus Brief in support of Plaintiffs-Appellants. *See* FED. R. APP. P. 29. A copy of the Amicus Brief is attached to this Motion.

## IDENTITY AND INTEREST OF *AMICUS CURIAE*

The First Amendment Lawyers Association (FALA) is a non-profit, nationwide association of attorneys devoted to protecting free expression under the First Amendment and who represent businesses and individuals engaged in constitutionally protected expression. For more than a half-century, FALA's members have advocated against all forms of government censorship in courts throughout the United States, Canada, and elsewhere.

FALA members have briefed and argued dozens of landmark free speech cases before the U.S. Supreme Court and thousands of cases before federal appellate courts. *See, e.g., Ashcroft v. Free Speech Coal., Inc.*, 535 U.S. 234 (2002); *United States v. Playboy Entm't Grp., Inc.*, 529 U.S. 803 (2000). FALA has a tradition of submitting amicus briefs in courts throughout the country, including to the U.S. Supreme Court, on First Amendment issues. *See, e.g., Masterpiece Cakeshop v. Colorado C.R. Comm'n*, 584 U.S. 617 (2018); *Susan B. Anthony List v. Driehaus*, 573 U.S. 149 (2014); *City of Littleton v. Z.J. Gifts D-4, LLC*, 541 U.S. 774 (2004); *United States v. 12,200-ft Reels of Super 8mm Film*, 409 U.S. 909 (1972).

Given its objectives and membership, FALA has a substantial interest in ensuring that U.S. policies involving the rights of free expression are properly developed and applied. This is particularly true in cases, like this one, in which government officials are prohibiting disfavored speech and attempting to distort the marketplace of ideas.

## AUTHORITY TO FILE BRIEF OF *AMICUS CURIAE*

Fed. R. App. P. 29(a) states that an amicus brief may be filed without leave of court if all parties have consented to its filing. Pursuant to that rule, Counsel for FALA conferred with counsel for Plaintiffs-Appellants and counsel for Defendants-Appellees about FALA filing an Amicus Brief. Plaintiffs-Appellants have consented to the filing of an Amicus Brief, and Defendants-Appellees do not oppose the filing of an Amicus Brief.

FALA seeks leave to file the Amicus Brief to ensure timely filing. Fed. R. App. P. 29(a) and 5th Cir. R. 29 contemplate the filing of amicus briefs where the participation of amici is "desirable and [when] the matters asserted are relevant to the disposition of the case." FALA's Amicus Brief is desirable because it concerns critical issues of First Amendment law, which is FALA's area of expertise. The Amicus Brief discusses the nation's history of defending disfavored speech, the consequences of this case on the marketplace of ideas and right to receive information, and the importance of protecting free expression in schools and

universities. The Amicus Brief is thus relevant and helpful to the Court's consideration of this case.

WHEREFORE, FALA respectfully requests leave to file an Amicus Brief in support of Plaintiffs-Appellants.

Dated: December 1, 2025

Respectfully submitted,

/s/ *Michael J. Lambert*
Laura Lee Prather
State Bar No. 16234200
laura.prather@haynesboone.com
Catherine L. Robb
State Bar No. 24007924
catherine.robb@haynesboone.com
Michael J. Lambert
State Bar No. 24128020
michael.lambert@haynesboone.com
HAYNES BOONE, LLP
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Telephone: (512) 867-8400

***Attorneys for Amicus Curiae First Amendment Lawyers Association***

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2025, a copy of the above document has been served on counsel for all parties to this proceeding through the court's electronic filing system.

Dated: December 1, 2025

>   */s/ Michael J. Lambert*
>   Michael J. Lambert
>
>   ***Attorney of record for Amicus Curiae First Amendment Lawyers Association***

## **CERTIFICATE OF CONFERENCE**

Pursuant to 5th Cir. R. 27.4, counsel for *Amicus Curiae* conferred with counsel for Plaintiffs-Appellants and counsel for Defendants-Appellees concerning this Motion. Plaintiffs-Appellants consent to this motion and the filing of an Amicus Brief, and Defendants-Appellees do not oppose this motion or the filing of an Amicus Brief.

Dated: December 1, 2025

*/s/ Michael J. Lambert*
Michael J. Lambert

***Attorney of record for Amicus Curiae First Amendment Lawyers Association***

## **CERTIFICATE UNDER ECF FILING STANDARDS**

Pursuant to paragraph A(6) of this Court's ECF Filing Standards, I hereby certify that (1) any required privacy redactions have been made, 5th Cir. R. 25.2.13; and (2) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.

Dated: December 1, 2025

> */s/ Michael J. Lambert*
> Michael J. Lambert
>
> ***Attorney of record for Amicus Curiae First Amendment Lawyers Association***

## **CERTIFICATE OF COMPLIANCE**

1. This Motion complies with the word limit of FED. R. APP. P. 27(d)(2)(A) because, excluding the parts of the document exempted by FED. R. APP. P. 32(f) and Fifth Circuit Rule 32.2, it contains 480 words.

2. This Motion complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type-style requirements of FED. R. APP. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font for text and footnotes.

Dated: December 1, 2025

*/s/ Michael J. Lambert*
Michael J. Lambert

***Attorney of record for Amicus Curiae First Amendment Lawyers Association***