No. 23-10994

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

SPECTRUM WT; BARRETT BRIGHT; LAUREN STOVEALL

*Plaintiffs-Appellants,*

*v.*

WALTER WENDLER; DR. CHRISTOPHER THOMAS; JOHN SHARP; ROBERT L. ALBRITTON; JAMES R. BROOKS; JAY GRAHAM; TIM LEACH; BILL MAHOMES; ELAINE MENDOZA; MICHAEL J. PLANK; CLIFF THOMAS; DEMETRIUS L. HARRELL, JR.; MICHAEL A. HERNANDEZ, III,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of Texas, Amarillo Division
Case No. 2:23-cv-00048

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF EUGENE VOLOKH AND DALE CARPENTER AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLANTS**

EUGENE VOLOKH
UCLA School of Law
385 Charles E. Young Dr. E
Los Angeles, CA 90095
Tel: (310) 206-3926
volokh@law.ucla.edu

THOMAS A. BERRY
Cato Institute
1000 Mass. Ave., N.W.
Washington, DC 20001
tberry@cato.org

DALE CARPENTER
SMU Dedman School of Law
3315 Daniel Ave.
Dallas, TX 75206
Tel: (214) 768-2638
dacarpenter@smu.edu

JOSHUA J. BENNETT
*Counsel of Record*
Baker & Hostetler LLP
2850 N. Harwood, Ste. 1100
Dallas, TX 75206
Tel: (214) 210-1166
jjbennett@bakerlaw.com

*Counsel for Proposed Amici*

# SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that—in addition to the persons and entities listed in Appellants' Certificate of Interested Persons (and any supplement) and in the Certificates of Interested Persons of any other amici curiae—the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made so that the judges of this court may evaluate possible disqualification or recusal.

1. **Amici Curiae**
   Prof. Eugene Volokh
   Prof. Dale Carpenter
   The Cato Institute

2. **Attorneys for Amici Curiae**
   Eugene Volokh
   Counsel of Record
   UCLA School of Law
   385 Charles E. Young Dr. E
   Los Angeles, CA 90095
   Tel: (310) 206-3926
   volokh@law.ucla.edu

   Dale Carpenter
   SMU Dedman School of Law
   3315 Daniel Ave.
   Dallas, TX 75206
   Tel: (214) 768-2638
   dacarpenter@smu.edu

   Thomas A. Berry
   Cato Institute
   1000 Mass. Ave., N.W.
   Washington, DC 20001
   tberry@cato.org

>Joshua J. Bennett
>Baker & Hostetler LLP
>2850 N. Harwood, Ste. 1100
>Dallas, TX 75206
>Tel: (214) 210-1166
>jjbennett@bakerlaw.com

No publicly traded company has an ownership interest of 10% in any entity listed above.

/s/ Joshua J. Bennett
EUGENE VOLOKH
DALE CARPENTER
THOMAS A. BERRY
JOSHUA J. BENNETT

## UNOPPOSED MOTION FOR LEAVE OF AMICI CURIAE

Under Federal Rule of Appellate Procedure 29(b) and Fifth Circuit Rule 29.1, Professor Eugene Volokh, Professor Dale Carpenter, and the Cato Institute seek leave to file a brief as amicus curiae supporting Appellants and urging the court to affirm the panel majority's opinion.

## INTEREST OF *AMICI CURIAE*

*Amicus Curiae* Eugene Volokh is the Thomas M. Siebel Senior Fellow at the Hoover Institution at Stanford University and the Gary T. Schwartz Distinguished Professor of Law Emeritus at UCLA School of Law. He is the author of over 50 law review articles on the First Amendment, and of the casebook *The First Amendment and Related Statutes* (8th ed. 2023). He has extensively studied and written about, among many other First Amendment topics, content-based restrictions on speech.

