# No. 23-10994

## IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

SPECTRUM WT; BARRETT BRIGHT; LAUREN STOVALL,
*Plaintiffs-Appellants,*

v.

WALTER WENDLER; DR. CHRISTOPHER THOMAS; JOHN SHARP; ROBERT L. ALBRITTON; JAMES R. BROOKS; JAY GRAHAM; TIM LEACH; BILL MAHOMES; ELAINE MENDOZA; MICHAEL J. PLANK; CLIFF THOMAS; DEMETRIUS L. HARRELL, JR.; MICHAEL A. HERNANDEZ, III,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of Texas in No. 2:23-cv-48,
Hon. Matthew J. Kascmaryk, U.S. District Judge

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF THE AMERICAN CIVIL LIBERTIES UNION OF TEXAS AND EQUALITY TEXAS AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS-APPELLANTS

*Counsel for* Amici Curiae

Brian Klosterboer
Chloe Kempf
Charelle Lett
Thomas Buser-Clancy
Adriana Piñon
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF TEXAS
P.O. Box 8306
Houston, TX 77288
bklosterboer@aclutx.org

# CERTIFICATE OF INTERESTED PERSONS

**Case Number and Style**: 23-10994, *Spectrum WT, et al. v. Wendler, et al.*

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

## 1. Plaintiffs-Appellants

Spectrum WT
Barrett Bright
Lauren Stovall

## 2. Counsel for Plaintiffs-Appellants

JT Morris
Conor T. Fitzpatrick
Foundation for Individual Rights and Expression
700 Pennsylvania Ave. SE, Suite 340
Washington, D.C. 20003

Adam B. Steinbaugh
Sara Berinhout
Jeffrey D. Zeman
Foundation for Individual Rights and Expression
510 Walnut St., Suite 1250
Philadelphia, PA 19106

## 3. Defendants-Appellees

Dr. Walter Wendler
Dr. Christopher Thomas
John Sharp
Glenn Hegar
Robert L. Albritton
James R. Brooks

2

Jay Graham
Michael A. Hernandez, III
Tim Leach
Bill Mahomes
Elaine Mendoza
Michael J. Plank
Cliff Thomas
Demetrius L. Harrell, Jr.

## 4. Counsel for Defendants-Appellees

William R. Peterson
William F. Cole
Monroe David Bryant, Jr.
Zachary Berg
Munera Al-Fuhaid
Jacob C. Beach
Office of the Attorney General of Texas
P.O. Box 12548
Capitol Station
Austin, TX 78711

Allison Marie Collins
Foster Swift Collins & Smith PC
313 South Washington Square
Lansing, MI 48933

## 5. Other Interested Parties

West Texas A&M University
Texas A&M University System

## 6. Amici Curiae

American Civil Liberties Union of Texas
Equality Texas

## 7. Counsel of Amici Curiae

Brian Klosterboer

3

Chloe Kempf
Charelle Lett
Thomas Buser-Clancy
Adriana Piñon
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF TEXAS
P.O. Box 8306
Houston, TX 77288

    Respectfully,

    */s/ Brian Klosterboer*
    Brian Klosterboer
    *Counsel of Record for*
    Amicus Curiae
    AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF TEXAS

## MOTION FOR LEAVE

Pursuant to Rule 29(a) of the Federal Rules of Appellate Procedure, Amici Curiae the American Civil Liberties Union of Texas ("ACLU of Texas") and Equality Texas hereby move the Court for leave to file a brief as Amici Curiae in support of Plaintiffs-Appellants. The proposed brief of Amici is attached to this Motion as **Exhibit A**.

The American Civil Liberties Union of Texas ("ACLU of Texas") is a nonpartisan, nonprofit organization with thousands of members and supporters across the State. Equality Texas engages, educates and undertakes policy advocacy to secure full equality for LGBTQIA+ Texans. *See* Exhibit A.

This amicus brief is desirable and will aid the Court in resolving matters relevant to this case because it concerns the proper scope and legal standards under the First Amendment, and the history, context, and messages of drag performances. Because these issues are central to this appeal and fall within Amici's areas of expertise, this brief will assist the Court in fully and carefully resolving these issues, consistent with Fifth Circuit Rule 29.2.

For these reasons, Amici Curiae respectfully request that the Court grant leave to file the attached Amicus brief in support of Plaintiffs-Appellants.

DATED: December 1, 2025

Respectfully submitted,

*/s/ Brian Klosterboer*
Brian Klosterboer
Chloe Kempf
Charelle Lett
Thomas Buser-Clancy
Adriana Piñon

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF TEXAS
P.O. Box 8306
Houston, TX 77288
(346) 299-6811
bklosterboer@aclutx.org
ckempf@aclutx.org
clett@aclutx.org
bklosterboer@aclutx.org
tbuser-clancy@aclutx.org
apinon@aclutx.org

## CERTIFICATE OF CONFERENCE

Pursuant to 5th Cir. R. 27.4, I certify that I conferred with counsel for the parties regarding the relief requested in this motion. On November 24, 2025, counsel for Plaintiffs-Appellants and Defendants-Appellees informed me that they do not oppose the instant motion for leave to file an Amicus brief in support of Plaintiffs-Appellants.

/s/ Brian Klosterboer
Brian Klosterboer
*Counsel of Record for*
Amicus Curiae
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2025, a true and correct copy of the foregoing was filed electronically using the CM/ECF system, which served counsel for the parties.

*/s/ Brian Klosterboer*
Brian Klosterboer

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 193 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Georgia font.

*/s/ Brian Klosterboer*
Brian Klosterboer

## CERTIFICATIONS UNDER ECF FILING STANDARDS

Pursuant to paragraph A(6) of this Court's ECF Filing Standards, I hereby certify that (1) any required privacy redactions have been made, 5th Cir. R. 25.2.13; and (2) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.

*/s/ Brian Klosterboer*
Brian Klosterboer
