# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 3, 2025
Lyle W. Cayce
Clerk

No. 23-10994

Spectrum WT; Barrett Bright; Lauren Stovall,

*Plaintiffs—Appellants*,

*versus*

Walter Wendler; Dr. Christopher Thomas; John Sharp; Robert L. Albritton; James R. Brooks; Jay Graham; Tim Leach; Bill Mahomes; Elaine Mendoza; Michael J. Plank; Cliff Thomas; Demetrius L. Harrell, Jr.; Michael A. Hernandez, III,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CV-48

ORDER:

    IT IS ORDERED that the unopposed motion of National Coalition Against Censorship, Dramatists Guild of America, Comic Book Legal Defense Fund, Fashion Law Institute, Authors Guild, Woodhull Freedom Foundation, Freedom to Read Foundation, American Booksellers Association and Americans United for Separation of Church and State to file amici curiae brief is GRANTED.

No. 23-10994

IT IS FURTHER ORDERED that the unopposed motion of First Amendment Lawyers Association to file amicus brief is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of Eugene Volokh, Dale Carpenter and Cato Institute to file amici brief is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of American Civil Liberties Union of Texas and Equality Texas to file amici brief is GRANTED.

/s/ Jennifer W. Elrod
Jennifer Walker Elrod
*Chief Judge*