# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 03, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10994   Spectrum WT v. Wendler
                    USDC No. 2:23-CV-48

Enclosed is an order entered in this case.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Lisa E. Ferrara, Deputy Clerk
                    504-310-7675

Mr. Jacob C. Beach
Mr. Joshua J. Bennett
Mr. Zachary Berg
Ms. Sara Berinhout
Mr. Monroe David Bryant Jr.
Mr. William Francis Cole
Mrs. Allison Marie Collins
Mr. Conor T. Fitzpatrick
Mr. Samuel Troxell Grover
Mr. Brian Klosterboer
Mr. Michael Lambert
Mr. Thomas S. Leatherbury
Mr. JT Morris
Mr. William R. Peterson
Mr. Martin Jonathan Siegel
Mr. Peter Steffensen
Mr. Adam Steinbaugh
Mr. Jeffrey Daniel Zeman