# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 03, 2025

Mr. Peter Steffensen
Southern Methodist University
Dedman School of Law
3315 Daniel Avenue
P.O. Box 750116
Dallas, TX 75275

    No. 23-10994    Spectrum WT v. Wendler
                          USDC No. 2:23-CV-48

Dear Mr. Steffensen,

You must submit the 22 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Lisa E. Ferrara, Deputy Clerk
                        504-310-7675

cc:
    Mr. Jacob C. Beach
    Mr. Joshua J. Bennett
    Mr. Zachary Berg
    Ms. Sara Berinhout
    Mr. Monroe David Bryant Jr.
    Mr. William Francis Cole
    Mrs. Allison Marie Collins
    Mr. Conor T. Fitzpatrick
    Mr. Samuel Troxell Grover
    Mr. Brian Klosterboer
    Mr. Michael Lambert
    Mr. Thomas S. Leatherbury
    Mr. JT Morris
    Mr. William R. Peterson
    Mr. Martin Jonathan Siegel
    Mr. Adam Steinbaugh
    Mr. Jeffrey Daniel Zeman