# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 03, 2025

Mr. Joshua J. Bennett
Baker & Hostetler, L.L.P.
2850 N. Harwood Street
Suite 1100
Dallas, TX 75201-2644

　　No. 23-10994　　Spectrum WT v. Wendler
　　　　　　　　　　USDC No. 2:23-CV-48

Dear Mr. Bennett,

You must submit the 22 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Lisa E. Ferrara, Deputy Clerk
　　　　　　　　　　　　　　　　504-310-7675

cc:
　　Mr. Jacob C. Beach
　　Mr. Zachary Berg
　　Ms. Sara Berinhout
　　Mr. Monroe David Bryant Jr.
　　Mr. William Francis Cole
　　Mrs. Allison Marie Collins
　　Mr. Conor T. Fitzpatrick
　　Mr. Samuel Troxell Grover
　　Mr. Brian Klosterboer
　　Mr. Michael Lambert
　　Mr. Thomas S. Leatherbury
　　Mr. JT Morris
　　Mr. William R. Peterson
　　Mr. Martin Jonathan Siegel
　　Mr. Peter Steffensen
　　Mr. Adam Steinbaugh
　　Mr. Jeffrey Daniel Zeman