# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 5, 2025
Lyle W. Cayce
Clerk

No. 23-10994

SPECTRUM WT; BARRETT BRIGHT; LAUREN STOVALL,

*Plaintiffs—Appellants*,

*versus*

WALTER WENDLER; DR. CHRISTOPHER THOMAS; JOHN SHARP; ROBERT L. ALBRITTON; JAMES R. BROOKS; JAY GRAHAM; TIM LEACH; BILL MAHOMES; ELAINE MENDOZA; MICHAEL J. PLANK; CLIFF THOMAS; DEMETRIUS L. HARRELL, JR.; MICHAEL A. HERNANDEZ, III,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CV-48

ORDER:

 IT IS ORDERED that the unopposed motion of Professors Specializing in LGBT+ Studies, LGBT+ Legal Issues, and the History of Drag to file amici curiae brief is GRANTED.

       /s/ Jennifer W. Elrod
       JENNIFER WALKER ELROD
       *Chief Judge*