# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 05, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-10994    Spectrum WT v. Wendler
                USDC No. 2:23-CV-48

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Mr. Jacob C. Beach
Mr. Joshua J. Bennett
Mr. Zachary Berg
Ms. Sara Berinhout
Mr. Monroe David Bryant Jr.
Mr. William Francis Cole
Mrs. Allison Marie Collins
Mr. Conor T. Fitzpatrick
Mr. Samuel Troxell Grover
Mr. Brian Klosterboer
Mr. Michael Lambert
Mr. Thomas S. Leatherbury
Mr. JT Morris
Mr. William R. Peterson
Ms. Laura Lee Prather
Ms. Catherine Lewis Robb
Mr. Martin Jonathan Siegel
Mr. Peter Steffensen
Mr. Adam Steinbaugh
Mr. Jeffrey Daniel Zeman