# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 12, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Amarillo
United States District Court
205 E. 5th Street
Room F-13240
Amarillo, TX 79101

No. 23-10994 Spectrum WT v. Wendler
USDC No. 2:23-CV-48

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate as to parties Barrett Bright, Lauren Stoval, John Sharp, Robert L. Albritton, James R. Brooks, Jay Graham, Tim Leach, Bill Mahomes, Elaine Mendoza, Michael J. Plank, Cliff Thomas, Demetrius L. Harrell, Jr., and Michael A. Hernandez, III ONLY.

The appeal remains open as to appellant Spectrum WT and appellees Walter Wendler and Dr. Christopher Thomas.

Sincerely,

LYLE W. CAYCE, Clerk

By: Lisa E. Ferrara
Lisa E. Ferrara, Deputy Clerk
504-310-7675

cc w/encl:
- Mr. Jacob C. Beach
- Mr. Joshua J. Bennett
- Mr. Zachary Berg
- Ms. Sara Berinhout
- Mr. Monroe David Bryant Jr.
- Mr. William Francis Cole
- Mrs. Allison Marie Collins
- Mr. Conor T. Fitzpatrick
- Mr. Samuel Troxell Grover
- Mr. Brian Klosterboer
- Mr. Michael Lambert
- Mr. Thomas S. Leatherbury

Mr. JT Morris
Mr. William R. Peterson
Ms. Laura Lee Prather
Ms. Catherine Lewis Robb
Mr. Martin Jonathan Siegel
Mr. Peter Steffensen
Mr. Adam Steinbaugh
Mr. Jeffrey Daniel Zeman

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

___________

Case No. 23-10994

___________

Spectrum WT,

Plaintiff - Appellant

v.

Walter Wendler; Dr. Christopher Thomas,

Defendants - Appellees