United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 12, 2025
Lyle W. Cayce
Clerk

No. 23-10994

Spectrum WT; Barrett Bright; Lauren Stovall,

*Plaintiffs—Appellants,*

versus

Walter Wendler; Dr. Christopher Thomas; John Sharp; Robert L. Albritton; James R. Brooks; Jay Graham; Tim Leach; Bill Mahomes; Elaine Mendoza; Michael J. Plank; Cliff Thomas; Demetrius L. Harrell, Jr.; Michael A. Hernandez, III,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CV-48

ORDER:

IT IS ORDERED that Appellants' unopposed motion for partial dismissal of parties Barrett Bright, Lauren Stoval, John Sharp, Robert L. Albritton, James R. Brooks, Jay Graham, Tim Leach, Bill Mahomes, Elaine Mendoza, Michael J. Plank, Cliff Thomas, Demetrius L. Harrell, Jr., and Michael A. Hernandez, III ONLY is GRANTED.

/s/ Jennifer W. Elrod
JENNIFER WALKER ELROD
*Chief Judge*