KEN PAXTON
ATTORNEY GENERAL OF TEXAS

JACOB C. BEACH
Assistant Solicitor General

(512) 936-2725
Jacob.Beach@oag.texas.gov

December 29, 2025

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit

**Re:** ***Spectrum WT v Wendler*, 23-10994**

Dear Mr. Cayce:

I am writing to advise the Court of my withdrawal as counsel for Appellee Walter Wendler in the above-referenced case, as I am leaving my employment with the Office of the Attorney General. William R. Peterson will remain lead counsel for Appellee.

Respectfully submitted.

/s/ Jacob C. Beach
JACOB C. BEACH
Assistant Solicitor General
State Bar No. 24116083

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1700

cc: All counsel of record (via CM/ECF)