NO. 23-10994

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

SPECTRUM WT,

*Plaintiff-Appellant*,

v.

WALTER WENDLER, *et al.*,

*Defendants-Appellees*.

# UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS-APPELLEES' SUPPLEMENTAL EN BANC BRIEF

On Appeal from the United States District Court for the
Northern District of Texas, Amarillo Division,
Civil Action No. 2:23-CV-48
Hon. Matthew J. Kacsmaryk Presiding

| | |
|---|---|
| JT Morris | Adam Steinbaugh |
| *Counsel of Record* | Jeffery D. Zeman |
| Conor T. Fitzpatrick | Sara Berinhout |
| FOUNDATION FOR INDIVIDUAL | FOUNDATION FOR INDIVIDUAL |
| RIGHTS AND EXPRESSION | RIGHTS AND EXPRESSION |
| 700 Pennsylvania Ave. SE, Suite 340 | 510 Walnut St., Suite 900 |
| Washington, D.C. 20003 | Philadelphia, PA 19106 |
| Tel: (215) 717-3473 | Tel: (215) 717-3473 |
| jt.morris@thefire.org | adam@thefire.org |
| conor.fitzpatrick@thefire.org | jeff.zeman@thefire.org |
| | sara.berinhout@thefire.org |

*Attorneys for Plaintiff-Appellant*

# CERTIFICATE OF INTERESTED PARTIES

The cause number and style of the case is *Spectrum WT v. Wendler* (USDC Civil No. 2:23-CV-48, Northern District of Texas).

Counsel of record certifies that the following listed persons or entities described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made so the judges of this Court may evaluate possible disqualification or recusal.

**Plaintiff-Appellant**
Spectrum WT

**Attorneys for Plaintiff-Appellant**
JT Morris
Conor T. Fitzpatrick
Foundation for Individual Rights and Expression
700 Pennsylvania Ave. SE, Suite 340
Washington, D.C. 20003

Adam Steinbaugh
Sara Berinhout
Jeffrey Daniel Zeman
Foundation for Individual Rights and Expression
510 Walnut St., Suite 900
Philadelphia, PA 19106

**Defendants-Appellees**
Dr. Walter Wendler
Dr. Christopher Thomas[1]

**Attorneys for Defendants-Appellees**
William R. Peterson
William F. Cole
Monroe David Bryant, Jr.
Zachary Berg
Munera Al-Fuhaid
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711

Allison Marie Collins
Foster Swift Collins & Smith PC
313 South Washington Square
Lansing, MI 48933

**Former Parties and Other Interested Parties**
Barrett Bright
Lauren Stovall
John Sharp
Glenn Hegar
Robert L. Albritton
James R. Brooks
Jay Graham
Michael A. Hernandez, III
Tim Leach
Bill Mahomes
Elaine Mendoza
Michael J. Plank
Cliff Thomas
Demetrius L. Harrell, Jr.

---

[1] On December 30, 2025, the parties stipulated in the district court to dismiss Spectrum WT's claims against Defendant Thomas. *Spectrum WT v. Wendler*, No. 2:23-cv-00048, ECF No. 142 (N.D. Tex. Dec. 30, 2025). Spectrum WT's claims against Defendant Wendler remain pending in the district court. *Id.*

West Texas A&M University
Texas A&M University System

        Respectfully,

        <u>/s/ JT Morris</u>
        JT Morris
        *Counsel of Record for Plaintiff-Appellant*
        *Spectrum WT*

West Texas A&M University
Texas A&M University System

        Respectfully,

        <u>/s/ JT Morris</u>
        JT Morris
        *Counsel of Record for Plaintiff-Appellant*
        *Spectrum WT*

Plaintiff-Appellant Spectrum WT respectfully moves for leave to a file a reply to Defendants-Appellants' supplemental en banc brief filed on December 22, 2025 (ECF No. 303). Although the Court's scheduling order of October 27, 2025 (ECF No. 207-1), does not provide for a reply, Spectrum WT believes that a reply is warranted and would be helpful to the en banc Court's consideration of this case. The Federal Rules of Appellate Procedure also generally give parties seeking relief an opportunity to reply to any opposition to the relief being sought. *See, e.g.*, Fed. R. App. P. 27(a)(4), 28(c).

Counsel for Spectrum WT has conferred with counsel for Defendants, who indicated Defendants do not oppose this motion.

Spectrum WT intends to address the following issues in their proposed reply brief of 2,951 words, which is attached to this motion:

- A response to Defendants' arguments over the legal test for when the First Amendment protects expressive conduct. Defs. Br. 17.

- A response to Defendants' claim that Defendant Wendler's general "support" for Spectrum WT's goodwill toward the LGBTQ+ community renders his ban on campus drag shows non-viewpoint discriminatory. Defs. Br. 42.

- A response to Defendants' claim that they are not targeting expression, but only non-expressive conduct. Defs. Br. 43.

1

- A response to Defendants' claim that a blanket ban on a genre of protected expression is "reasonable." Defs. Br. 45.

- A response to Defendants' arguments over why West Texas A&M's Facility Use Request Procedure and its reservation system render Legacy Hall a limited public forum. Defs. Br. 30–31.

- A response to Defendants' argument that factors like the "educational environment" and the "expertise and experience of school administrators" render President Wendler's ban on campus drag shows constitutional. Defs. Br. 37.

- A response to Defendants' claim that "Spectrum entirely ignores both the facility-use policy and the Code of Student Conduct by focusing exclusively on the University's free-expression policy." Defs. Br. 25 n. 6.

- A response to Defendants' claim that reversal will "disincline universities" to maintain public forums for expression. Defs. Br. 47.

- A response to Defendants' suggestion that public universities' First Amendment obligations do not extend to "minstrel shows featuring students in blackface" and "Nazi plays." Defs. Br. 1.

For good cause shown, Spectrum WT respectfully asks the Court to grant its motion for leave to file the attached reply brief.

Dated: January 2, 2026        Respectfully,

/s/ JT Morris
JT Morris
Conor T. Fitzpatrick
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
700 Pennsylvania Ave., SE, Ste. 340

2

Washington, D.C. 20003
Tel: (215) 717-3473
jt.morris@thefire.org
conor.fitzpatrick@thefire.org

Adam Steinbaugh
Jeffrey D. Zeman
Sara Berinhout
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St., Suite 900
Philadelphia, PA 19106
Tel:   (215) 717-3473
adam@thefire.org
jeff.zeman@thefire.org
sara.berinhout@thefire.org

*Attorneys for Plaintiff-Appellant*

**CERTIFICATE OF SERVICE**

This certifies that on January 2, 2026, in compliance with Rules 25(b) and (c) of the Federal Rules of Appellate Procedure, the undersigned served the foregoing via the Court's ECF filing system on all registered counsel of record.

<u>/s/ JT Morris</u>
JT Morris
Attorney for Plaintiff-Appellant

# CERTIFICATE OF COMPLIANCE

1.	This brief complies with the type-volume limitation of Fed. App. P. 32(a)(7)(B) because this brief contains 385 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f) and Local Rule 32.2.

2.	This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and Local Rule 32.1 and the type style requirements of proportionally spaced typeface using 14-point Century Schoolbook font for text and 12-point Century Schoolbook font for footnotes.

Dated: January 2, 2026

/s/ JT Morris  
JT Morris  
Attorney for Plaintiff-Appellant