# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 05, 2026

Mr. JT Morris
Foundation for Individual Rights & Expression (FIRE)
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003

No. 23-10994 Spectrum WT v. Wendler
USDC No. 2:23-CV-48

Dear Mr. Morris,

You must submit the 22 paper copies of your supplemental reply brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Sincerely,

LYLE W. CAYCE, Clerk

By: ____________________________
Mary Frances Yeager, Deputy Clerk
504-310-7686

cc: Mr. Joshua J. Bennett
Mr. Zachary Berg
Ms. Sara Berinhout
Mr. Monroe David Bryant Jr.
Mr. William Francis Cole
Mrs. Allison Marie Collins
Mr. Conor T. Fitzpatrick
Mr. Samuel Troxell Grover
Mr. Brian Klosterboer
Mr. Michael Lambert
Mr. Thomas S. Leatherbury
Mr. William R. Peterson
Ms. Laura Lee Prather
Ms. Catherine Lewis Robb
Mr. Martin Jonathan Siegel
Mr. Peter Steffensen
Mr. Adam Steinbaugh
Mr. Jeffrey Daniel Zeman