# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 18, 2026

Mr. William Francis Cole
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. JT Morris
Foundation for Individual Rights & Expression (FIRE)
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003

     No. 23-10994    Spectrum WT v. Wendler
                         USDC No. 2:23-CV-48

Dear Counsel,

    Yesterday, the district court issued its findings of fact and conclusion of law on the merits of the underlying case. During oral argument, the parties should be prepared to discuss the effect, if any, this ruling has on the present appeal.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   By: _____
                                   Charles B. Whitney, Deputy Clerk
                                   504-310-7679

cc:
    Mr. Joshua J. Bennett
    Mr. Zachary Berg
    Ms. Sara Berinhout
    Mr. Monroe David Bryant Jr.
    Mrs. Allison Marie Collins
    Mr. Conor T. Fitzpatrick
    Mr. Samuel Troxell Grover
    Mr. Brian Klosterboer

Mr. Michael Lambert
Mr. Thomas S. Leatherbury
Ms. Karen S. Mitchell
Mr. William R. Peterson
Ms. Laura Lee Prather
Ms. Catherine Lewis Robb
Mr. Martin Jonathan Siegel
Mr. Peter Steffensen
Mr. Adam Steinbaugh
Mr. Jeffrey Daniel Zeman