# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 19, 2026

Mr. Joshua J. Bennett
Baker & Hostetler, L.L.P.
2850 N. Harwood Street
Suite 1100
Dallas, TX 75201-2644

Mr. Zachary Berg
Texas Attorney General's Office
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Ms. Sara Berinhout
Foundation for Individual Rights and Expression
1408 Beacon Street
Brookline, MA 02446

Mr. Monroe David Bryant Jr.
Texas Attorney General's Office
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. William Francis Cole
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mrs. Allison Marie Collins
Foster, Swift, Collins & Smith, P.C.
313 S. Washington Square
Lansing, MI 48933-0000

Mr. Conor T. Fitzpatrick
Foundation for Individual Rights and Expression
700 Pennsylvania Avenue, S.E.
Suite 340

Washington, DC 20003

Mr. Samuel Troxell Grover
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701

Mr. Brian Klosterboer
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

Mr. Michael Lambert
Haynes & Boone, L.L.P.
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701

Mr. Thomas S. Leatherbury
Thomas S. Leatherbury Law, P.L.L.C.
1901 N. Akard Street
Dallas, TX 75201

Ms. Karen S. Mitchell
Northern District of Texas, Amarillo
United States District Court
205 E. 5th Street
Room F-13240
Amarillo, TX 79101

Mr. JT Morris
Foundation for Individual Rights & Expression (FIRE)
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003

Mr. William R. Peterson
Office of the Attorney General
for the State of Texas
209 W. 14th Street
Price Daniels Senior Building
Austin, TX 78701-1614

Ms. Laura Lee Prather
Haynes & Boone, L.L.P.
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701

Ms. Catherine Lewis Robb

Haynes & Boone, L.L.P.
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701

Mr. Martin Jonathan Siegel
Law Offices of Martin J. Siegel, P.C.
2222 Dunstan Road
Houston, TX 77002

Mr. Peter Steffensen
Southern Methodist University
Dedman School of Law
3315 Daniel Avenue
P.O. Box 750116
Dallas, TX 75275

Mr. Adam Steinbaugh
Foundation for Individual Rights & Expression
510 Walnut Street
Suite 900
Philadelphia, PA 19106-3621

Mr. Jeffrey Daniel Zeman
Foundation for Individual Rights & Expression
510 Walnut Street
Suite 1250
Philadelphia, PA 19106-3621

    No. 23-10994    Spectrum WT v. Wendler
                    USDC No. 2:23-CV-48

Dear Counsel,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                        /s/ Lisa E. Ferrara
                                By: _____
                                Lisa E. Ferrara, Deputy Clerk
                                504-310-7675