# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 19, 2026

Mr. Zachary Berg
Texas Attorney General's Office
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. Monroe David Bryant Jr.
Texas Attorney General's Office
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. William Francis Cole
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mrs. Allison Marie Collins
Foster, Swift, Collins & Smith, P.C.
313 S. Washington Square
Lansing, MI 48933-0000

Mr. William R. Peterson
Office of the Attorney General
for the State of Texas
209 W. 14th Street
Price Daniels Senior Building
Austin, TX 78701-1614

    No. 23-10994    Spectrum WT v. Wendler
                       USDC No. 2:23-CV-48

Dear Counsel:

The Appellees should submit any response to Appellant Spectrum WT's motion to dismiss the appeal by noon tomorrow CST, January 20, 2026. The motion will be ruled upon tomorrow after considering any response.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Lisa E. Ferrara
Lisa E. Ferrara, Deputy Clerk
504-310-7675

cc:
    Mr. Joshua J. Bennett
    Ms. Sara Berinhout
    Mr. Conor T. Fitzpatrick
    Mr. Samuel Troxell Grover
    Mr. Brian Klosterboer
    Mr. Michael Lambert
    Mr. Thomas S. Leatherbury
    Mr. JT Morris
    Ms. Laura Lee Prather
    Ms. Catherine Lewis Robb
    Mr. Martin Jonathan Siegel
    Mr. Peter Steffensen
    Mr. Adam Steinbaugh
    Mr. Jeffrey Daniel Zeman