# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 20, 2026

Ms. Karen S. Mitchell
Northern District of Texas, Amarillo
United States District Court
205 E. 5th Street
Room F-13240
Amarillo, TX 79101

     No. 23-10994   Spectrum WT v. Wendler
                 USDC No. 2:23-CV-48

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

     Sincerely,

     LYLE W. CAYCE, Clerk

     By: _____
     Casey A. Sullivan, Deputy Clerk
     504-310-7642