*Amicus Curiae* Dale Carpenter is the Judge William Hawley Atwell Chair of Constitutional Law, Altshuler Distinguished Teaching Professor, and Professor of Law at Southern Methodist University Dedman School of Law. A nationally recognized expert in constitutional law, the First Amendment, and LGBT rights, Professor Carpenter regularly teaches courses and publishes in these areas. He has an interest in the reasoned and consistent application of First Amendment doctrine and has often participated as *amicus curiae* to that end. *See, e.g.*, Amicus

Brief, *Book People, Inc. v. Wong*, No. 23-50668 (5th Cir. Nov. 18, 2023); Amicus Brief, *303 Creative LLC v. Elenis*, No. 21-476 (U.S. May 31, 2022).

*Amicus Curiae* The Cato Institute is a nonpartisan public policy research foundation founded in 1977 and dedicated to advancing the principles of individual liberty, free markets, and limited government. Cato's Robert A. Levy Center for Constitutional Studies was established in 1989 to help restore the principles of limited constitutional government that are the foundation of liberty. Toward those ends, Cato publishes books and studies, conducts conferences, and produces the annual *Cato Supreme Court Review*.

## DESIREABILITY AND RELEVANCE OF THE PROPOSED BRIEF

Amici's brief is "desirable" and "relevant to the disposition of the case" as Rule 29 requires. Fed. R. App. P. 29(a)(3)(B), (b)(3). The brief explains why the panel majority correctly reversed the district court's decision below: because the canceled drag show was speech protected by the First Amendment, the government engaged in impermissible viewpoint discrimination when it based the drag show's cancelation on the show's "objectionable message" (alleged sexism). The brief further shows why the panel dissent's invocation of the Supreme Court's decision in *Christian Legal Society v. Martinez*, 561 U.S. 661 (2010) ("*CLS*"), which centered on content- and viewpoint-neutral university policies, does not justify the kind of viewpoint discrimination apparent in the record.

# DISCLOSURE

No counsel for a party authored the proposed brief in whole or part. No person, other than *amici* (their members or their counsel) contributed money intended to fund the preparation or submission of this brief. All parties have either consented or are unopposed to the filing of this brief. The brief is also timely filed by the deadline the court established.

Accordingly, given their interest in this case, the prospective amici respectfully request that they be granted leave to file the proposed brief.

Date: December 1, 2025

Respectfully submitted,

/s/ *Joshua J. Bennett*
EUGENE VOLOKH
UCLA School of Law
385 Charles E. Young Dr. E
Los Angeles, CA 90095
Tel: (310) 206-3926
volokh@law.ucla.edu

DALE CARPENTER
SMU Dedman School of Law
3315 Daniel Ave.
Dallas, TX 75206
Tel: (214) 768-2638
dacarpenter@mail.smu.edu

THOMAS A. BERRY
Cato Institute
1000 Mass. Ave., N.W.
Washington, DC 20001
tberry@cato.org

JOSHUA J. BENNETT
Baker & Hostetler LLP
2850 N. Harwood, Ste. 1100
Dallas, TX 75206
Tel: (214) 210-1166
jjbennett@bakerlaw.com
*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, an electronic copy of the foregoing was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and that service will be accomplished by the appellate CM/ECF system.

/s/ Joshua J. Bennett
JOSHUA J. BENNETT

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Amici Curiae conferred with Counsel for Appellants and Counsel for Appellees concerning the relief sought in this motion. Appellants consent to the appearance of Amici Curiae, and Counsel for Appellees stated that Appellees are unopposed to the Motion.

/s/ Joshua J. Bennett
JOSHUA J. BENNETT

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation of Fed. R. App. P. 29(a) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 516 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

*/s/ Joshua J. Bennett*
JOSHUA J. BENNETT

## CERTIFICATIONS UNDER ECF FILING STANDARDS

Pursuant to paragraph A(6) of this Court's ECF Filing Standards, I hereby certify that (1) any required privacy redactions have been made, 5th Cir. R. 25.2.13; and (2) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.

/s/ Joshua J. Bennett
JOSHUA J. BENNETT
